RECEIVED IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -7 A 9: 27

BOBBY JOE SUGGS                    )
Full name and prison number of     )
plaintiff(s)                        )
                                    )
          v.                        )     CIVIL ACTION NO. 2:05cv1154-T
                                    )     (To be supplied by the Clerk of the
JAMIE MITCHELL NURSE               )      U.S. District Court)
SOUTHERN HEALTH CARE PARTNERES     )
MILLARD DR MC WHORTHER             )
ANTHONY CLARK                      )
Name of person(s) who violated     )
your constitutional rights.         )
(List the names of all the persons)    )

I.    PREVIOUS LAWSUITS

   A.    Have you begun other lawsuits in state or federal court dealing with the same or
         similar facts involved in this action?    Yes ( )  No (✗)

   B.    Have you begun other lawsuits in state or federal court relating to your
         imprisonment?    Yes ( )  No (✗)

   C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
         is more than one lawsuit, describe the additional lawsuits on another piece of
         paper, using the same outline).

         1.    Parties to this previous lawsuit:
               Plaintiff(s) _____
               _____
               Defendant(s) _____
               _____

         2.    Court (if federal court, name the district; if state court, name the county)
               _____
               _____

         3.    Docket No. _____

         4.    Name of Judge to whom case was assigned _____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I WANT 200,000 °° DOLLARS AND MY LIFE IS WORTH MORE THAN THAT

_____

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12/5/05  .
            (date)

_____
Signature of plaintiff(s)

-3-

5.  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _Covington County Jail_
_290 Hillcrest Dr Andalusia AL 36420_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Covington_
_County Jail 290 Hillcrest Dr, Andalusia AL 36420_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | Southern Health Care Partners | Covington County Jail 290 Hillcrest Dr |
| 2. | Jamie Mitchell | Covington County Jail 290 Hillcrest Dr Andalusia |
| 3. | Miller Dr. Mc Whorther | Covington County Jail 215 Dunson St Andalusia AL 36420 |
| 4. | Sherrif Anthony Clark | Covington County Jail 290 Hillcrest Dr Andalusia AL 36420 |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _11/21/05  11/7/05_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Gave me the wrong blood presure medicine causing stroke & give me bed time medicine at 4:00 pm_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place, manner, and person involved).

On 11/7/05 Jamie Mitchell and Dr. A. Whorter gave me just any kind of blood presure medicine and it caused me to have a stroke all the nurses give me my bedtime medican at 4:00pm they dont take in to considation that I have a disfunctional liver and all my medicines are supose to go through my kidneys and they know this. I was supose to have a mental helth Dr. appt. 11/21/05 but wasn't taken I've been going there for 5 years

-2-

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE
      NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I WANT 200,000°° DOLLARS AND MY LIFE IS

WORTH MORE THAN THAT

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _12/5/05_ .
                    (date)

_____
Signature of plaintiff(s)

-3-