AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

BOBBY JOE SUGGS

Plaintiff

V.

SOUTHERN HEALTH CARE PARTNERS
JAMIE MITCHELL
DR MILLARD MCWHORTHER
COVINGTON COUNTY JAIL
ANTHONY CLARK
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 2:05cv1154-T

I, BOBBY JOE SUGGS, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  6/6/04  800 ᶜᵘ month

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☒ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. No one I'm Incarserated

I declare under penalty of perjury that the above information is true and correct.

12/5/05
Date

Bobby Joe Suggs
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
*** REPRINTED ON 11/30/2005 BY lsb ***

Receivable Charge
Receipt # B3998

Covington County Jail
11/29/2005 22:06:42
ST 002 / OPR DSC

SUGGS,
  BOBBY JOE

  SSN             : 424720177
  Date of Birth   : 06/22/1954
  Location        : HOLD


Nurse Visit -          Old Bal   :        $0.00
                       Charged   :      + $5.00
                       Collected :      - $5.00
                       New Bal   :        $0.00
    Comment : 11/24/05

Prescription -         Old Bal   :        $0.00
                       Charged   :     + $15.00
                       Collected :      - $7.79
                       New Bal   :        $7.21
    Comment : 11/24/05


Total Collected :                        $12.79


Signed:_____
```

```
*** REPRINTED ON 11/30/2005 BY lsb ***

Order
Receipt # A48072

Covington County Jail
11/30/2005 02:12:56
ST 001 / OPR BILL

SUGGS,
  BOBBY JOE

  SSN             : 424720177
  Date of Birth   : 06/22/1954
  Location        : HOLD

ITEM   QTY  DESCRIPTION                    COST
---------------------------------------------------
2010    3   BUTTERFINGER                   2.25
2011    3   BIG KAT KIT KAT                2.25
2019    2   TWIX                           1.50
2108    2   OREOS                          1.28
3010    4   GENERIC-REG. CIG.             15.00
5039    2   DORITO TORTILLA                1.70
5044    2   FRITOS-LG                      1.70
5342    2   DUPLEX COOKIE TRAY             1.76
5401    2   CINNAMON ROLL                  1.76
5402    2   HONEY BUN                      1.76
5426    2   APPLE UGLY                     1.76
5432    1   FROSTED STRAWBERRY             1.06
2018    3   Musketeers Bar                 2.25
2006    1   MILKY WAY                      0.75
5087    2   MUNCHIES MIX                   1.60
---------------------------------------------------
                        Sub Total  :     $38.38
                              Tax  :      $0.00
                        Order Total :    $38.38

I have checked and received this order
with any and all credits as indicated.

