**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sheriff Anthony Clark
    Covington County Jail
    290 Hillcrest Drive
    Andalusia, AL 36420

2. Article Number (Transfer from service label)

    7004 2510 0001 0150 4040

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   12-15-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1154-T
   C & S
   (40)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Millard McWhorter
215 Dunson Street
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Debra D. McWhorter*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Debra D. McWhorter
C. Date of Delivery: 12-15-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV1154-T
C+O
(40)

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5812 1887

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540