**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Southern Health Care Pareners
    Covington County Jail
    290 Hillcrest Drive
    Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Annelle Cin_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
   ANNETTE CHIN

C. Date of Delivery
   12/20/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1154-T
   cd o
   NO

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 4033

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540