IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY JOE SUGGS, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. 2:05-CV-1154-T |
| JAMIE MITCHELL, NURSE, et al., | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT

Comes now the defendant, Southern Health Medical Staff Partners, and hereby moves this Court for an extension of time within which to file its Special Report. As grounds for said motion, defendant Southern Health hereby sets down and assigns the following:

1. On December 12, 2005 this Court entered an Order for Special Report. Said Order requires that the defendant submit a special report to this Court within 40 days of December 12, 2005.

2. Defendant Southern Health has been attempting to gather the information required by the Court to complete the special report but has been unable

to do so due to the unavailability of several of the key personnel who provided health care services to the plaintiff.

**WHEREFORE**, defendant Southern Health is requesting a 60 day extension within which to complete its investigation and prepare the special report as directed by this Court.

Respectfully submitted,

_____
Daniel F. Beasley

LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Alabama 35804
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Bobby Joe Suggs
Covington County Jail
290 Hillcrest Dribe
Andalusia, AL 36420

Scott Gosnell, Esq.
Webb and Eley
PO Box 240909
Montgomery, AL 36124-0909

_____
Of Counsel