IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOBBY JOE SUGGS                              *

    Plaintiff,                                    *

v.                                                       *  CIVIL ACTION NO. 2:05-CV-1154-T

JAMIE MITCHELL, NURSE, *et al.*,       *

    Defendants.                                *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Southern Health Medical Staff Partner's ("SHMSP")[1] Motion for Extension of time, and for good cause, it is

ORDERED that the defendant's Motion for Extension of Time (Doc. No. 7) is GRANTED in part and DENIED in part. Accordingly, it is further

ORDERED that the defendant is GRANTED an extension of an additional 30 days rather than 60 days. The answer and special report are therefore due on 20 February 2006.

Done this 9th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff identified this defendant as "Southern Health Care Partners."