# EXHIBIT A
# Inmate File

```
FBI# 511065AB2     SID AL621731    OCA
SUGGS,BOBY JOE                      W 511 06/22/74
FPC 18 10 17 13 08 21 17 16 14 10    SEX M
HENRY CLASS  18 M  1 U   OOI  8  API
                L  1 U   000
    AL0230000 SHERIFF'S OFFICE
             ANDALUSIA AL         08/17/95
    A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS FAILED TO DISCLOSE PRIOR ARREST
DATA.        DIVISION 1
11/29/95     FEDERAL BUREAU OF INVESTIGATION
```

.

```
AL0230000
SHERIFF'S OFFICE
COVINGTON COUNTY
100 N COURT SQUARE
ANDALUSIA, AL 36420-3994
```

Inmate Signature    Witness    X _____

Date _____ Time _____

Booking Officer    X _____

## COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

BOOKING SHEET

Book Num    97002904    Book Seq    1

| | | | |
|---|---|---|---|
| | Person ID Last Name | First | Middle |
| | | BOBBY | J. |

No:    97002640    SUGGS

| | | | | | | |
|---|---|---|---|---|---|---|
| Sex | M | Race | W | Suffix | | |
| Dob | 06/22/54 | Address | 1906 W. 7TH AVE | State | AL | Zip  36442 |
| Age | 42 | City | FLORALA | | | St |
| Height | 5'11 | Phone | (334) 858-3195 | Driv Lic | | |
| Weight | 208 | Employer | | Position | | |
| Hair Color | BLN | Empl Phone | ( ) - | Ssn | 424720177 | |
| Eye Color | BLU | Birth Plac | KILLEEN | Birth Stat | TX | Citizen  Y |
| Build | MED | Sid | | Fbi | | |
| Complexn | MED | Alt Id | | Prison | | |
| | | | | Marital Status | | |

Ncic

| | | |
|---|---|---|
| Next of kin last | First | Middle |
| Address | | |
| City | State | Zip |
| Phone | ( ) - | |
| Hand | Hearing | Vision | Education |
| Eng read | Eng write | Eng speak | Religion |
| Gang Alert | Moniker | | |

INMATE HOLD    NONE

Scar Tatoo    .
Remarks

| | | | |
|---|---|---|---|
| Book Date  04/18/97  Time 17:10 | | Arrest Date  04/18/97 | Time  16:52 |
| Book Type  FULL | | Agency  PD6 | Officer  WALK-IN |
| Book Off  JAMES L. | | Location | |
| | | Ori No | |

| | | | |
|---|---|---|---|
| Search By: WALK-IN | | Serv Off  WALK-IN | |
| Clothing  Y  Metal  N  Strip  N | | Cell  D-BLOC | Bed |
| Pat down  N  Cavty  N | | Cust Stat  AA/T | Class  MED |
| | | Held For  LOC2 | Reason Hld  AB |
| Photo  Y  Prints  N | | Out Date  / / | Out Time |
| Ncic Check Y  Call  N | | Bondsman | |
| | | Attorney | |

Comment    serving 5 weekends

RELEASE SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT

## COVINGTON COUNTY JAIL

Book Num    97003005    Book Seq    2

| Person ID Last Name | First | Middle |
|---|---|---|

No:    97002640    SUGGS    BOBBY    J

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sex | M | Race | W | Suffix | | | |
| Dob | 06 21 54 | Address | 1906 N 7th Ave | | | | |
| Age | 42 | City | FLORALA | State AL | Zip | 36442 | Sr |
| Height | 511 | Phone | (334) 222-1195 | Driv Lic | | | |
| Weight | 200 | Employer | | | Position | | |
| Hair Color | BLN | Empl Phone | | Ssn | 424700171 | | |
| Eye Color | BLU | Birth Plac | KILLEEN | Birth Stat TX | | Citizen | |
| Build | MED | Sid | | FBI | | | |
| Complexn | MED | Alt Id | | Prison | | | |

Ncic    Marital Status

| Next of kin last | First | Middle |
|---|---|---|
| Address | | |
| City | State | Zip |
| Phone | | |

| Hand | Hearing | Vision | Education |
|---|---|---|---|
| Eng read | Eng write | Eng speak | Religion |
| Gang Alert | Moniker | | |

Scar Tatoo

Remarks

Book Date 05 09 97    Time 14 27    Arrest Date 05 09 97    Time 14 00
Book Type WEEK.    Agency CCSO    Officer
Book Off    Location

Comments

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                       *

VS.                                  *     CASE NO. CC-95-369

BOBBY JOE SUGGS,                     *

    DEFENDANT.                       *


### SPLIT-SENTENCE ORDER

This cause came on for hearing on defendant's application for probation on the 11th day of April, 1997. After conducting a probation hearing, it is ORDERED, ADJUDGED and DECREED by the Court as follows:

1.   The defendant shall serve five consecutive weekends in the Covington County Jail, from 5:00 p.m. on Friday until 5:00 p.m. on Sunday, commencing April 18, 1997. The execution of the remainder of the sentence is suspended and the defendant is placed on probation for a period of five years.

2. The defendant's probation is conditioned upon the defendant complying with those terms and conditions of probation outlined in the separate order of this Court bearing even date herewith.

DONE and ORDERED this 11th day of April, 1997.

FILED IN OFFICE

APR 1 4 1997

*Roy A. Powell*
CLERK

_____
M. ASHLEY McKATHAN
CIRCUIT JUDGE

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                       *

VS.                                  *        CASE NO. CC-95-369

BOBBY JOE SUGGS,                     *

    DEFENDANT.                       *

## SPLIT-SENTENCE ORDER

This cause came on for hearing on defendant's application for probation on the 11th day of April, 1997. After conducting a probation hearing, it is ORDERED, ADJUDGED and DECREED by the Court as follows:

1.   The defendant shall serve five consecutive weekends in the Covington County Jail, from 5:00 p.m. on Friday until 5:00 p.m. on Sunday, commencing April 18, 1997.  The execution of the remainder of the sentence is suspended and the defendant is placed on probation for a period of five years.

2.   The defendant's probation is conditioned upon the defendant complying with those terms and conditions of probation outlined in the separate order of this Court bearing even date herewith.

DONE and ORDERED this 11th day of April, 1997.

FILED IN OFFICE

APR 14 1997

*Roy A. Powell*
CLERK

M. ASHLEY McKATHAN
CIRCUIT JUDGE

ACS059

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 95 000362.00
M. ASHLEY MCKATHAN

CIRCUIT COURT OF COVINGTON COUNTY | COURT ORI: 023015 J

STATE OF ALABAMA    VS. | DC NO.: 0000000000

SUGGS BOBBY JOE          ALIAS:
1906 WEST 7TH AVENUE     ALIAS:
FLORALA AL  36442

G J:  31, 32
SSN:  424720177
SID:  000000000
AIS:

DOB:  06/22/54    SEX: M    HT: 0 00    WT: 000    HAIR:          EYE:

RACE: (X)W ( )B ( )O    COMPLEXION: _____    AGE: _____    FEATURES: _____

DATE OFFENSE: 08/16/95    ARREST DATE: 08/16/95    ARREST ORI: 0230000

| CHARGES @ CONV | CITES | OFF CLASS: ( )A ( )B (X)C |
| BURGLARY 3RD | 13A-007-007 | |

JUDGE: M. ASHLEY MCKATHAN | PROSECUTOR: LOGGINS, EUGENIA L

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

(✓)Y( )N  2/11/97    (✓)Y( )N Split Sent. ( )Y(✓)N        ( )Y( )N

ACT 754-76              IMPOSED      SUSPENDED      TOTAL      JAIL CREDIT
( )Y (X)N   CONFINEMENT: 00 00 000   00 00 000   00 00 000   00 00 000
            PROBATION  : 00 00 000               00 00 000

DATE SENTENCED: 02/11/97    SENTENCE BEGINS: 04/18/97

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $454.59 | $454.59 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $50.00 | $50.00 |
| RECOUPMENT | COST | $249.00 | $249.00 |
| PENITENTIARY | FINE | $0.00 | $0.00 |
| HABITUAL OFDR | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $753.59 | $753.59 |

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST

( )Y( )N        ( )Y( )N        ( )Y( )N        ( )Y( )N

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS AND
                                  AND IS TRUE AND CORRECT.

THE DEFENDANT SHALL SERVE FIVE CONSECUTIVE WEEKENDS IN THE COV. CO.
JAIL FROM 5:00 P.M. ON FRIDAY UNTIL 5:00 P.M. ON SUNDAY COMMENCING
APRIL 18, 1997.  THE EXECUTION OF THE REMAINDER OF THE SENTENCE IS
SUSPENDED AND DEFENDANT IS PLACED ON PROBATION FOR 5 YEARS.

CIRCUIT CLERK

04/22/97

OPERATOR: PAH
PREPARED: 04/22/97

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 95 000369.00
M. ASHLEY MCKATHAN

| CIRCUIT COURT OF COVINGTON COUNTY | COURT ORI: 023015 J |
|---|---|

STATE OF ALABAMA         VS.                           DC NO: 0000000000

SUGGS BOBBY JOE                ALIAS:         G J:  31, 32
1906 WEST 7TH AVENUE           ALIAS:         SSN:  424720177
FLORALA  AL  36442                            SID:  000000000
                                              AIS:

DOB:  06/22/54   SEX: M   HT: 0 00   WT: 000   HAIR:        EYE:

RACE: (X)W ( )B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

DATE OFFENSE: 08/16/95   ARREST DATE: 08/16/95   ARREST ORI: 0230000

|         CHARGES @ CONV | CITES | OFF CLASS: ( )A ( )B (X)C |
|---|---|---|
| BURGLARY 3RD | 13A-007-007 | |
| | — — | |
| | — — | |

JUDGE: M. ASHLEY MCKATHAN         PROSECUTOR: LOGGINS, EUGENIA L

PROBATION APPLIED   GRANTED   DATE        REARRESTED  DATE   REVOKED   DATE
(√)Y( )N  2/11/97  (√)Y( )N Split Sent ( )Y(√)N _____  ( )Y( )N _____

ACT 254-76          IMPOSED      SUSPENDED      TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT: 00 00 000   00 00 000   00 00 000   00 00 000
            PROBATION  : 00 00 000               00 00 000

DATE SENTENCED: 02/11/97   SENTENCE BEGINS:   04/18/97

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $454.59 | $454.59 |
| RESTITUTION | ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIM | CRIME VICTIMS | $50.00 | $50.00 |
| RECOUPMENT | COST | $249.00 | $249.00 |
| PENITENTIARY | FINE | $0.00 | $0.00 |
| HABITUAL OFDR | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $753.59 | $753.59 |

APPEAL DATE        SUSPENDED           AFFIRMED         REARREST
( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
                              AND IS TRUE AND CORRECT.
THE DEFENDANT SHALL SERVE FIVE CONSECUTIVE WEEKENDS IN THE COV. CO.
JAIL FROM 5:00 P.M. ON FRIDAY UNTIL 5:00 P.M. ON SUNDAY COMMENCING
APRIL 18, 1997. THE EXECUTION OF THE REMAINDER OF THE SENTENCE IS
SUSPENDED AND DEFENDANT IS PLACED ON PROBATION FOR 5 YEARS.