Signed:_____
```

*** REPRINTED ON 11/30/2005 BY lsb ***

Order
Receipt # A47503

Covington County Jail
11/16/2005 03:26:18
ST 001 / OPR BILL

SUGGS,
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

| ITEM | QTY | DESCRIPTION | COST |
|---|---|---|---|
| 2010 | 3 | BUTTERFINGER | 2.25 |
| 2108 | 3 | OREOS | 1.92 |
| 3010 | 2 | GENERIC-REG. CIG. | 7.50 |
| 5037 | 2 | PLAIN CHIPS-LG | 1.70 |
| 5044 | 2 | FRITOS-LG | 1.70 |
| 5045 | 2 | CHEETOS-LG | 1.70 |
| 5172 | 1 | JALAPENO SOURDOUGH | 0.68 |
| 5342 | 2 | DUPLEX COOKIE TRAY | 1.76 |
| 5401 | 2 | CINNAMON ROLL | 1.76 |
| 5402 | 2 | HONEY BUN | 1.76 |
| 2018 | 3 | Musketeers Bar | 2.25 |
| 2053 | 3 | FAST BREAK | 2.25 |

              Sub Total :   $27.23
                    Tax :    $0.00
            Order Total :   $27.23

I have checked and received this order
with any and all credits as indicated.

Signed:_____

---

*** REPRINTED ON 11/30/2005 BY lsb ***

Add Money
Receipt # A47834

Covington County Jail
11/23/2005 10:30:16
ST 001 / CD 1 / OPR CJ011

SUGGS,
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

  Add Amount     : $50.00

  Visitor Name : PATRICIA
  Cash

  Third Party Information
    \

  Comment       :

Signed:_____

---

*** REPRINTED ON 11/30/2005 BY lsb ***

Add Money
Receipt # A47299

Covington County Jail
11/14/2005 12:18:53
ST 001 / CD 1 / OPR CJ011

SUGGS,
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

  Add Amount     : $10.00

  Visitor Name : PATRICIA SUGGS
  Cash

  Comment       :

Signed:_____

---

\*\*\* REPRINTED ON 11/30/2005 BY lsb \*\*\*

**Add Money**
**Receipt # A47159**

Covington County Jail
11/10/2005 11:20:53
ST 001 / CD 1 / OPR CJ011

**SUGGS,**
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

  Add Amount     : $20.00

  Visitor Name : PATTY SUGGS
  Cash

  Comment     :

Signed:_____

---

\*\*\* REPRINTED ON 11/30/2005 BY lsb \*\*\*

**Receivable Charge**
**Receipt # B3900**

Covington County Jail
11/12/2005 15:40:11
ST 002 / OPR DSC

**SUGGS,**
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

  Prescription -        Old Bal   :     $0.00
                        Charged   :   + $5.00
                        Collected :   - $5.00
                        New Bal   :     $0.00
      Comment : 11/03/05

  Total Collected :                    $5.00

Signed:_____

---

\*\*\* REPRINTED ON 11/30/2005 BY lsb \*\*\*

**Add Money**
**Receipt # A46738**

Covington County Jail
11/03/2005 10:48:29
ST 001 / CD 1 / OPR LSB

**SUGGS,**
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

  Add Amount     : $20.00

  Visitor Name : PATTIE SUGGS
  Cash

  Comment     :

Signed:_____

---

\*\*\* REPRINTED ON 11/30/2005 BY lsb \*\*\*

**Intake**
**Receipt # A46554**

Covington County Jail
11/01/2005 09:53:19
ST 001 / CD 1 / OPR CJ011

**SUGGS,**
  BOBBY JOE

  SSN            : 424720177
  Date of Birth  : 06/22/1954
  Location       : HOLD

  Open Amount    : $11.00

  Cash

  Comment       : TAKEN AT INTAKE

Signed:_____

*** REPRINTED ON 11/30/2005 BY lsb ***

Order
Receipt # A47122

Covington County Jail
11/09/2005 06:18:10
ST 001 / OPR BLF

**SUGGS,**
  BOBBY JOE

  SSN           : 424720177
  Date of Birth : 06/22/1954
  Location      : HOLD

| ITEM | QTY | DESCRIPTION | COST |
|------|-----|-------------|------|
| 1710 | 1 | COMB 5" | 0.30 |
| 2106 | 1 | PETER PAN CRACKERS | 0.64 |
| 2107 | 1 | CHEESE AND WHEAT | 0.64 |
| 2108 | 1 | OREOS | 0.64 |
| 3010 | 2 | GENERIC-REG. CIG. | 7.50 |
| 5104 | 2 | TRAIL MIX | 1.90 |
| 5172 | 2 | JALAPENO SOURDOUGH | 1.36 |
| 5306 | 1 | MOON PIE (VANILLA) | 0.71 |
| 5307 | 1 | CHOCOLATE MOON PIE | 0.71 |
| 5308 | 1 | BANANA MOON PIE | 0.71 |
| 5341 | 2 | LEMON COOKIE TRAY | 1.76 |
| 5342 | 2 | DUPLEX COOKIE TRAY | 1.76 |
| 5401 | 2 | CINNAMON ROLL | 1.76 |
| 5402 | 2 | HONEY BUN | 1.76 |
| 5406 | 3 | NUTTY CRUNCH | 2.22 |
| 5408 | 1 | FRIED APPLE PIE | 0.88 |
| 5409 | 1 | CHOCOLATE CUP CAKES | 0.84 |
| 2018 | 2 | Musketeers Bar | 1.50 |

                    Sub Total :   $27.59
                          Tax :    $0.00
                  Order Total :   $27.59

I have checked and received this order
with any and all credits as indicated.

Signed:_____