                              CIRCUIT CLERK

                              04/22/97

OPERATOR: PAH
PREPARED: 04/22/97

RELEASE SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num    97002940    Book Seq    1

| Person ID | Last Name | First | Middle |
|---|---|---|---|
| No:    97002640 | SUGGS | BOBBY | J. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sex | M | Race | W | Suffix | | |
| Dop | 06 22 54 | Address | 1936 S7 7TH AVE | | | |
| Age | 42 | City | FLORALA | State  AL | Zip | 36442 |
| Height | 5'11 | Phone | (334) 858-9195 | Driv Lic | | |
| Weight | 208 | Employer | | | Position | |
| Hair Color | BLN | Empl Phone ( ) - | | Ssn | 424720177 | |
| Eye Color | BLU | Birth Plac | KILLEEN | Birth Stat  TX | Citizen | Y |
| Build | MED | Sid | | Fbi | | |
| Complexn | MED | Alt Id | | Prison | | |
| Noic | | | | Marital Status | | |

| Next of kin last | First | Middle |
|---|---|---|
| Address | | |
| City | State | Zip |
| Phone    ( )  - | | |

| Hand | Hearing | Vision | Education |
|---|---|---|---|
| Eng read | Eng write | Eng speak | Religion |
| Gang Alert | Moniker | | |

Scar Tatoo
Remarks

| | | | |
|---|---|---|---|
| Book Date  04 25 97 | Time  15:53 | Arrest Date  04 25 97 | Time  16:00 |
| Book Type  PRE | | Agency  CCSO | Officer |
| Book Off | | Location | |
| | | Ori No | |

Search By: ROBERTS

| | | | | |
|---|---|---|---|---|
| Clothing  N | Metal  N | Strip N | Serv Off | ROBERTS |
| Pat down  Y | Cavty  N | | Cell | A-BLOC    Bed |
| Photo  N | Prints  N | | Cust Stat | DENF    Class  MED |
| Noic Check  N | Call  N | | Held For | LOCI    Reason Hid  DENT |
| | | | Our Date | Our Time |

Release Date  04 27 97  Time 21:41
Reason  TO

Bondsman

Comment

**RELEASE SHEET**

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

**Book Num** 97003005     **Book Seq**     1

| | **Person ID** | **Last Name** | **First** | **Middle** |
|---|---|---|---|---|
| **No:** | 97002640 | SUGGS | BOBBY | J. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sex** | M | **Race** | W | **Suffix** | | | | |
| **Dob** | 06/22/54 | **Address** | 1906 W. 7TH AVE | | | | | |
| **Age** | 42 | **City** | FLORALA | **State** AL | **Zip** 36442 | | |
| **Height** | 5'11 | **Phone** | (334) 858-3195 | **Driv Lic** | | | **St** |
| **Weight** | 208 | **Employer** | | | **Position** | | |
| **Hair Color** | BLN | **Empl Phone** | ( ) - | **Ssn** 424720177 | | | |
| **Eye Color** | BLU | **Birth Plac** | KILLEEN | **Birth Stat** TX | **Citizen** Y | |
| **Build** | MED | **Sid** | | **Fbi** | | |
| **Complexn** | MED | **Alt Id** | | **Prison** | | |
| **Ncic** | | | **Marital Status** | | | |

**Next of kin last**     **First**     **Middle**

**Address**
**City**     **State**     **Zip**
**Phone** ( ) -

**Hand**     **Hearing**     **Vision**     **Education**
**Eng read**     **Eng write**     **Eng speak**     **Religion**
**Gang Alert**     **Moniker**

**Scar Tatoo**
**Remarks**

| | | |
|---|---|---|
| **Book Date** 05/02/97   **Time** 16:12 | | |
| **Book Type** WEEK | | |
| **Book Off** SIMMONS | | |

| | |
|---|---|
| **Arrest Date** 05/03/97   **Time** 16:00 | |
| **Agency** CCSO   **Officer** WALK IN | |
| **Location** | |
| **Ori No** | |

**Search By:** SIMMONS
**Clothing** Y   **Metal** N   **Strip** N
**Pat down** N   **Cavty** N

| | |
|---|---|
| **Serv Off** | WALK IN |
| **Cell** | A-BLOC |
| **Cust Stat** | A/S |
| **Held For** | LOC1 |
| **Out Date** | / / |

**Bed**
**Class** MED
**Reason Hld** SPEC
**Out Time**

**Photo** N   **Prints** N
**Ncic Check** N   **Call** N

**BOOKING SHEET**

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

| Book Num | 97003005 | Book Seq | 2 |
|---|---|---|---|

| | Person ID | Last Name | First | Middle |
|---|---|---|---|---|
| No. | 97002640 | SUGGS | BOBBY | J. |

| Sex | M | Race | W | Suffix | |
|---|---|---|---|---|---|

| Dob | 06/22/54 | Address | 1906 W. 7TH AVE | | | |
|---|---|---|---|---|---|---|
| Age | 42 | City | FLORALA | State | AL | Zip | 38442 |
| Height | 5'11 | Phone | (334) 858-3195 | Driv Lic | | St |
| Weight | 208 | Employer | | Position |
| Hair Color | BLN | Empl Phone | ( ) - | Ssn | 424720177 |
| Eye Color | BLU | Birth Plac | KILLEEN | Birth Stat | TX | Citizen | Y |
| Build | MED | Sid | | Fbi |
| Complexn | MED | Alt Id | | Prison |
| Ncic | | | | Marital Status |

Next of kin last                  First                         Middle
    Address
    City                          State          Zip
    Phone     ( )    -

Hand                Hearing              Vision            Education
Eng read            Eng write            Eng speak         Religion
Gang Alert          Moniker

Scar Tatoo
Remarks

| Book Date 05/09/97    Time 16:27 | Arrest Date 05/09/97    Time 16:00 |
|---|---|
| Book Type WEEK | Agency CCSO    Officer WALK IN |
| Book Off | Location |
| | Ori No |

Search By: THOMAS

| Clothing N    Metal N    Strip N | Serv Off    WALK IN | |
|---|---|---|
| Pat down  N    Cavty N | Cell    D-BLOC | Bed |
| | Cust Stat    A/S | Class    MED |
| Photo    N    Prints  N | Held For    LOC1 | Reason Hld    SPEC |
| Ncic Check N    Call    N | Out Date    05/04/97 | Out Time    04:00 |
| | Bondsman | |
| | Attorney | |

Comment

BOOKING SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
# COVINGTON COUNTY JAIL

Book Num    97003005    Book Seq    3

| | Person ID | Last Name | First | Middle |
|---|---|---|---|---|
| No: | 97002640 | SUGGS | BOBBY | J. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sex | M | Race W | Suffix | | | |
| Dob | 08/22/1954 | Address | 1908 W. 7TH AVE | | | |
| Age | 43 | City | FLORALA | State AL | Zip 36442 | |
| Height | 5'11 | Phone | (334) 858-3195 | Driv Lic | | St |
| Weight | 208 | Birth Plac | KILLEEN | Ssn 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 | | |
| Hair Color | BLN | Sid | | Birth Stat TX | Citizen Y | |
| Eye Color | BLU | Alt Id | | Fbi | | |
| Build | MED | | | Prison | | |
| Complexn | MED | | | | | |

Ncic

Marital Status

Next of kin Last                    First                         Middle
        Address
            City                   State           Zip
        Phone  (   )  .
        Hand            Hearing         Vision      Education
    Eng read        Eng write       Eng speak       Religion
Gang Alert          Moniker

    Scar Tatoo
    Remarks

---

Book Date 02/17/1998   Time 09:49
Book Type FULL
Book Off   THOMAS

Arrest Date  02/17/1998    Time    09:00
Agency       PD6     Officer    W.INABINETT
Location     FLORALA PD
Ori No

Search By: THOMAS
  Clothing  Y   Metal  N   Strip  Y
Pat down  Y   Cavty  N

Photo      N  Prints  N
Ncic Check N  Call  Y

Serv Off      COURT FLORALA
  Cell        A-BLOC       Bed
Cust Stat     SENT        Class    MED
Held For      FPD      Reason Hld  SPEC
Out Date      02/24/1998   Out Time  08:00
Bondsman
Attorney

Comment    SUBJECT IS FOR FLORALA PD

## COVINGTON COUNTY JAIL

Book Num    97003005    Book Seq    3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Person ID | Last Name |  | First |  | Middle |  |
| 97002640 | SUGGS |  | BOBBY |  | J. |  |

| | | | | | |
|---|---|---|---|---|---|
| Sex | M | Race | W | Suffix | |
| Dob | 06/22/1954 | Address | 1908 W 7TH AVE | | |
| Age | 43 | City | FLORALA | State AL | Zip 36442 |
| Height | *** | Phone | (334)858-3195 | Driv Lic | St |
| Weight | 208 | Birth Plac | KILLEEN | Ssn 42472-0177 | |
| Hair Color | BLN | Sid | | Birth Stat TX | Citizen Y |
| Eye Color | BLU | Alt Id | | Fbi | |
| Build | MED | | | Prison | |
| Complexn | MED | | | | |

Alias                                    Marital Status

Next of kin Last                First                        Middle
        Address
        City                        State            Zip
        Phone ( ) -

        Hand            Hearing            Vision        Education
    Eng read        Eng write        Eng speak        Religion
    Gang Alert        Monitor

Scar Tatoo
Remarks

---

Book Date 02/17/1998  Time 09:49          Arrest Date 02/17/1998    Time    09:00
Book Type FULL                            Agency    PDB        Officer    W INABINETT
Book Off    THOMAS                        Location    FLORALA PD
                                          Ori No

Search By THOMAS
    Clothing  Y   Metal  N      Strip  Y      Serv Off        COURT FLORALA
    Pat down  Y   Cavity  N                   Cell        B-BLOC        Bed

Photo      N  Prints  N                       Cust Stat    SENT        Class    MED
Ncic Check N  Call   Y                        Held For    FPD        Reason Hld  SPEC
                                              Out Date    02/24/1998   Out Time   08:00
Release Date  02/24/1998 Time 13:29          Bondsman
    Reason    JUDO    Days Srvd    8          Attorney
Comment    SUBJECT IS FOR FLORALA PD

State of Alabama
Unified Judicial System

Form C-42  Rev 8/95

# ORDER OF RELEASE
## FROM JAIL

Case number: P 1/1

IN THE _Municipal_ COURT OF _Florala_ MUNICIPALITY

CITY OF _____ v. _Bobby Joe Suggs_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

_Fail to Pay_

Reason for Release _Served part time_

Date _2-24-98_

COURT RECORD  (Original)    JAILER (Copy)

_Janell Hill_ By:

Judge/Clerk/Officer

print 3-5-98

STATE OF ALABAMA

COVINGTON COUNTY

AGENCY NUMBER:

DISTRICT COURT

WARRANT NUMBER: WR 99 100007.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST        BOBBY JOE SUGGS    AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF COVINGTON COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
        THEFT/DECEPTION 2ND      CLASS:C  TYPE:F
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.
YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ 19____, OR UNTIL LEGALLY DISCHARGED.
DATED THIS 26 DAY OF OCTOBER, 1998.

BOND SET AT: (1)
             (2)      $20,000.00   BOND TYPE: PROPERTY BOND
             (3)

_____
CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: THEFT/DECEPTION 2ND    13A-008-004

                                        F   FELONY

NAME: BOBBY JOE SUGGS
ADDRESS: 1906 WEST AVENUE            ALIAS:
ADDRESS:                             ALIAS:
CITY: FLORALA        STATE: AL      ZIP: 36442 0000
EMPLOYMENT:
DOB: 06/22/54    RACE: W    SEX: M    HAIR:
EYE:      HEIGHT: 0'00"   WEIGHT: 000
SID: 000000000   SSN: 000000000

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
( ✓ )  PLACING DEFENDANT IN THE COVINGTON COUNTY JAIL
(   )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS ___24th___ DAY OF __October__      19 98

                        SHERIFF
                        BY _____ 12:18

COMPLAINANT:   WALTER INABINETT
               FLORALA PD

               FLORALA  AL  36442

OPERATOR: DES     LAST UPDATE: 102698

CHARGE NUMBER 2:
Violation of Condition Number 1.
New Offense - Theft of Property II by deception

LEGAL FACTS:
Same as in Charge Number 1.

DETAILS:
On 10/20/98, Bobby Joe Suggs obtained $400.00 from Vernell Wilkins after he agreed to buy some building materials for her. Suggs was to buy these building materials and deliver them to Ms. Wilkins' daughter's home located on Wood Avenue in Florala, Alabama. Bobby Suggs kept the money, but failed to deliver the building materials. On 10/24/98, Bobby Suggs was arrested and charged with Theft of Property II by Deception. Walter Inabinett of the Florala Police Department investigated the incident.

SUPERVISION SUMMARY:
Subject has reported each month. He applied for disability, but has not received any funds.

RECOMMENDATION:
I recommend revocation.

Signed and dated in Andalusia, Alabama on 10/28/98.

_Rory Finestore_

Probation and Parole Officer

Approved:_____
Date:_____

# IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

**STATE OF ALABAMA,**                          *

       **PLAINTIFF,**                          *

**VS.**                          *          **CASE NO.  CC-95-369**

**DEFENDANT**                          *
**Bobby Joe Suggs**

COPY
SERVE ON DEFENDANT

## ORDER

A petition having been filed by the Probation Officer in this cause and the Court having found that there is reasonable cause to believe that the defendant has violated a condition, regulation, or instruction concerning the probationary sentence heretofore imposed upon the defendant, in that:

Bobby Joe Suggs violated his probation by being arrested on October 24, 1998,  by Walter Inabinette, Investigator for the Florala Police Department; and, he was charged with Theft of Property II by Deception  in violation of Probation Condition Number 1.

It is, therefore, ORDERED and ADJUDGED that the defendant be taken forthwith into custody and brought before this Court without unnecessary delay, and that a copy of this order be served upon the defendant and that due return be made thereof.

Done and Ordered this _30th_ day of _October_, 1998.

FILED IN OFFICE

OCT 3 0 1998

_____
**Circuit Judge**

**Social Security Number:** 4__ __ __-0177 **DOB** 06-22-54 **HT** 5'11" **WT** 190
**Race** W   **Sex** MALE   **Hair** Blond   **Eyes** Blue
**Address** 1906 West 7th Avenue, Florala, AL.

**or may be located at:** Covington County Jail.

*STATE OF ALABAMA*

*BOARD OF PARDONS AND PAROLES*

SUPERVISOR'S REPORT OF DELINQUENT PROBATIONER

Probationary Judge    Ashley McKathan        Court    Circuit

Probationer    Bobby Joe Suggs _____    Co.No.CC    CC-95-369 ___    County    COVINGTON _____

Race, Sex, & Age    WM-44 _____        Date of Conviction    2/11/97 _____

Offense    Burglary III _____        Date of Probation    4/11/97 ___

Sentence    4 years split _____        Probation Period    5 years _____

Date of Delinquency    10/26/98 _____    Probation Expires    4/11/2002 _____
Status of                            Status of
Restitution Paid $ _____    Supervision Fee Paid $ _____

## DELINQUENT CHARGE OR CHARGES

**CHARGE NO.    1**
VIOLATION OF CONDITION NO.        1
New Offense - Theft of Property II by deception

LEGAL FACTS:
On 10/24/98, a Probation Officer's Authorization of Arrest was issued.    Subject is in the
Covington County Jail.

DETAILS:
On October 20, 1998, Bobby Joe Suggs obtained a $500.00 check, #0961, from Madline
Strickland with the intent to deprive the owner of this money.    Suggs was suppose to start a
building project at Ms. Strickland's residence on October 23, 1998.    Ms. Strickland resides at
1906 West 7t Avenue, Florala, Alabama.    On October 24, 1998, Bobby Suggs admitted to
Florala Police Investigator Walter Inabinette, that he had spent a lot of the money from Ms.
Strickland's check on food , gas, cigarettes, and drinks.    Suggs also bought a TV at Walmart.
Suggs bought no building materials with the check.

On October 24, 1998, Florala Investigator Walter Inabinette arrested Bobby Suggs and charged
him with Theft of Property II by Deception.

**FILED IN OFFICE**

OCT 3 0 1998

*Roy A Pomee*

| State of Alabama<br>Unified Judicial System<br>Form C-18  Rev 10/86 | JUDGMENT/ORDER | CASE NUMBER<br><br>CC – 95 – 369 |
| --- | --- | --- |

IN THE _____ CIRCUIT _____ COURT OF _____ COVINGTON _____ COUNTY, ALABAMA

Plaintiff: STATE OF ALABAMA          v. Defendant:   BOBBY JOE SUGGS

In The Matter Of: _____

Defendant's bond in this case is reduced to the sum of $5,000.00.

Done and Ordered this 1st day of December, 1998.

_____
M. ASHLEY McKATHAN, CIRCUIT JUDGE

**FILED IN OFFICE**

DEC 0 1 1998

CLERK

Judge _____

Certified As A True Copy

_____
Date

By: _____

Clerk/Register

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,            *

       PLAINTIFF,          *

VS.                           *     CASE NOS.: DC-98-1565 & 1566

BOBBY JOE SUGGS,       *

       DEFENDANT.      *

                            *

## ORDER REDUCING BOND

The State and defendant have previously agreed to reduce the bond to $5,000.00 in each of these cases.

It is therefore, Ordered that the defendant's bond is reduced to $5,000.00 in each of these cases.

Done and Ordered this 1st day of December, 1998.

                            Frank L. McGuire, III
                            District Judge

FILED IN OFFICE

DEC 1 1998

CLERK

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

     PLAINTIFF,                    *

VS.                                              *        CASE NOS.: DC-98-1565 & 1566

BOBBY JOE SUGGS,                   *

     DEFENDANT.                  *

                          *

## ORDER REDUCING BOND

The State and defendant have previously agreed to reduce the bond to $5,000.00 in each of these cases.

It is therefore, Ordered that the defendant's bond is reduced to $5,000.00 in each of these cases.

Done and Ordered this 1st day of December, 1998.

Frank L. McGuire, III
District Judge

FILED IN OFFICE

DEC 1 1998

CLERK

```
JP232                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:   220
                         INMATE SUMMARY AS OF 01/05/99                  CODE: CIADM
```

*********************************************************************************

AIS: 00202363    INMATE: SUGGS, BOBBY JOE                RACE: W SEX: M

INSTITUTION: 220 - COVINGTON                             JAIL CR: 00Y01M16D

DOB: 06/22/54    SSN: 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    PREVIOUS AIS: P0058202

ADM DT: 12/29/98    DEAD TIME: 00Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: NEW COMIT FROM CRT W/REV OF PR

CURRENT CUST: OTW-4    CURRENT CUST DT: 12/29/98    PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS III        CURRENT CLASS DATE:   12/29/98
INMATE IS EARNING : EARNS 20 DAYS FOR EACH 30 SERVED

```
COUNTY        SENT DT  CASE NO    CRIME
COVINGTON     12/29/98N95000369 BURGLARY III                JL-CR       TERM
              ATTORNEY FEES : $000349      HABITUAL OFFENDER : Y    00460 004Y 00M 00D CS
              COURT COSTS   : $0000000     FINES : $0 000000    RESTITUTION : $0000696
```

```
 TOTAL TERM       MIN REL DT      GOOD TIME BAL     LONG DATE
 004Y 00M 00D     05/15/2000      000Y 00M 040      11/12/2002
```

INMATE LITERAL:
*********************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*********************************************************************************

ESCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.O.S.C.I.S. RECORDING BEGAN IN 1978

*********************************************************************************

DISCIPLINARY/CITATION SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

COPY
DEPARTMENT

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,               *

    PLAINTIFF,                  *

VS.                             *          CASE NO. GJ #11-12
                                           Feb. 1999
BOBBY JOE SUGGS,                *

    DEFENDANT.                  *

CLERK

MAR 19 1999

## ORDER

It having been brought to the Court's attention that the above named defendant is presently in the custody of the Department of Corrections of the State of Alabama, and it being necessary that said defendant be returned to the custody of the Covington County Jail for appointment of counsel and arraignment; it is,

Therefore ORDERED and ADJUDGED by the Court that the Sheriff of Covington County, Alabama, remove said defendant from the custody of the Alabama Department of Corrections to the Covington County Jail no later than April 9, 1999, at 9:00 a.m.; it is,

Further ORDERED by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama; the Sheriff of Covington County, Alabama; the District Attorney, 22nd Judicial Circuit of Alabama; and the defendant.

DONE and ORDERED this 19th day of March, 1999.

M. ASHLEY McKATHAN
CIRCUIT JUDGE

FILED IN OFFICE

MAR 19 1999

CLERK

**ORIGINAL**
RETURN TO CLERK

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                       *

VS.                                  *          CASE NO. GJ #11-12
                                                              Feb. 1999
BOBBY JOE SUGGS,                     *

    DEFENDANT.                       *

## ORDER

It having been brought to the Court's attention that the above named defendant is presently in the custody of the Department of Corrections of the State of Alabama, and it being necessary that said defendant be returned to the custody of the Covington County Jail for appointment of counsel and arraignment; it is,

Therefore ORDERED and ADJUDGED by the Court that the Sheriff of Covington County, Alabama, remove said defendant from the custody of the Alabama Department of Corrections to the Covington County Jail no later than April 9, 1999, at 9:00 a.m.; it is,

Further ORDERED by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama; the Sheriff of Covington County, Alabama; the District Attorney, 22nd Judicial Circuit of Alabama; and the defendant.

DONE and ORDERED this _____ day of March, 1999.

Exacuted 4-7-99

_____
M. ASHLEY McKATHAN
CIRCUIT JUDGE

FILED IN OFF

**RECEIVED**

MAR 22 1999

SHERIFF'S DEPT.

COVINGTON COUNTY JAIL

AUTHORIZATION FOR MEDICAL TREATMENT

I, THE UNDERSIGNED, AS AN INMATE OF THE COVINGTON COUNTY JAIL AUTHORIZE THE
RESPONSIBLE PHYSICIAN/REGISTERED NURSE (OR WHOMEVER HE/SHE DESIGNATES) TO
ADMINISTER MEDICAL EXAMINATIONS AND/OR TREATMENT AS NECESSARY WHILE I AM
INCARCERATED IN THIS FACILITY.

INMATE SIGNATURE: _____

DATE: __4/7/99__                          SSN: __424 72 0177__

WITNESS: _____

DATE: __4.7-99__

RELEASE FORM RESPOSIBILITY

I, THE UNDERSIGNED, AS AN INMATE OF THE COVINGTON COUNTY JAIL HAVE THE LEGAL
RIGHT TO REFUSE TREATMENT, EXAMINATION, PROCEDURES AND/OR MEDICATIONS IF I
SO CHOOSE DURING MY INCARCERATION IN THIS FACILITY.

I HEREBY RELEASE THE COVINGTON COUNTY FROM ANY RESPONSIBILITY AND REFUSE
MEDICAL EXAMINATIONS AND/OR TREATMENT WHILE I AM INCARCERATED BY THIS FACILITY.

INMATE SIGNATURE: _____

DATE: _____          SSN: _____

WITNESS: _____

DATE: _____

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                    *

VS.                                  *        CASE NO. CC-99-104

BOBBY JOE SUGGS,                     *

    DEFENDANT.                    *

## SPLIT-SENTENCE ORDER

This cause came on for hearing on defendant's application for probation on the 3rd day of June, 1999. After conducting a probation hearing, it is ORDERED, ADJUDGED and DECREED by the Court as follows:

1. The defendant herein is granted a split-sentence. He shall presently serve eighteen (18) months in the penitentiary of the State of Alabama. He shall receive credit for any time heretofore incarcerated on this charge upon such eighteen (18) months, but without any deduction therefrom under the Alabama Correctional Incentive Time Act. The execution of the remainder of the sentence is suspended and the defendant is placed upon probation for the remainder of the sentence.

2. The defendant's probation is conditioned upon the defendant complying with those terms and conditions of probation outlined in the separate order of this Court bearing even date herewith.

DONE and ORDERED this 3rd day of June, 1999.

FILED IN OFFICE

JUN 0 7 1999

Roy A. Powell
CLERK

_____
M. ASHLEY McKATHAN
CIRCUIT JUDGE

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                                    RUN DATE: 04/12/2004

IN THE CIRCUIT COURT OF COVINGTON                                JUDGE: MAM

STATE  OF  ALABAMA                    VS        SUGGS BOBBY JOE
                                                1906 WEST AVENUE
CASE: CC 99 000104.00
                                                FLORALA, AL  36442 0000

DOB: 06/22/54        SEX:      RACE:      HT: 0 00   WT: 000   HR:     EYES:
SSN: 424720172   ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 04/13/1999 | DEFENDANT INDICTED ON: 02/11/99 | ROP |
| 04/13/1999 | CHARGE AT FILING OF: THEFT OF PROP 2ND | ROP |
| 04/13/1999 | CHARGE AT FILING OF: THEFT OF PROP 2ND | ROP |
| 04/13/1999 | BOND SET FOR:      $20000.00 | ROP |
| 04/13/1999 | DEFENDANT ARRESTED ON: 10/24/98 | ROP |
| 04/13/1999 | ATTORNEY FOR DEFENDANT: GIBSON, LAURA S | ROP |
| 06/03/99 | Plea Agreement | |
| 06/03/99 | Explanation of Rights and Plea of Guilty | |
| 06/03/99 | The defendant, Bobby Joe Suggs, appeared in open Court in person with his attorney of record, Hon. Laura Gibson, and withdrew his plea of not guilty and plead guilty as charged in Count II of the indictment.  Upon his plea of guilty the Court proceeded per the requirements of the Alabama Rules of Criminal Procedure whereupon it accepted the plea and adjudged defendant to be guilty of Theft of Property in the Second Degree.   The Court then sentenced such defendant to imprisonment in the penitentiary of the State of Alabama for a period of ten years under the Habitual Felony Offender Act. Said sentence imposed in this case shall run concurrently with any time defendant is simultaneously incarcerated on Covington County Case No. CC-95-369.  He shall also receive credit hereon for any time served on this charge, such cedit to run from April 12, 1999, through the the present.  Defendant was FURTHER ORDERED to pay all Court costs in this case, including the fees of his Court appointed attorney and $50.00 to the Alabama Crime Victim's Compensation Fund.  Finally, defendant was ORDERED to pay restitution in the following amounts: $500.00 to Madiline M. Strickland and $400.00 to Vernell Wilkins.    If payments required hereunder be made in installments, same shall be applied to restitution first and other assessments thereafter.  Count I of the indictment is now nolle prossed on motion of the state. | |

The Court advised defendant of his rights of appeal but he did not give notice of appeal.   He did apply for the benefits of probation and was granted probation for a portion of his sentence by separate order.

M. ASHLEY McKATHAN, CIRCUIT JUDGE

6-3-99  Split Sentence order
6-3-99  Order of Probation
6-7-99  Transcript of Record

AC50370    CASE ACTION SUMMARY
OPER: ROP    CIRCUIT    CRIMINAL
PAGE:    2                                         RUN DATE: 04/13/

IN THE CIRCUIT COURT OF COVINGTON                   JUDGE: M/S

STATE OF ALABAMA                    VS    SUGGS BOBBY JOE
                                          1906 WEST AVENUE
CASE: CC 99 000104.00
                                          FLORALA, AL  36442 0000

DOB: 06/22/54        SEX:    RACE:    HT: 0 00  WT: 000   HR:    EYES:
SSN: 424720172   ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 04/13/1999 | DEFENDANT INDICTED ON: 02/11/99 | ROP |
| 04/13/1999 | CHARGE AT FILING OF: THEFT OF PROP 2ND | ROP |
| 04/13/1999 | CHARGE AT FILING OF: THEFT OF PROP 2ND | ROP |
| 04/13/1999 | BOND SET FOR:   $20000.00 | ROP |
| 04/13/1999 | DEFENDANT ARRESTED ON: 10/24/98 | ROP |
| 04/13/1999 | ATTORNEY FOR DEFENDANT: GIBSON, LAURA S | ROP |
| 06/03/99 | Plea Agreement | |
| 06/03/99 | Explanation of Rights and Plea of Guilty | |
| 06/03/99 | |

        The defendant, Bobby Joe Suggs, appeared in open Court in
person with his attorney of record, Hon. Laura Gibson, and
withdrew his plea of not guilty and plead guilty as charged in
Count II of the indictment.  Upon his plea of guilty the Court
proceeded per the requirements of the Alabama Rules of
Criminal Procedure whereupon it accepted the plea and adjudged
defendant to be guilty of Theft of Property in the Second
Degree.    The   Court   then   sentenced   such   defendant   to
imprisonment in the penitentiary of the State of Alabama for
a period of ten years under the Habitual Felony Offender Act.
Said sentence imposed in this case shall run concurrently with
any time defendant is simultaneously incarcerated on Covington
County Case No. CC-95-369.    He shall also receive credit
hereon for any time served on this charge, such cedit to run
from April 12, 1999, through the the present.  Defendant was
FURTHER ORDERED to pay all Court costs in this case, including
the fees of his Court appointed attorney and $50.00 to the
Alabama Crime Victim's Compensation Fund.  Finally, defendant
was ORDERED to pay restitution in the following amounts:
$500.00 to Madiline M. Strickland and $400.00 to Vernell
Wilkins.    If  payments  required  hereunder  be  made  in
installments, same shall be applied to restitution first and
other assessments thereafter.  Count I of the indictment is
now nolle prossed on motion of the state.

        The Court advised defendant of his rights of appeal but
he did not give notice of appeal.  He did apply for the
benefits of probation and was granted probation for a portion
of his sentence by separate order.

                                    M. ASHLEY McKATHAN, CIRCUIT JUDGE

6-3-99   Split Sentence order
6-3-99   Order of Probation
6-7-99   Transcript of Record

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                      *

VS.                                  *    CASE NO. CC-99-104

BOBBY JOE SUGGS,                     *

    DEFENDANT.                      *

## SPLIT-SENTENCE ORDER

This cause came on for hearing on defendant's application for probation on the 3rd day of June, 1999. After conducting a probation hearing, it is ORDERED, ADJUDGED and DECREED by the Court as follows:

1.  The defendant herein is granted a split-sentence. He shall presently serve eighteen (18) months in the penitentiary of the State of Alabama. He shall receive credit for any time heretofore incarcerated on this charge upon such eighteen (18) months, but without any deduction therefrom under the Alabama Correctional Incentive Time Act. The execution of the remainder of the sentence is suspended and the defendant is placed upon probation for the remainder of the sentence.

2.  The defendant's probation is conditioned upon the defendant complying with those terms and conditions of probation outlined in the separate order of this Court bearing even date herewith.

DONE and ORDERED this 3rd day of June, 1999.

FILED IN OFFICE

JUN 0 7 1999

*Roy D Bowen*
CLERK

_____
M. ASHLEY McKATHAN
CIRCUIT JUDGE

COPY
SERVE ON DEFENDANT

ACR392

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 1977 000101-00 02
M. ASHLEY McKATHAN

CIRCUIT COURT OF COVINGTON COUNTY                     COURT OF: 020015 J

STATE OF ALABAMA        VS.                  DL NO:        0000 000000.00
SUGGS BUBBY JOE              ALIAS:          B J:    11-12
1705 WEST AVENUE            ALIAS:           SSN:   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
FLORALA  AL  36442                           SID:   000000000
                                             AIS:

DOB: 06/22/1954    SEX:        HT: 5 11    WT: 200  HAIR: BRO  EYE: BLU
RACE: ( )W ( )B ( )O    COMPLEXION:            AGE:        FEATURES:

DATE OFFENSE: 00/00/0000   ARREST DATE: 10/24/1990   ARREST ORI: 0230000

        CHARGES @ CONV           CITES          OFF CLASS: ( )A ( )B ( )C
THEFT OF PROP 2ND            13A-008-004                  NOL PRS/2A MOT
THEFT OF PROP 2ND            13A-008-004                  GUILTY PLEA

JUDGE: M. ASHLEY McKATHAN          PROSECUTOR: LOGGINS, EUGENIA L

PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
(✓)Y( )N  6·3·99  (✓)Y( )N  6·3·99  ( )Y( )N          ( )Y( )N

ACT 754-76              IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
(X)Y ( )N   CONFINEMENT: 01 06 000  08 06 000  09 12 000  00 01 022
            PROBATION :  00 00 000  00 00 000
DATE SENTENCED: 06/03/1999    SENTENCE BEGINS: 06/03/1999

PROVISIONS                COSTS/RESTITUTION        DUE        ORDERED

PENITENTIARY         RESTITUTION        $422.34      $700.00
CONCUR SENT          ATTORNEY FEE         $0.00        $0.00
HABITUAL OFDR        CRIME VICTIMS       $50.00       $50.00
SPLIT SENTEN         COST               $253.00      $253.00
                     FINE                 $0.00        $0.00
                     MUNICIPAL FEES       $0.00        $0.00
                     DRUG FEES            $0.00        $0.00
                     ADDTL DEFENDANT      $0.00        $0.00
                     DA FEES              $0.00        $0.00
                     COLLECTION ACCT      $0.00        $0.00
                     JAIL FEES            $0.00        $0.00

                     TOTAL              $500.34     $1203.00

APPEAL DATE       SUSPENDED        AFFIRMED        REARREST
( )Y(✓)N          ( )Y( )N         ( )Y( )N        ( )Y( )N

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
Runs concurrent with Covington County    FROM OFFICIAL COURT RECORDS AND
Case CC-95-369                    AND IS TRUE AND CORRECT.

                                  CIRCUIT CLERK

                                  06/07/1999

OPERATOR: RGP
PREPARED: 05/07/1999

COPY
SHERIFF'S DEPARTMENT

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CIRCUIT COURT OF COVINGTON COUNTY

STATE OF ALABAMA            VS.
GIBBS BOBBY JOE                    ALIAS:
1708 WEST AVENUE                  ALIAS:
FLORALA   AL   36442

DOB: 06/22/1954    SEX:         HT: 5 11    WT: 200    HAIR: BRO    EYES: BLU
RACE: ( )W ( )B ( )O    COMPLEXION:    AGE:         FEATURES:

DATE OFFENSE: 00/00/0000    ARREST DATE: 10/24/1994    ARREST ORI: 0230000

CHARGES @ CONV                CITES              OFF CLASS: ( )A ( )B ( )C ( )O
THEFT OF PROP 2ND        13A-008-004                        NOL PRS/DA MOT
THEFT OF PROP 2ND        13A-008-004                        GUILTY PLEA

JUDGE: M. ASHLEY McKATHAN            PROSECUTOR: LOGGINS, EUGENIA L.

PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
( ✓)Y( )N   ( ✓)Y( )N   6-3-99   ( )Y( )N         ( )Y( )N

ACT 754-76                IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y( )N    CONFINEMENT:  01 06 000   06 06 000  07 12 000   00 01 022
              PROBATION :   00 00 000
DATE SENTENCED: 06/03/1999    SENTENCE BEGINS: 06/03/1999

PROVISIONS                    COSTS/RESTITUTION            DUE        ORDERED

PENITENTIARY                  RESTITUTION              $492.34      $700.00
CONCURR SENT                  ATTORNEY FEE              $0.00        $0.00
HABITUAL OFDR                 CRIME VICTIMS            $50.00       $50.00
SPLIT SENTENC                 COST                    $258.00      $258.00
                              FINE                     $0.00        $0.00
                              MUNICIPAL FEES           $0.00        $0.00
                              DRUG FEES                $0.00        $0.00
                              ADDTL DEFENDANT          $0.00        $0.00
                              DA FEES                  $0.00        $0.00
                              COLLECTION ACCT          $0.00        $0.00
                              JAIL FEES                $0.00        $0.00

                              TOTAL                   $500.34     $1203.00

APPEAL DATE        SUSPENDED            AFFIRMED              REARREST
( )Y( ✓)N         ( )Y( )N            ( )Y( )N             ( )Y( )N

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
Runs concurrent with Covington County    FROM OFFICIAL COURT RECORDS AND
Case CC-95-369                    AND IS TRUE AND CORRECT.


                                  _____
                                  CIRCUIT CLERK

                                  06/07/1999

OPERATOR: RGP
PREPARED: 06/07/1999

PAGE: RUP

PAGE: CRIMINAL                                                                    RUN DATE: 04/13/99

IN THE CIRCUIT COURT OF COVINGTON
STATE OF ALABAMA                              VS        SUGGS, BOBBY JOE                    JUDGE: MAM
CASE CC 99 000104.00                                    1906 WEST AVENUE

                                                        FLORALA, AL  36442 0000

DOB: 05/22/54          SEX:     RACE:          HT: 0 00   WT: 000    HR:      EYES:
SSN: 424720157   ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 04/13/1999 | DEFENDANT INDICTED ON: 02/11/99 | |
| 04/13/1999 | CHARGE AT FILING OF: THEFT OF PROP 2ND | PROP |
| 04/13/1999 | CHARGE AT FILING OF: THEFT OF PROP 2ND | PROP |
| 04/13/1999 | BOND SET FOR:     $20000.00 | PROP |
| 04/13/1999 | DEFENDANT ARRESTED ON: 10/24/98 | PROP |
| 04/13/1999 | ATTORNEY FOR DEFENDANT: GIBSON, LAURA S | PROP |

06/03/99   Plea Agreement
06/03/99   Explanation of Rights and Plea of Guilty
06/03/99        The defendant, Bobby Joe Suggs, appeared in open Court in
           person with his attorney of record, Hon. Laura Gibson, and
           withdrew his plea of not guilty and plead guilty as charged in
           Count II of the indictment.  Upon his plea of guilty the Court
           proceeded per the requirements of the Alabama Rules of
           Criminal Procedure whereupon it accepted the plea and adjudged
           defendant to be guilty of Theft of Property in the Second
           Degree.    The Court then sentenced such defendant to
           imprisonment in the penitentiary of the State of Alabama for
           a period of ten years under the Habitual Felony Offender Act.
           Said sentence imposed in this case shall run concurrently with
           any time defendant is simultaneously incarcerated on Covington
           County Case No. CC-95-369.    He shall also receive credit
           hereon for any time served on this charge, such cedit to run
           from April 12, 1999, through the the present.    Defendant was
           FURTHER ORDERED to pay all Court costs in this case, including
           the fees of his Court appointed attorney and $50.00 to the
           Alabama Crime Victim's Compensation Fund.  Finally, defendant
           was ORDERED to pay restitution in the following amounts:
           $500.00 to Madiline M. Strickland and $400.00 to Vernell
           Wilkins.   If payments required hereunder be made in
           installments, same shall be applied to restitution first and
           other assessments thereafter.    Count I of the indictment is
           now nolle prossed on motion of the state.
                The Court advised defendant of his rights of appeal but
           he did not give notice of appeal.    He did apply for the
           benefits of probation and was granted probation for a portion
           of his sentence by separate order.

                                        M. ASHLEY McKATHAN, CIRCUIT JUDGE

6-3-99  Split Sentence Order
6-3-99  Order, Probation
6-7-99  Transcript of Record

```
CJP232                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:    220
                          INMATE SUMMARY AS OF 06/14/99                  CODE: CSMDI
```

**********************************************************************************

```
AIS: 00202363    INMATE: SUGGS, BOBBY JOE
                                                        RACE: W  SEX: M
INSTITUTION: 220 = COVINGTON
                                                        JAIL CR: 00Y01M22D
DOB: 06/22/54      SSN: 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      PREVIOUS AIS: P0058202

ADM DT: 12/29/98    DEAD TIME: 00Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: MIN-5    CURRENT CUST DT: 02/10/99      PAROLE REVIEW DATE: NOV 99

SECURITY LEVEL: (4) FOUR
```

| COUNTY | SENT DT | CASE NO | CRIME | | JL-CR | TERM |
|--------|---------|---------|-------|---|-------|------|
| COVINGTON | 12/29/98 | N95000369 | BURGLARY III | | 0046D | 004Y 00M 00D CS |
| | ATTORNEY FEES : $0003 43 | | HABITUAL OFFENDER : Y | | | |
| | COURT COSTS : $0000000 | | FINES : $0000000 | | RESTITUTION : $0000696 | |
| COVINGTON | 06/03/99 | N99000104 | THEFT OF PROPERTY II | | 0052D | 001Y 06M 00D CC |
| | | | PROB UNDETERMINED | | | |
| | ATTORNEY FEES : $000000 | | HABITUAL OFFENDER : Y | | | |
| | COURT COSTS : $0000253 | | FINES : $0000000 | | RESTITUTION : $0000247 | |

```
 TOTAL TERM        MIN REL DT      GOOD TIME BAL      LONG DATE
001Y 06M 00D       10/10/2000      00OY 00M 00D       10/10/2000

INMATE LITERAL:
```

**********************************************************************************

```
DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS
```

**********************************************************************************

```
ESCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1973
```

**********************************************************************************

```
DISCIPLINARY/CITATION SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

```
JJP032                    ALABAMA DEPARTMENT OF CORRECTIONS              LIST:    220
                          INMATE SUMMARY AS OF 05/14/99                   CODE: 05401
```

AIS: 00202555     INMATE: BOBBY, BOBBY JOE          RACE: W  SEX: M

INSTITUTION: ALC - COVINGTON                   JAIL CR: 00Y01M00D

DOB: 05/22/54        SSN: 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      PREVIOUS AIS: P000B202

ADM DT: 12/10/98    DEAD TIME: 00Y 00M 00D

ADM TYPE: NEW COMMIT FROM CRT W/REV OF PR    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: MED-5    CURRENT CUST DT: 02/18/99    PAROLE REVIEW DATE: NOV 99

SECURITY LEVEL: (4) MED

```
COUNTY         SENT DT   CUST ID    CRIME                       JL-CR      TERM
COVINGTON      12/10/98  J9000000   BURGLARY III               00+00 004Y 00M 00D C
               ATTORNEY FEES : $000043     HABITUAL OFFENDER : Y
               COURT COSTS   : $0000000    FINES : $0000000    RESTITUTION : $0000609
COVINGTON      12/10/98  J9000000   THEFT OF PROPERTY II       00020 001Y 05M 00D C
                                    PROB UNDETERMINED
               ATTORNEY FEES : $000000     HABITUAL OFFENDER : Y
               COURT COSTS   : $0000000    FINES : $0000000    RESTITUTION : $0000247
```

```
TOTAL TERM        MIN RELE DT      GOOD TIME BAL      LONG DATE
005Y 00M 00D      10/10/2000       000Y 00M 00D       10/10/2000
```

INMATE LITERAL:

DETAINER WARRANT SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPEE PAROLEE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 730 RECORDS

    INMATE HAS NO CURRENT SUPERVISION RECORDS
    ADDITIONAL INFORMATION

ALIAS INFORMATION SUMMARY
    INMATE CURRENTLY HAS NO ADDITIONAL WARRANT RECORDS

**Covington County**
Sheriff
Anthony Clark



**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

DATE & TIME: _7-4-99_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR _BOBBY SMOAS_ TO LEAVE THE COVINGTON COUNTY JAIL ON A _8_ HOUR PASS ON _Sun July 4th_ FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE.

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS FROM THE JAIL, AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME WILL BE CONSIDERED AM ESCAPE AND I WILL BE CHARGED.

I _____ TAKE RESPONSIBILITY FOR THE ABOVE NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE ASSIGNED TIME.

SIGNED _____

INMATE TO RETURN TO JAIL _____

PASS APPROVED BY _____

# Covington County
### Sheriff
### Anthony Clark



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax   (334) 428-2654

## INMATE PASS

7.25.99 per 2301

DATE: _7 - 29 - 99_

TIME:
FROM _8 Am_ TO _4 pm_

This is authorization from Covington County Sheriff's Department for

_Bobby Joe Suggs_ to leave the jail on a _8_ hour pass.

Failure to report back or comply with all rules and regulations will be

considered as a violation and will be prosecuted to the fullest extent.

This includes all laws covered in the code of Alabama

## Failure to return will be considered as ESCAPE ..............

I understand that no drugs or alcohol will be used while on pass from the jail, and failure to
return to the jail at the proper time will be considered an escape and I will be charged

_____
INMATE SIGNATURE

I_____take responsibility for the above named inmate on
pass from the Covington County Jail.  I further take responsibility for the inmate being
back at the jail on time.

SIGNED _____

PASS APPROVED BY _Ashley White  CJ,_

Date _7-26-99_    Page No. _1of1_

STATEMENT OF:

On 7-26-99 at about 0703 hrs, CO AN called the Covington County Sheriff Dept, and advised C/o Sunday that Bobby Joe Suggs had not returned from his pass that was given to him for Sunday 7-25-99 between the hours of 8AM to 4PM. Chaplain Hughes was notified, the sheriff was notified, the chief Deputy was notified, and the Florala Police Dept was notified. A little after 0800hrs Florala Police Dept called and advised that they had recieved a 911 call about some one trespassing in their yard. When Florala Police chief answered the call, he found the subject that was trespassing, was Bobby Joe Suggs. Mr. Suggs was taken into custody by Flol & Alceel in there jail awaiting on County unit to transport him to county jail. I, Ashley, arrived at the Florala Police Dept under the orders of Chief Deputy Donnie Rogers. I asked Bobby Joe why did he not return from his pass. Bobby Joe advised that his workers were trying to work him to death. He advised he was not a young man but an old man who couldn't keep up with them. Bobby Joe started crying at this point. As I got closer to him I could smell the Alcohol on him. Bobby Joe asked what I thought was going to happen to him. I told Bobby Joe that he would be taken off work Release more then likely, charged with Escape, his waiver cancelled + sent back to state. I then, when Bobby Joe & I were thru talking, I went & talked to Flol, he advised the lady, who's property he trespassed on was going to sign warrents on him for harrassment + Trespessing. I went to my house + called Chief Deputy Donnie Rogers + told him of what Bobby Joe told me & that of what Flol had told me. Later on that day, D311 Tony Nance, transported Bobby Joe to County Jail.

Ashley Kirk                                    End of
                                              Statement
                                                A.K.

WITNESS

CERTIFIED SYSTEMS, INC.
*A ServiceMaster Employer Services, Inc. Company*
*Administrative Employer for:*

NAME: BOBBY JOE SUGGS

0633181

No. *15410*

## COMFORT HEATING & COOLING

| EARNINGS | TIME | AMOUNT | Y-T-D | DEDUCTIONS | AMOUNT | Y-T-D | TAXES | AMOUNT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| N: 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 | | | | MAJOR MED. | | 0.00 | FIT  S  0 | 20.04 | 200.59 |
| Q#:    0001   Regular | 35.16 | 184.59 | 1846.96 | | | 0.00 | FICA (Ret) | 11.44 | 114.50 |
| CT# 00050115  O/T (1) | | | 0.00 | HERITAGE | | 0.00 | FICA (Med) | 2.68 | 26.79 |
| VN# 00000001  O/T (2) | | | 0.00 | 401K-PLAN% | | 0.00 | EIC | | 40.00 |
| PT# 00000001  Salary | | | 0.00 | 401K-PLAN | | 0.00 | SIT  S  0  0 | 5.61 | 56.54 |
| PL# 00000177  Commission | | | 0.00 | SET UP FEE | | 0.00 | LIT | | 0.00 |
| Tips | | | 0.00 | BANK DRAFT* | | 0.00 | CIT | | 0.00 |
| ERIOD 07/23/1999  Sick | | | 0.00 | 401K PLAN | | 0.00 | | | 0.00 |
| YRATE     $5.25   Bonus | | | 0.00 | INSURANCE | | 0.00 | | | |
| Holiday | | | 0.00 | IRA | | 0.00 | | | |
| EPORTED TIPS:  Vacation | | | 0.00 | MAJOR MED. | | 0.00 | --------PAYROLL SUMMARY---------- | | |
| $0.00   Reimb. Exp. | | | 0.00 | | | 0.00 | EARNINGS | 184.59 | 1846.96 |
| $0.00 YTD  ON CALL | | | 0.00 | HERITAGE | | 0.00 | PRE-DEDUCTS | 0.00 | 0.00 |
| RETROACTIVE | | | 0.00 | TPA | | 0.00 | TAXES | 39.77 | 398.42 |
| ROSS SALES: | | | 0.00 | CHILD SUPP. | | 0.00 | POST-DEDUCTS | 4.50 | 18.00 |
| $0.00 | | | 0.00 | ADVANCE | | 0.00 | | | |
| | | | | MISC. | | 0.00 | NET PAY | 140.32 | 1430.54 |
| TOTAL EARNINGS | 35.16 | 184.59 | 1846.96 | INSURANCE | | 0.00 | | | |
| | | | | UNIFORM | 4.50 | 18.00 | BANK CODE    59 | | |
| | | | | LOAN | | 0.00 | | | |
| | | | | GARNISHMENT | | 0.00 | | | |
| | | | | SAVINGS | | 0.00 | | | |
| | | | | DISABILITY | | 0.00 | | | |
| | | | | CREDIT UNION | | 0.00 | | | |
| | | | | RENT | | 0.00 | | | |
| | | | | BANKRUPTCY | | 0.00 | | | |
| | | | | | | 0.00 | | | |
| | | | | | | 0.00 | | | |

*BAL DUE .32*

*RECEIVED BY BOBBY J SUGGS*

*8-3-99*

*M. Vern S____*

*Bobby Joe Suggs*

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | PRELIMINARY HEARING |
| PLAINTIFF, | * | |
| VS | * | CASE NO.: WR-1999-3-108 |
| BOBBY JOE SUGGS, | * | |
| DEFENDANT. | * | FILED          CE |
| | * | AUG 2 5 1999 |

CLERK

## ORDER SETTING PRELIMINARY HEARING

The Defendant having filed a motion for a Preliminary Hearing and the Court having a full calendar to the extent that a Preliminary Hearing cannot be held within 21 days, the Court finds that circumstances exist that justify delay beyond the 21 day period. It is therefore,

ORDERED. ADJUDGED, and DECREED that a Preliminary Hearing will be held in this cause on the 6th day of October, 1999, at 11:00 A.M., in the District Courtroom. Honorable Laura Gibson is appointed to represent the defendant at Preliminary Hearing.

DONE and ORDERED this 25th day of August, 1999.

Frank L. McGuire, III
District Judge

SHERIFF

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | GRAND JURY NO.164 |
| | | SEPTEMBER - 1999 |
| BOBBY JOE SUGGS, | * | |
| DEFENDANT. | * | |

## ORDER

The above named Defendant having been by previous order
of the Court removed from the custody of the Department
of Corrections of the State of Alabama to the Covington County,
Alabama jail and it being necessary that said Defendant be
forthwith returned to the custody of the Department of
Corrections of the State of Alabama; it is,

Therefore ORDERED and ADJUDGED by the Court that the
Sheriff of Covington County, Alabama, forthwith remove Bobby Joe
Suggs from the Covington County, Alabama Jail to the
custody of the Department of Corrections of the State of
Alabama.

It is further ORDERED by the Court that copies of this
order be furnished to the attorney of record for the Defendant;
Honorable Eugenia Loggins, District Attorney, 22nd Judicial
Circuit of Alabama; Honorable Anthony Clark, Sheriff of
Covington County, Alabama; the Defendant and the Department
of Corrections of the State of Alabama.

Done this 12th day of October, 1999.

FILED IN

OCT 12 1999

CIRCUIT JUDGE

10/13/9S



COPY
SHERIFF DEPARTMENT

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | CASE NO. CC-99-261 |
| BOBBY JOE SUGGS, | * | |
| DEFENDANT. | * | |

FILED IN OFFICE

JAN 0 5 2000

*Roy A. Powell*
CLERK

ORDER

It having been brought to the Court's attention that the above named Defendant is presently in the custody of the Department of Corrections of the State of Alabama and it being necessary that said Defendant be returned to the custody of the Covington County, Alabama Jail for Court the week of January 24, 2000, it is,

Therefore ORDERED and ADJUDGED by the Court that the Sheriff of Covington County, Alabama, remove said Defendant from the custody of the Alabama Department of Corrections to the Covington County, Alabama Jail for Court.

It is further ORDERED by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama; the Sheriff of Covington County, Alabama; the District Attorney, 22nd Judicial Circuit of Alabama; the Attorney of Record for the Defendant and the Defendant.

Done this 5th day of January, 2000.

Jerry E. Stokes
CIRCUIT JUDGE

executed
1-19-2000

STATE OF ALABAMA,               *        IN THE CIRCUIT COURT OF

    PLAINTIFF,     FILED IN OFFICE    *    COVINGTON COUNTY, ALABAMA

VS.                    JAN 26 2000       CASE NO.  CC-99-261

BOBBY JOE SUGGS,      _Roy L. Powe_
                           CLERK
    DEFENDANT.                  *

## ORDER

    The Defendant appeared in open Court in person with Honorable Benton Persons, his attorney of record, and, with consent of the State, pleaded guilty to a lesser included offense of Escape in the Third Degree.  Upon his plea of guilty, the Court adjudged the Defendant guilty of Escape in the Third Degree and sentenced the Defendant and/or imposed orders as follows:

    (1)  Defendant was sentenced under the Habitual Offender Act (2 priors) to serve ten (10) years imprisonment in the Penitentiary of Alabama.  Said sentence is to run concurrently with the sentence imposed in Case No. CC-99-104.

    (2)  Defendant was ordered to pay all Court costs, including the fees of his Court appointed attorney,  $50.00 to the Victim's Compensation Fund, the fees of his Court appointed attorney and any other assessments required by law.

    (3)  Defendant is to receive credit for any time incarcerated on this charge.

    (4)  The above sentence shall be split, pursuant to the plea agreement, as follows:  Defendant shall serve 258 days in the Penitentiary of Alabama beginning January 26, 2000, and the

balance shall be served on supervised probation.

(5) Defendant shall comply fully with all conditions of probation contained in the standard probation order being issued simultaneously herewith.

Done this _26th_ day of ___January___, 2000.

_(signature)_
CIRCUIT JUDGE

**FILED IN OFFICE**

JAN 26 2000 pm

_(signature)_
CLERK



ACR3S9

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

*COPY*
Sheriff

CC 1999 000261.00 01
JERRY E STOKES

CIRCUIT COURT OF COVINGTON COUNTY                    COURT ORI: 023015 J

STATE OF ALABAMA          VS.                        DC NO: GJ 1999 300164.00
SUGGS BOBBY JOE                    ALIAS:            G J:      164
1906 W 7TH AVENUE                  ALIAS:            SSN:    424720177
FLORALA  AL  36442                                  SID:    000621731
                                                    AIS:

DOB:  06/24/1954   SEX: M   HT: 5 11   WT: 200  HAIR: BRO   EYE: BLU
RACE: (X)W ( )B ( )O   COMPLEXION:           AGE:         FEATURES:

DATE OFFENSE: 07/25/1999   ARREST DATE: 10/08/1999   ARREST ORI: 0230000

CHARGES @ CONV        CITES          CLS COURT ACTION          CA DATE
ESCAPE 3RD DEGREE     13A-010-033     C  GUILTY PLEA           01/26/2000
                                                               00/00/0000
                                                               00/00/0000

JUDGE: JERRY E STOKES                     PROSECUTOR: LOGGINS EUGENIA L

PROBATION APPLIED  GRANTED   DATE              REARRESTED DATE   REVOKED   DATE
(X)Y( )N 01262000 (✓)Y( )N  1/26/00           ( )Y( )N                  ( )Y( )N

ACT 754-76                 IMPOSED    SUSPENDED     TOTAL      JAIL CREDIT
(X)Y ( )N   CONFINEMENT:  00 00 258  00 00 000   00 00 258   00 03 020
            PROBATION  :  09 03 017              09 03 017
DATE SENTENCED: 01/26/2000         SENTENCE BEGINS: 01/26/2000

PROVISIONS              COSTS/RESTITUTION          DUE        ORDERED

 PENITENTIARY           RESTITUTION              $0.00         $0.00
 CONCURR SENT           ATTORNEY FEE           $342.50       $342.50
 HABITUAL OFDR          CRIME VICTIMS           $50.00        $50.00
 SPLIT SENTENC          COST                   $291.00       $291.00
                        FINE                     $0.00         $0.00
                        MUNICIPAL FEES           $0.00         $0.00
                        DRUG FEES                $0.00         $0.00
                        ADDTL DEFENDANT          $0.00         $0.00
                        DA FEES                  $0.00         $0.00
                        COLLECTION ACCT          $0.00         $0.00
                        JAIL FEES                $0.00         $0.00

                        TOTAL                  $683.50       $683.50

APPEAL DATE       SUSPENDED          AFFIRMED          REARREST
( )Y(✓)N         ( )Y( )N          ( )Y( )N         ( )Y( )N

REMARKS:
                        THIS IS TO CERTIFY THAT THE
                        ABOVE INFORMATION WAS EXTRACTE
                        FROM OFFICIAL COURT RECORDS AN
                        AND IS TRUE AND CORRECT.

                        ROGER A POWELL
                        01/27/2000

OPERATOR: PAH
PREPARED: 01/27/2000

RECEIVED

JAN 2 8 2000

COVINGTON CO.

# DID YOU SEARCH INMATE

DID YOU DO MEDICAL EVALUATION AND FORM _____

DID YOU BOOK SUBJECT IN _____

DID YOU LIST ALL CHARGES _____

DID YOU LIST ALL PROPERTY _____

DID YOU CHECK NCIC AND LOCAL FOR WARRANTS _____

DID YOU LIST ALL HOLDS ON INMATE _____

DID YOU ENTER INMATE IN THE COMPUTER _____

DID YOU PUT INMATE ON DAILY JAIL LOG _____

DID YOU PUT INMATE'S PROPERTY IN PROPERTY ROOM _____

DID YOU TAKE FINGERPRINTS _____

DID YOU TAKE PHOTO _____

DID INMATE GET A PHONE CALL _____

DID YOU PUT MONEY IN LOCK BOX _____

DID YOU PUT INMATE ON 72 HOUR HEARING LIST _____

BOOKING OFFICER _Sgt Marks_        DATE _01-19-2000_

RELEASING OFFICER WILL FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE

DATE RELEASED _02-01-2000_

DID YOU CHECK ALL HOLDS ON INMATE _transfred to D.O.C._

DID YOU RETURN ALL PROPERTY AND MONEY _____

DID YOU HAVE INMATE SIGN FOR PROPERTY _____

DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _transfred_

DID YOU MAKE SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING _____

DID YOU PUT INMATE OUT ON DAILY JAIL LOG _____

DID YOU MAKE SURE THIS INMATE IS TO BE RELEASED AND THERE ARE NO HOLDS _____

DID YOU TAKE INMATE OUT OF COMPUTER _____

RELEASING OFFICER _0-10_ _____

```
=================================================================================
Print Screen for: SUGGS, BOBBY J
                                                        8/21/2002   19:16
                                              Booked By: JOSEY
=================================================================================
Last      : SUGGS          First: BOBBY      MI: J      SSN: 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
Prop.Loc.: BOX#56                Currently In/Out: I    IMOD$:      $0.00
Address   : 1906 WEST 7TH AVE. FLORALA,AL36442         Cell: HOLDING
Alias     :                      DOB:  6/22/1954  Age: 48    Sex: M
Height    : 5'11"   Weight: 205   Eyes: BLU   Hair: BRO   Race: W
Scars     :                 Marks:              Complexion: DRK
Tatoos    : MULTIPLE TATOOS                    BirthLOC: FT.HOOD,TEXAS
NextOfKin: PATRICIA SUGGS       Ph: 334-8585-8140
Arrested  :  8/21/2002 @ 19:09  Loc: LOCKHART
Mis/Fel   : M BillTo: LH   LOCKHART PD   ArrestOfficer: J.DOUGLAS/LPD
Charges   : DUI/ DRIVING W/REVOKED / OPEN CONTAINER
Charges2  :
Convicted:   /  /    Sentence:              AwaitTrial: N
72HR Req?: Y 72HR Due: 8/24/2002    72HR Actual:   /  /
Release   :
Rel.Type  :                    ReleaseDate:  /  /   @   :    AIS:
Bond      : $1,000+$500+$100=$1,600.00TOTAL    DutyOfficer:
Holds     : HOLD TILL 0.00BAC/BLEW 0.20@17:22/CHECK IN APPROX.2HOURS
Notes     : BOND HAS BEEN APPROVED BY DOUGLAS/SUBJECT IS TO SIGN BOND!
=================================================================================
Seq:     9.090
```

# COVINGTON COUNTY JAIL
## PRISONER PROPERTY LOG

PRISONER'S NAME: Suggs, bobby Joe                    DATE: 08/21/02

| | | | | |
|---|---|---|---|---|
| Ammunition | Clothing | I.D. Cards | Necklace | Tie-Tack / Clip |
| Beer | Coat / Sweater | Jewelry | Neck Tie | Tobacco |
| Belt | Comb | Junk | Packages | Toilet Articles |
| Billfold | Credit Cards | Keys set | Papers | Tools |
| Boots / Shoes | Driver License | Knife | Pen - Pencil | Watch |
| Books | Ear Rings | Liquor | Purse - Coins | Weapons |
| Boxes | Flashlight | Lighter | Purse - Ladies | Wiskey |
| Brief Case | Glasses Sunglasses | Luggage | Purse - Man | Wine |
| Camera | Gloves | Medicine | Radio - T.V. | |
| Candy | Groceries | Money Clip | Razor | |
| Check Book | Handbags | Musical Insturment | Rings | |
| Cigarettes opened | Hat Cap | Nail Clippers | Suitcase | Other Items : |
| | | | | |

**CURRENCY (BILLS)**

| | |
|---|---|
| $100.00 | Total |
| $50.00 | Total |
| $20.00 | Total |
| $10.00 | Total |
| $5.00 | Total |
| $1.00 | Total |

TOTAL AMOUNT CURRENCY

TOTAL AMOUNT CHANGE

COMBINED TOTAL AMOUNT
OF ALL CURRENCY, CHECKS
AND CHANGE

**CHECKS**

TOTAL AMOUNT OF ALL CHECKS

no money @ intake

I certify that the above is a correct list of the property removed from my POSSESSION at the time I was placed in Jail.
PRISONERS SIGNATURE :

I hereby acknowledge the receipt of the above and listed itemized property on this
21 day of August 2002 at 19 : 09 ☐ AM ☐ PM
SIGNATURE OF RECEIVING OFFICER

I have received all of the above listed property (minus any property previously released as indicated on this receipt) on the
22 day of Aug 2002 at 6 : 54 ☐ AM ☐ PM
PRISONER'S SIGNATURE :

PRISONER PROPERTY SEIZED AS EVIDENCE : ☐ YES ☐ NO IF YES SEIZED BY :
DESCRIBE PROPERTY :

| | | | |
|---|---|---|---|
| RELEASED ITEMS . | DATE : / / | TIME : : ☐ AM ☐ PM | |
| RELEASING OFFICER : | | AGENCY : | |
| RECEIVING OFFICER : | | AGENCY : CCJ | |

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

COPY

STATE OF ALABAMA,                    *

      PLAINTIFF,                    *

COPY
SHERIFF'S DEPARTMENT

VS.                                  *

                             CASE NO.  CC-99-104/261.70

BOBBY JOE SUGGS,

      DEFENDANT.                    *

## ORDER

A petition having been filed by the Probation Officer in this cause alleging certain acts and the Court having found that there is reasonable cause to believe that the defendant has violated a condition, regulation, or instruction concerning the probationary sentence heretofore imposed upon the defendant, in that:

On 8/21/02, Bobby Joe Suggs was arrested for DUI, DLWR, and Open Container.

It is, therefore, ORDERED and ADJUDGED that the defendant be taken forthwith into custody and brought before this Court without unnecessary delay, and that a copy of this order be served upon the defendant and that due return be made thereof.

Done and Ordered this 28th day of August, 2002.

_____
CIRCUIT JUDGE

Social Security Number: 424720177 DOB 6-22-54
HT 5'11" WT 190 Race W Sex M Hair GRAY Eyes Blue
Address or Location: 1906 west 7th Ave, FloRAlA, AL, 36442

# INMATE DATA

Covington County Sheriff

Printed: Tue Sep 10, 2002

## BOBBY JOE SUGGS (S424720177)

Booking Number
200000150

Booking Date
SEPTEMBER 9th, 2002

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| HOLDING | | 3 | 1 | 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 | BJ | |

| Address | Home Telephone |
|---|---|
| 1906 WEST 7TH AVE FLORALA AL 36442 | (334) 858-8140 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1954-06-22 | 48 | 5' 11" | 190 | WHITE | BLUE | GRAY |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| PATRICA SUGGS 531 ALABAMA ST    FLORALA   AL   36442 | (334) 858-8140 |

| Charge(s) | Bond |
|---|---|
| VOP | NO BOND |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ001  THOMAS, HAYWARD | CJ001  THOMAS, HAYWARD | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| WARRANT | Y | Y |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| 2002-09-10 | 19:50 | CJ004  CLARK, BROOK |

Notes

SUBJECT TURNED SELF IN AT JAIL

| Covington County Sheriff | **INMATE DATA** | Booking Number 200000150 |
|---|---|---|
| Printed: Mon Sep 09, 2002 | **BOBBY JOE SUGGS (S424720177)** | Booking Date SEPTEMBER 9th, 2002 |

| Section **HOLDING** | Block | Cell **3** | Bed **1** | Social Security Number **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** | Alias **BJ** | Est Release Date |
|---|---|---|---|---|---|---|

| Address **1006 WEST 7TH AVE FLORALA AL 36442** | Home Telephone **(334) 858-8140** |
|---|---|

| Sex **M** | Date of Birth **1954-06-22** | Age **48** | Height **5' 11"** | Weight **190** | Race **WHITE** | Eyes **BLUE** | Hair **GRAY** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin **PATRICA SUGGS 531 ALABAMA ST   FLORALA  AL  36442** | NOK Telephone **(334) 858-8140** |
|---|---|

| Charge(s) **VOP** | Bond **NO BOND** |
|---|---|

| Jailer **CJ001  THOMAS, HAYWARD** | Photo Taken By **CJ001  THOMAS, HAYWARD** | Fingerprinted By |
|---|---|---|

| Admission Type **WARRANT** | Phone Call **Y** | NCIC Check **Y** |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For **COV. COUNTY** | Arresting Officer |
|---|---|

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

**SUBJECT TURNED SELF IN AT JAIL**

# INMATE SUMMARY

## BOBBY JOE SUGGS (S424720177)

**Covington County Sheriff**

Printed: Mon Sep 09, 2002

**Booking Number**
200000150

**Booking Date**
SEPTEMBER 9th, 2002

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| HOLDING | | 3 | 1 | 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 | BJ | |

**Address**
1906 WEST 7TH AVE
FLORALA AL 36442

**Home Telephone**
(334) 858-8140

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1954-06-22 | 48 | 5' 11" | 190 | WHITE | BLUE | GRAY |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

**Next of Kin**
PATRICA SUGGS
531 ALABAMA ST    FLORALA AL 36442

**NOK Telelphone**
(334) 858-8140

| Charge(s) | Bond | Arresting Officer |
|---|---|---|
| VOP | NO BOND | |

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|
| CJ001 THOMAS, HAYWARD | | | |

## MEDICAL

**ADVISORY**

| Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**DISPENSED**

| Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**TREATMENT**

| Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|
| | | | | | |

**NOTES**

Doctor DR DAVID MARSH

Special Diet

Medications 40 MG PROSECK/10 MG ZEPRIXON/100 TRAZION/25MG LIBERAN

Drug Allergies

Other

## PROPERTY

**RECEIVED** CAP, BELT, WATCH, PART PACK CIG, LIGHTER

**RETURNED**

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| 2002-09-12 | 09:00 | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |