| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number 200000150 |
|---|---|---|
| Printed: Mon Sep 09, 2002 | **BOBBY JOE SUGGS (S424720177)** | Booking Date SEPTEMBER 9th, 2002 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | CAP | | |
| 1 | BELT | | |
| 1 | WATCH | | |
| 1 | PART PACK CIG | | |
| 1 | LIGHTER | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    PROPERTY BOX #139

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: 7/7/02 Time: 9:45

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: 9/9/02 Time: 9:46

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature _____ Date: 9/10/02 Time: 8:45

Officers's Signature _____ Date: 9/10/02 Time: 8:45

STATE OF ALABAMA,　　　　　*

　　　PLAINTIFF,　　　　　　*

VS.　　　　　　　　　　　　*　　　　CASE NO. *CC-99-261.70*

*Bobby Joe Suggs.*　　　*

　　　DEFENDANT.　　　　　　*

FILED IN OFFICE

SEP 1 0 2002

*Roy A. Powe*　CLERK

## ORDER

　　The defendant was brought before the Court for an initial appearance after arrest pursuant to Rule 27.5 of the Alabama Rules of Criminal Procedure. The Court proceeded in the manner required by that rule, and also set bond for the defendant. Such bond is hereby fixed in the amount of $ *2,500.00* .

　　In the event the defendant should be able to make this bond, the following conditions shall apply:

　　1. The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

　　2. The defendant must refrain from committing any criminal offense.

　　3. The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

　　4. The defendant must promptly notify the Court of any change of the defendant's address.

STATE OF ALABAMA,                    *

    PLAINTIFF,                      *

VS.                                  *          CASE NO. _CC-99-261.70_

_Bobby Joe Suggs_                    *

    DEFENDANT.                      *          **FILED IN OFFICE**

                                         SEP 1 0 2002

                                Roy A Powell

                                           CLERK

## ORDER

The defendant was brought before the Court for an initial appearance after arrest pursuant to Rule 27.5 of the Alabama Rules of Criminal Procedure. The Court proceeded in the manner required by that rule, and also set bond for the defendant. Such bond is hereby fixed in the amount of $ _2,500.00_ .

In the event the defendant should be able to make this bond, the following conditions shall apply:

1. The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

2. The defendant must refrain from committing any criminal offense.

3. The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

4. The defendant must promptly notify the Court of any change of the defendant's address.

STATE OF ALABAMA,                          *

     PLAINTIFF,                            *

VS.                                        *          CASE NO. _CC-99-104.70_

_Bobby Joe Biggs_,                         *

     DEFENDANT.                            *

FILED IN OFFICE

SEP 1 0 2002

### ORDER

_Roy A. Penn_
CLERK

    The defendant was brought before the Court for an initial appearance after arrest pursuant to Rule 27.5 of the Alabama Rules of Criminal Procedure. The Court proceeded in the manner required by that rule, and also set bond for the defendant. Such bond is hereby fixed in the amount of $ _2,500.00_ .

    In the event the defendant should be able to make this bond, the following conditions shall apply:

    1. The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

    2. The defendant must refrain from committing any criminal offense.

    3. The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

    4. The defendant must promptly notify the Court of any change of the defendant's address.

STATE OF ALABAMA,                    *

    PLAINTIFF,                        *

VS.                                  *         CASE NO. _CC-99-104.70_

_Bobby Joe Biggs_,                   *

    DEFENDANT.                        *

FILED IN OFFICE

SEP 1 0 2002

_Roy A Pierce_ CLERK

## ORDER

    The defendant was brought before the Court for an initial appearance after arrest pursuant to Rule 27.5 of the Alabama Rules of Criminal Procedure.  The Court proceeded in the manner required by that rule, and also set bond for the defendant.  Such bond is hereby fixed in the amount of $ _2,500.00_ .

    In the event the defendant should be able to make this bond, the following conditions shall apply:

    1.  The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

    2.  The defendant must refrain from committing any criminal offense.

    3.  The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

    4.  The defendant must promptly notify the Court of any change of the defendant's address.

COPY

DEPARTMENT OF CORRECTIONS

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                       *

VS.                                  *          CASE NO. CC-99-104.70 &
                                                CC-99-261.70
BOBBY JOE SUGGS,          **FILED IN OFFICE**

    DEFENDANT.              NOV 1 5 2002

                  *Roy A Pruett*
                        CLERK

ORDER

    This cause coming on for hearing to determine whether or not said defendant's probation should be revoked.

    The defendant being present with Honorable Benton Persons and Honorable Manish Patel, his attorneys of record, the Court proceeded to hear the evidence, and finds that the defendant has violated a condition of his probation in that there is evidence believed and relied upon by the Court, upon consideration of all the proof presented, including certain admissions of the defendant taken in the manner required by Rule 27.6(c) of the Alabama Rules of Criminal Procedure, that the defendant has violated such a condition.  Particularly, the Court is reasonably satisfied from the evidence that defendant did, during the term of his probation, commit the offense of Driving Under the Influence of Alcohol on the 21st day of August, 2002. The Court is of the clear opinion that the conduct so referenced breached the written probationary requirement that defendant not violate Federal, State or local laws.

    The Court also finds that no measure short of confinement will avoid depreciating the seriousness of the aforementioned breach.

    It is therefore ORDERED and ADJUDGED by the Court that defendant's probation be, and the same hereby is, REVOKED pursuant to Ala. Code §15-22-54(d)(1)(e) so as to require -- That defendant now serve one year of incarceration upon his total term, but, notwithstanding that fact, that he also receive credit thereon for any time he has spent in jail since his most recent arrest. It is also provided that Mr. Suggs shall be obligated to report to begin his imprisonment hereunder this coming Friday at 5:00 p.m.

    Defendant's probation, with the aforestated provision for temporary incarceration, remains otherwise effective on the previous terms and conditions imposed, except that defendant, upon release, shall also be required to enroll in and complete and "in-house" alcohol rehabilitation program.

COPY
........ DEPARTMENT

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                       *

VS.                                  *

                                CASE NO. CC-99-104.70 &
BOBBY JOE SUGGS,      **FILED IN OFFICE**              CC-99-261.70

    DEFENDANT.         NOV 1 5 2002

                *Roy A Powell*
                    CLERK

ORDER

    This cause coming on for hearing to determine whether or not said defendant's probation should be revoked.

    The defendant being present with Honorable Benton Persons and Honorable Manish Patel, his attorneys of record, the Court proceeded to hear the evidence, and finds that the defendant has violated a condition of his probation in that there is evidence believed and relied upon by the Court, upon consideration of all the proof presented, including certain admissions of the defendant taken in the manner required by Rule 27.6(c) of the Alabama Rules of Criminal Procedure, that the defendant has violated such a condition. Particularly, the Court is reasonably satisfied from the evidence that defendant did, during the term of his probation, commit the offense of Driving Under the Influence of Alcohol on the 21st day of August, 2002. The Court is of the clear opinion that the conduct so referenced breached the written probationary requirement that defendant not violate Federal, State or local laws.

    The Court also finds that no measure short of confinement will avoid depreciating the seriousness of the aforementioned breach.

    It is therefore ORDERED and ADJUDGED by the Court that defendant's probation be, and the same hereby is, REVOKED pursuant to Ala. Code §15-22-54(d)(1)(e) so as to require -- That defendant now serve one year of incarceration upon his total term, but, notwithstanding that fact, that he also receive credit thereon for any time he has spent in jail since his most recent arrest. It is also provided that Mr. Suggs shall be obligated to report to begin his imprisonment hereunder this coming Friday at 5:00 p.m.

    Defendant's probation, with the aforestated provision for temporary incarceration, remains otherwise effective on the previous terms and conditions imposed, except that defendant, upon release, shall also be required to enroll in and complete and "in-house" alcohol rehabilitation program.

| Covington County Sheriff<br>Date Issued:<br>Printed: Fri Nov 15,2002 | **PROPERTY ISSUANCE LOG**<br>**BOBBY JOE SUGGS (S424720177)** | Booking Number<br>**200000813**<br>Booking Date<br>**NOVEMBER 15th, 2002** |

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

All property issued has been returned in same condition issued.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

```
                        COVINGTON COUNTY
                     TRANSCRIPT OF RECORD
                     CONVICTION REPORT                    COPY
                                                   SHERIFF'S DEPARTMENT
                                          CC 1995 000104.00 02
                                          M. ASHLEY MCKATHAN
```

| CIRCUIT COURT OF COVINGTON COUNTY | COURT ORI: 023015 J |
|---|---|

```
STATE OF ALABAMA      VS.                   DC NO:   0000 000000.00
SUGGS BOBBY JOE            ALIAS:           G J:     11-12
1906 WEST AVENUE          ALIAS:            SSN:     424720177
FLORALA AL 36442                            SID:     000000000
                                            AIS:     202363
```

```
DOB: 06/22/1954  SEX:      HT: 5 11   WT: 200  HAIR: BRO    EYE: BLU
RACE: ( )W ( )B ( )O   COMPLEXION: _____ AGE: _____ FEATURES: _____
```

```
DATE OFFENSE: 00/00/0000   ARREST DATE: 10/24/1998   ARREST ORI: 0230000
```

```
CHARGES @ CONV      CITES            CT CL COURT ACTION            CA DATE
THEFT OF PROP 2ND   13A-008-004      01 C  NOL PRS/DA MOTION       06/03/1999
THEFT OF PROP 2ND   13A-008-004      01 C  GUILTY PLEA             06/03/1999
                                     00                            00/00/0000
```

```
JUDGE: M. ASHLEY MCKATHAN            PROSECUTOR: LOGGINS EUGENIA L
```

```
PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE   REVOKED  DATE
(X)Y( )N 6/3/99  (X)Y( )N 6/3/99   (X)Y( )N 9/9/02  ( )Y(X)N
```

```
15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL   JAIL CREDIT
(X)Y ( )N  CONFINEMENT: 01 00 000  09 00 000  1- 00 000  00 00 067
           PROBATION :  00 00 000             00 00 000
DATE SENTENCED: 06/03/1999    SENTENCE BEGINS: 11/15/2002
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $0.00 | $900.00 |
| CONCURR SENT | ATTORNEY FEE | $200.00 | $200.00 |
| HABITUAL OFDR | CRIME VICTIMS | $50.00 | $50.00 |
| SPLIT SENTENC | COST | $284.34 | $286.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $534.34 | $1436.00 |

```
APPEAL DATE     SUSPENDED      AFFIRMED        REARREST
( )Y(X)N _____   ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N
```

```
REMARKS:
   CC199500000369         THIS IS TO CERTIFY THAT THE
                          ABOVE INFORMATION WAS EXTRACTED
                          FROM OFFICIAL COURT RECORDS
                          AND IS TRUE AND CORRECT.

                          Roger A. Powell
                          ROGER A POWELL

                          11/18/2002
```

```
OPERATOR: CAG
PREPARED: 11/18/2002
```

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

**COPY**
SHERIFF'S DEPARTMENT

CC 1999 000261.00 01
JERRY E STOKES

```
| CIRCUIT COURT OF COVINGTON COUNTY          COURT ORI: 023015 J       |
|--------------------------------------------------------------------- |
| STATE OF ALABAMA        VS.                DC NO: GJ 1999 300164.00   |
| SUGGS BOBBY JOE              ALIAS:        G  J    164                |
| 1906 W 7TH AVENUE           ALIAS:        SSN:   424720177            |
| FLORALA  AL  36442                        SID:   000621731           |
|                                           AIS:   00202363            |
|--------------------------------------------------------------------- |
| DOB: 06/24/1954    SEX: M   HT: 5 11    WT: 200  HAIR: BRO  EYE: BLU  |
| RACE: (X)W ( )B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: ____ |
|--------------------------------------------------------------------- |
| DATE OFFENSE: 07/25/1999   ARREST DATE: 10/08/1999   ARREST ORI: 0230000 |
|--------------------------------------------------------------------- |
| CHARGES @ CONV     CITES          CT CL COURT ACTION          CA DATE |
| ESCAPE 3RD DEGREE  13A-010-033    01 C  GUILTY PLEA       01/26/2000  |
|                                   00                      00/00/0000  |
|                                   00                      00/00/0000  |
|--------------------------------------------------------------------- |
| JUDGE: JERRY E STOKES          PROSECUTOR: LOGGINS EUGENIA L          |
|--------------------------------------------------------------------- |
| PROBATION APPLIED   GRANTED  DATE       REARRESTED DATE  REVOKED  DATE |
| (X)Y( )N 01262000  (X)Y( )N 01/26/00   (X)Y( )N 9/9/00  ( )Y( )N ____ |
|--------------------------------------------------------------------- |
| 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL   JAIL CREDIT |
| (X)Y ( )N  CONFINEMENT: 01 00 000  09 00 000  10 00 000  00 00 067     |
|            PROBATION  : 09 00 000             09 00 000                |
| DATE SENTENCED: 01/26/2000   SENTENCE BEGINS: 11/15/2002               |
|--------------------------------------------------------------------- |
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $0.00 | $0.00 |
| CONCURR SENT | ATTORNEY FEE | $978.94 | $978.94 |
| HABITUAL OFDR | CRIME VICTIMS | $50.00 | $50.00 |
| SPLIT SENTENC | COST | $307.00 | $307.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $1335.94 | $1335.94 |

```
| APPEAL DATE       SUSPENDED        AFFIRMED         REARREST          |
| ( )Y(✓)N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  |
|--------------------------------------------------------------------- |
| REMARKS:                    THIS IS TO CERTIFY THAT THE              |
|                             ABOVE INFORMATION WAS EXTRACTED          |
|                             FROM OFFICIAL COURT RECORDS              |
|                             AND IS TRUE AND CORRECT.                 |
|                                                                      |
|                                 Roger A. Powell                      |
|                             ROGER A POWELL                           |
|                             11/18/2002                               |
|--------------------------------------------------------------------- |
```

OPERATOR: CAG
PREPARED: 11/18/2002

```
CBP715-R                     ALABAMA DEPARTMENT OF CORRECTIONS              INST:   220
                             INMATE SUMMARY AS OF 12/04/2002               CODE: CIADM


AIS: 00202383A    INMATE: SUGGS, BOBBY JOE                    RACE: W   SEX: M

INSTITUTION: 220 - COVINGTON                                 JAIL CR: 000Y 02M 07D

DOB: 06/24/1954  SSN: 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     PREVIOUS AIS: P0053202

ADM DT: 11/15/2002 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC     STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: CTM-6   CURRENT CUST DT: 11/15/2002  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

COUNTY      SENT DT  CASE NO  CRIME                        JL-CR    TERM
COVINGTON  11/15/02 N99000104 THEFT OF PROPERTY II         0057D 001Y 00M 00D 0S
                              PROBATION UNDETERMINED
           ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
           COURT COSTS   : $0000284     FINES : $0000000    RESTITUTION : $0000000
COVINGTON  11/15/02 N99000251 ESCAPE III                   0057D 001Y 00M 00D 0S
                              PROBATION UNDETERMINED
           ATTORNEY FEES : $000970      HABITUAL OFFENDER : Y
           COURT COSTS   : $0000307     FINES : $0000000    RESTITUTION : $0000000

 TOTAL TERM       MIN REL DT     GOOD TIME BAL      GOOD TIME REV    LONG DATE
001Y 00M 00D      09/07/2003     000Y 00M 00D       000Y 00M 00D    09/07/2003

INMATE LITERAL: 2ND SPLIT: CC W/CC98-369 ON PROBATION


DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS


ESCAPE-PAROLE SUMMARY

    INMATE CONVICTED ON 01/25/2000 FOR ESCAPE III

    INMATE CONVICTED ON 11/15/2002 FOR ESCAPE III

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE HAD NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.O.C.I.S. RECORDING BEGAN IN 1978


DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

**Covington County**
Sheriff
**Anthony Clark**



**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*8 am to 4 pm
Sunday*

DATE & TIME: ___*1-24-03*___

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE FOR ___*Bobby Suggs*___ TO LEAVE THE COVINGTON COUNTY JAIL ON A ___*8*___ HOUR PASS ON ___*1-26-03*___. FAILURE TO REPORT BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON PASS FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

I X *Patricia Suggs* TAKE RESPONSIBILITY FOR THE ABOVE NAMED INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE ASSIGNED TIME.

X _____          (_____
INMATE SIGNATURE                          RESPONSIBLE PERSON

PASS APPROVED BY ___*Jay Egn*___

CURRENT PHONE NUMBER ___*858-8140*___     CAR MAKE _____

CURRENT ADDRESS ___*402 Railroad Ave Florala AL*___ TAG NUMBER _____

CURRENT DRIVER LICENSE NUMBER ___*Fla D.L. S 365-693-62 309-0*___

# Covington County
### Sheriff
### Anthony Clark



# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax   (334) 428-2654

I have recieved a copy of the Inmate rule's for the Covington County Jail and understand that it is my responsibilty to read and understand the rule's and if I do not understand any rule it is my responsibilty to ask an Officer of the Jail as to what it means. I also understand that this booklet belongs to the Covington County Jail and will be returned in the same condition as I received it and if it is not returned when I am released <u>I understand that I will be charged the replacement cost for the booklet before being released from jail.</u>

Booklet Number:_____

Condition when Issued: Good__ Fair__ Poor__

Inmate's Signature:_____

Date:_____

Officer's Signature:_____

Date:_____

Officer Receiving Booklet when Released:_____

Date:_____ Condition when returned: Good__ Fair__ Poor__.

<u>This form will be placed in Inmate's file</u>

INMATE'S PRINTED NAME: LAST_____ FIRST_____ MI_____

**Covington County**
Sheriff
Anthony Clark



**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

DATE & TIME: _02/16/03_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Bobby Suggs_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _8_ HOUR PASS ON _02/16/03_ . FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

I _Patricia Suggs_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

INMATE SIGNATURE                    RESPONSIBLE PERSON

PASS APPROVED BY _[signature]_

CURRENT PHONE NUMBER _858- 8140_          CAR MAKE _Grand marc_

CURRENT ADDRESS _1902 Rail Road_
_ave. Florala_          TAG NUMBER _Florida tag_ _E3JVWC_

CURRENT DRIVER LICENSE NUMBER _S363-693-62_809-0_

# PROPERTY RELEASE FORM

I _*Bobby Suggs*_____ do herby give my permission for my property here at the Covington County Jail to be picked up by _PATTY SUGGS_____. I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.

_BOBBY SUGGS_____     Inmate

Wittness_____

Date_____

_Craig Suggs_____     Property picked up by:

Date__Feb 19/2003__

Bobby Suggs got his wedding Band out of Safe keeping got it out for him 7-18-03

pick up Ring      J's

| Covington County Sheriff | # MEDICAL SCREENING FORM | Booking Number 200003120 |
|---|---|---|
| Printed: Thu Sep 11, 2003 | **BOBBY JOE SUGGS (S424720177)** | Booking Date SEPTEMBER 11th, 2003 |

## ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **(Y)** N | Is inmate capable of responding? **(Y)** N | Can inmate walk on own? **(Y)** N |
| Any difficulty breathing? Y **(N)** | Is inmate hostile/aggressive? Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? Y **(N)** |
| Did arrest result in injury? Y **(N)** | Any fever, swollen lymph nodes, or jaundice? Y **(N)** | Is skin in good condition and free of vermin? **(Y)** N |
| Is inmate under obvious influence of alcohol? Y **(N)** | Is inmate under obvious influence of drugs? Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? Y **(N)** |
| Does inmate suggest risk of suicide? Y **(N)** | Do you consider inmate an escape risk? Y **(N)** | |

Observations    SUBJECT APPEARED FINE AT TIME OF INTAKE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **(N)** | Heart Disease | Y **(N)** | Mental/Emotional Upset | Y **(N)** |
| Tuberculosis | Y **(N)** | Hypertension | **(Y)** N | Attempted Suicide | Y **(N)** |
| Sexually Transmitted Disease | Y **(N)** | Epilepsy/Convulsions | Y **(N)** | Asthma/Emphysema | Y **(N)** |
| Ulcers | Y **(N)** | Hemophiliac (bleeder) | Y **(N)** | Cancer | Y **(N)** |
| Kidney Trouble | Y **(N)** | Aids/Exposed to Aids | Y **(N)** | Diabetes | Y **(N)** |
| DT's | Y **(N)** | Skin Problems | Y **(N)** | Use Insulin | Y **(N)** |
| Drug Addiction | Y **(N)** | Alcholism | Y **(N)** | Mental Illness | Y **(N)** |
| Recent Head Injury | Y **(N)** | Coughed/Passed Blood | Y **(N)** | Recent Hospital Patient | Y **(N)** |
| Recent Treatment | Y **(N)** | Use Needles | Y **(N)** | False Limbs/Teeth | Y **(N)** |
| Contagious Disease | Y **(N)** | Pregnant/Recent Delivery | Y **(N)** | | |

Doctors Name and Address
    **NONE**

Health Insurance
    **NONE**

Special Diet
    **NONE**

Prescriptions/Medications
    **ELAVIL, NERVE PILL, GEODONE 80MG**

Drug Allergies
    **ASPRIN**

Descriptions
    **SUBJECT CLAIMS TO TAKE THESE MEDS**
    **SUBJECT ALSO STATES HE BIPOLAR**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____
    CJ010  SMITH, KEVIN

# INMATE SUMMARY

## BOBBY JOE SUGGS (S424720177)

| Covington County Sheriff | | | Booking Number **200003120** |
|---|---|---|---|
| Printed: Thu Sep 11,2003 | | | Booking Date **SEPTEMBER 11th, 2003** |

| Section **B-BLOCK** | Block | Cell | Bed | Social Security Number **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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address **1244 VIRGINIA AVE FLORALA AL 36442** | | | | | | Home Telephone |
|---|---|---|---|---|---|---|

| Sex **M** | Date of Birth **1954-06-22** | Age **49** | Height **5' 11"** | Weight **190** | Race **WHITE** | Eyes **BLUE** | Hair **GRAY** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

| Next of Kin | NOK Telephone |
|---|---|

| Charge(s) **FTP (DUI)** | Bond **358.00** | Arresting Officer **00104  WILLIAMS, PERRY** |
|---|---|---|

| Jailor **CJ010  SMITH, KEVIN** | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor **NONE** | Medications **ELAVIL, NERVE PILL, GEODONE 80MG** |
|---|---|---|
| | Special Diet **NONE** | Drug Allergies **ASPRIN** |
| | Other **HIGH BLOOD PRESSURE** | |

## PROPERTY

| RECEIVED | **SOCKS, TENNIS SHOES** |
|---|---|
| RETURNED | . |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

State of Alabama
Unified Judicial System

Form C-42        Rev 6/88

**ORDER OF RELEASE**
**FROM JAIL**

Case Number

IN THE _Municipal_ COURT OF _Florala_ COUNTY

STATE OF ALABAMA    v. _Bobby Joe Suggs_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of

_various warrants_

Reason for Release _Post Bond_

Date _9/18/03_                                    By: _Jerry W. Sell_

COURT RECORD (Original)    JAILER (Copy)          Judge/Clerk

38

APS651

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

ORDER OF PROBATION AND PAROLE OFFICER

AUTHORIZING ARREST OF PROBATION VIOLATOR

TO: SHERIFF OF  COVINGTON COUNTY OR ANY LAWFUL OFFICER OF THE STATE OF
ALABAMA

SUGGS BOBBY JOE            COURT NO. CC 1999 000261 00 WHO WAS CONVICTED IN
COVINGTON COUNTY OF THE OFFENSE OF ESCAPE 3RD DEGREE
AND WHO WAS SENTENCED TO A TERM OF 10 YEARS 00 MONTHS 58 DAYS IN THE
PENITENTIARY OR TO HARD LABOR FOR THE COUNTY WHO WAS GRANTED PROBATION
ON 09/07/2003 FOR A PERIOD OF 09 YEARS 03 MONTHS 17 DAYS HAS IN THE
JUDGMENT OF THE UNDERSIGNED PROBATION AND PAROLE OFFICER VIOLATED THE
CONDITIONS OF HIS PROBATION. THEREFORE, BY VIRTUE OF THE AUTHORITY VESTED
IN ME BY TITLE 15-22-54, CODE OF ALABAMA, 1975, AS AMENDED, YOU ARE HEREBY
GIVEN THIS WRITTEN AUTHORITY TO TAKE THE SAID SUGGS BOBBY JOE
INTO YOUR CUSTODY AND HOLD HIM FOR THE FURTHER ORDER OF THE JUDGE OF THE
CIRCUIT COURT OF  COVINGTON COUNTY.

DATED AT _Andalusia_, ALABAMA, THIS THE 22Nd DAY OF _December_, _2003_.

_Ray Finedore_

PROBATION AND PAROLE OFFICER

DEFENDANT'S ADDRESS:

1244 VIRGINIA AVENUE

FLORALA            , AL 36442 0000

ALIAS:

EMPLOYER: A-1 TRANSPORT

NOTE:

DEFENDANT'S DESCRIPTION:

HT: 5'11" WT: 190 RACE: W
HAIR: BLN EYES: BLU SEX: M
BIRTH DATE: 06/22/1954
SID#: 00621731  SSN: 424720177

PHONE NO: _____

OFFICER'S RETURN:

RECEIVED ON _____

EXECUTED ON _____    BY: _____

(  ) DEFENDANT ARRESTED, RELEASED ON BOND
(  ) DEFENDANT ARRESTED, IN JAIL
(  ) DEFENDANT ARRESTED, NOT BOOKED
(  ) NOT FOUND
(  ) OTHER _____

_____            _____
SHERIFF                             OFFICER



**BOBBY JOE SUGGS**
**1244 VIRGINIA AVE**
**FLORALA, AL  36442**

1954-06-22
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

5 ft 11 in
190 lbs
WHITE
BLUE

MALE

GRAY

Printed: December 22, 2003  15:40

| Covington County Sheriff | **INMATE DATA** | Booking Number<br>**200003895** |
|---|---|---|
| Printed: Mon Dec 22,2003 | **BOBBY JOE SUGGS (S424720177)** | Booking Date<br>**DECEMBER 22nd, 2003** |

| Section<br>**B-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address    **1244 VIRGINIA AVE**<br>              **FLORALA AL 36442** | Home Telephone |
|---|---|

| Sex<br>**M** | Date of Birth<br>**1954-06-22** | Age<br>**49** | Height<br>**5' 11"** | Weight<br>**190** | Race<br>**WHITE** | Eyes<br>**BLUE** | Hair<br>**GRAY** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

| Next of Kin    **MIKE SUGGS**<br>              **506 MONTGOMERY ST.    FLORALA AL  36442** | NOK Telelphone<br>**(334) 858-3316** |
|---|---|

| Charge(s)<br>       **VOP (ESCAPE III)** | Bond<br>**NO BOND** |
|---|---|

| Jailer<br>   **CJ010  SMITH, KEVIN** | Photo Taken By<br>**CJ010  SMITH, KEVIN** | Fingerprinted By<br>**CJ010  SMITH, KEVIN** |
|---|---|---|

| Admission Type<br>      **ARREST** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>      **38** | DNA Sample By |
|---|---|

| Agency Arrested For<br>   **COV. COUNTY** | Arresting Officer<br>**02304  INABINETT, WALTER** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes
       **NO BOND SET AT THIS TIME**

.

## PRISONER'S JAIL REPORT

SSN# _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_

BOOKING OFFICER _Kevin Sixl_

NAME: _Bobby Joe Suggs_

DATE _12-22-03_    TIME _1530_

ALIAS _____

ADDRESS _1244 Virginia Ave_    _Florala, AL 36442_

AGE _____ RACE _w_ SEX _m_ EYES _Blu_    HAIR _Brn_

HGT _5'11_ WGT _190_ DOB: _6-22-84_

PLACE OF BIRTH _Texas_

SCARS/MARKS _tds - numous_

ARRESTING OFFICERS: _23rd Inchinett_

AGENCY: _CCSO_

OFFENSE: _VOP (Escape III)_

STATUS: _____ NEXT OF KIN: _Mike Suggs_

PHONE NUMBER _506 Montgomy St. Flora, AL    858-3316_

SENTENCE BEGINS: _____

ENDS: _____

HOLDS: _____

BEHAVIOR _____

HOW RELEASED _____

DATE: _____ TIME: _____

RELEASING OFFICER: _____

REMARKS _Takes Elavil & Endons & nerve pill (community mental Health)_
_Back Problems_

# INMATE SUMMARY

## BOBBY JOE SUGGS (S424720177)

| Covington County Sheriff | | Booking Number 200003895 |
|---|---|---|
| Printed: Mon Dec 22,2003 | | Booking Date DECEMBER 22nd, 2003 |

| Section B-BLOCK | Block | Cell | Bed | Social Security Number 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 | Alias | Est Release Date |
|---|---|---|---|---|---|---|

**Address** 1244 VIRGINIA AVE
FLORALA AL 36442

Home Telephone

| Sex M | Date of Birth 1954-06-22 | Age 49 | Height 5' 11" | Weight 190 | Race WHITE | Eyes BLUE | Hair GRAY |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

**Next of Kin** MIKE SUGGS
506 MONTGOMERY ST.    FLORALA AL  36442

NOK Telephone
(334) 858-3316

| Charge(s) VOP (ESCAPE III) | Bond NO BOND | Arresting Officer 02304  INABINETT, WALTER |
|---|---|---|

| Jailor CJ010  SMITH, KEVIN | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

**ADVISORY**

| Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**DISPENSED**

| Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|

**TREATMENT**

| Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|

**NOTES**

Doctor

Special Diet

Other

Medications

Drug Allergies

## PROPERTY

| RECEIVED | CURRENCY $20.00, BLK PANTS, HAT, WHITE TENNIS SHOES, PACK OF CIGS, 2 VISINE, LIGHTER BROWN BELT |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

     PLAINTIFF,                     *

VS.                                  *        CASE NO. CC-99-261-71

Bobby Joe Briggs,                    *

     DEFENDANT.                     *

**FILED IN OFFICE**

DEC 2 9 2003

_Loyd A Penn_ CLERK

ORDER

    The defendant was brought before the Court for an
initial appearance after arrest pursuant to Rule 27.5 of
the Alabama Rules of Criminal Procedure.  The Court pro-
ceeded in the manner required by that rule, and also set
bond for the defendant.  Such bond is hereby fixed in the
amount of $ 40,000.00.

    In the event the defendant should be able to make
this bond, the following conditions shall apply:

    1.  The defendant must appear to answer and must
submit to the orders and process of the Court having
jurisdiction of this case, as directed.

    2.  The defendant must refrain from committing any
criminal offense.

    3.  The defendant may not depart from the State of
Alabama without leave of the Court having jurisdiction
of this case.

    4.  The defendant must promptly notify the Court of
any change of the defendant's address.

| Covington County Sheriff | # INMATE PROPERTY LOG | Booking Number 200009152 |
|---|---|---|
| Printed: Tue Nov 01,2005 | ## BOBBY JOE SUGGS (S424720177) | Booking Date NOVEMBER 1st, 2005 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| $11.00 | | | | $11.00 |

| Quantity | Property Received | | Quantity | Property Received | |
|---|---|---|---|---|---|
| 1 | BLUE CHECKBOOK | | | | |
| 1 | BLACK WALLET | | | | |
| 1 | SET OF KEYS | | | | |
| 1 | LIGHTER | | | | |
| 2 | PACKS OF CIGS | | | | |
| 1 | PAIR WHITE SHOES | | | | |
| 1 | PAIR BLUE JEANS | | | | |
| 1 | BLACK/GREY HAT | | | | |
| 1 | TAN SHIRT | | | | |
| 1 | WATCH | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

# PROPERTY RELEASE FORM

I ___Bobb Suggs___ DO HEREBY GIVE MY PERMISSION
FOR MY PROPERTY HERE AT THE COVINGTON COUNTY JAIL TO BE PICKED
UP BY ___Patty Suggs___. I UNDERSTAND THAT IF IT IS NOT
PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE
DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE _____

WITNESS _____

DATE ___11/4/05___

PROPERTY PICKED UP BY ___Patricie Suggy___

DATE ___11 - 4 - 05___

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    ☆

    PLAINTIFF,                    ☆

VS.                                   ☆

*Bobby Joe Suggs*,                   ☆    CASE NO. *CC·1999 - 104.72*

    DEFENDANT.                    ☆

                  ☆

FILED IN OFFICE

NOV 0 4 2005

*Roy A Powell*
CLERK

## ORDER

The defendant was brought before the Court for an initial appearance after arrest pursuant to Rule 27.5 of the Alabama Rules of Criminal Procedure. The Court proceeded in the manner required by that rule, and also set bond for the defendant. Such bond is hereby fixed in the amount of $ *No Bond*            .

In the event the defendant should be able to make this bond, the following conditions shall apply:

1. The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

2. The defendant must refrain from committing any criminal offense.

3. The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

4. The defendant must promptly notify the Court of any change of the defendant's address.

5. _____

_____

_____

_____

It is further ORDERED and ADJUDGED by the Court that a revocation hearing is scheduled by the Court upon the merits of the petition, and that the hearing on the merits is hereby set for the 6th day of December, 2005, at 9:00 a.m.

It is further ORDERED and ADJUDGED by the Court that Honorable Benton Persons, a practicing attorney in Covington County, Alabama, is hereby appointed to represent the defendant at the revocation hearing.

The Clerk shall furnish a copy of this order to the defendant, to defendant's attorney, to the District Attorney, to the Probation Officer, and to the Sheriff.

Done and Ordered this 4th day of November, 2005.

_____
CIRCUIT JUDGE

FILED IN OFFICE

NOV 0 4 2005

CLERK

# INMATE PROPERTY LOG

## BOBBY JOE SUGGS (S424720177)

Covington County Sheriff

Printed: Thu Jun 02,2005

Booking Number
**200007985**

Booking Date
**JUNE 2nd, 2005**

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | $0.85 | | | $0.85 |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 2 | PAIR OF SANDLES | | |
| 1 | BLACK JEAN SHORTS | | |
| 1 | GRAY SHIRT | | |
| 1 | BUD #8 HAT | | |
| 1 | WATCH | | |
| 1 | SPONGEBOB BOXERS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    ***PROPERTY IN PROPERTY ROOM****

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated
on this receipt.

Inmate's Signature _____ Date: _____ Time: _____
Officers's Signature _____ Date: 06-06 Time: _____

# INMATE DATA

Covington County Sheriff

Printed: Mon Jun 06, 2005

## BOBBY JOE SUGGS (S424720177)

Booking Number
**200007985**

Booking Date
**JUNE 2nd, 2005**

| Section | Block | Cell | Bed | Social Security Number | Alias | |
|---|---|---|---|---|---|---|
| **A-BLOCK** | | | | **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** | | Est Release Date |

Address **22226 POPLAR ST**
**FLORALA AL 36442**

Home Telephone

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1954-06-22** | **50** | **5' 11"** | **205** | **WHITE** | **BLUE** | **GRAY** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

Next of Kin **PATTY SUGGS**
**22226 POPLAR ST.    FLORALA  AL  36442**

NOK Telephone
**(334) 858-2554**

Charge(s)

**FAILURE TO COMPLY- CASH BOND $967.00**

Bond
**$967.00**

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ023  PHILLIPS, CHAISE** | **CJ023  PHILLIPS, CHAISE** | |

Admission Type
**ARREST**

| Phone Call | NCIC Check |
|---|---|
| **N** | **N** |

Arrest Case Number
**RED 99**

DNA Sample By

Agency Arrested For
**LOCKHART**

Arresting Officer
**A0118  TYREE, BARNEY JR**

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| **2005-06-06** | **10:45** | **CJ018  BENSON, LINDA** |

Notes

**AT TIME OF INTAKE SUBJECT SEEMED FINE.**
**\*\*\* REFUSED PHONE CALL\*\*\***
**\*\*\*\*\*PROPERTY IN PROPERTY ROOM\*\*\*\* CJ023**

**R/O FROM LOCKHART**

Covington County Sheriff

Printed: Thu Jun 02,2005

# INMATE DATA

## BOBBY JOE SUGGS (S424720177)

Booking Number
**200007985**

Booking Date
**JUNE 2nd, 2005**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | | |

Address   **22226 POPLAR ST.**
**FLORALA AL 36442**

Home Telephone

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1954-06-22 | 50 | 5' 11" | 205 | WHITE | BLUE | GRAY |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

Next of Kin   **PATTY SUGGS**
**22226 POPLAR ST.    FLORALA AL  36442**

NOK Telelphone
**(334) 858-2554**

Charge(s)
**FAILURE TO COMPLY- CASH BOND $967.00**

Bond
**$967.00**

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ023  PHILLIPS, CHAISE | CJ023  PHILLIPS, CHAISE | |

Admission Type
**ARREST**

| Phone Call | NCIC Check |
|---|---|
| N | N |

Arrest Case Number
**RED 99**

DNA Sample By

Agency Arrested For
**LOCKHART**

Arresting Officer
**A0118  TYREE, BARNEY JR**

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

**AT TIME OF INTAKE SUBJECT SEEMED FINE.**
**\*\*\* REFUSED PHONE CALL\*\*\***
**\*\*\*\*\*PROPERTY IN PROPERTY ROOM\*\*\*\* CJ023**

| Covington County Sheriff | # MEDICAL SCREENING FORM | Booking Number **200007985** |
|---|---|---|
| Printed: Thu Jun 02, 2005 | ## BOBBY JOE SUGGS (S424720177) | Booking Date **JUNE 2nd, 2005** |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | (Y) N | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

**SUBJECT HAD A COUPLE OF BEERS BEFORE CHECKING INTO THE BLUE TOP IN**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

CJ023  PHILLIPS, CHAISE

| State of Alabama<br>Unified Judicial System<br><br>Form C-42         Rev 6/88 | **ORDER OF RELEASE<br>FROM JAIL** | Case Number<br><br>367 |
|---|---|---|

IN THE <u>LOCKHART</u> ——————— COURT OF <u>COVINGTON</u> ——— COUNTY

STATE OF ALABAMA   v. <u>Bobby Joe Suggs</u>

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of ——————

<u>Contempt of Judge Curtis R Savage orders</u>

Reason for Release <u>Paid Fine & Cost in Full.</u>

Date <u>JUNE 06, 2005</u>    <u>Barbara Roberts</u>   By: ———

COURT RECORD   (Original)    JAILER   (Copy)    Judge/Clerk

858-6744

Fax:
334-428-2665

| Covington County Sheriff | **INMATE SUMMARY** | Booking Number **200008997** |
|---|---|---|
| Printed: Sun Oct 09, 2005 | **BOBBY JOE SUGGS (S424720177)** | Booking Date **OCTOBER 9th, 2005** |

| Section **HOLDING** | Block | Cell | Bed | Social Security Number **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** | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

**Address** 22226 POPLAR ST.
FLORALA AL 36442 — Home Telephone ( ) 858-2554

| Sex **M** | Date of Birth **1954-06-22** | Age **51** | Height **5' 11"** | Weight **205** | Race **WHITE** | Eyes **BLUE** | Hair **GRAY** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

**Next of Kin** PATTY SUGGS
FLORALA AL 36442 — NOK Telephone ( ) 858-2554

| Charge(s) **DUI** **LEAVING SCENEOF ACCIDENT** | Bond **1,000.00** **300.00** | Arresting Officer |
|---|---|---|

| Jailor **CJ006 BLUE, BILL** | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | | |
|---|---|---|---|---|---|---|---|---|---|

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|

**NOTES**

Doctor MORRIS
Medications LITHIUM, BLOOD PRESSURE.
Special Diet NO
Drug Allergies
Other HEPATITIS, HIGH BLOOD PRESSURE, HEMOPHILIAC (BLEEDER), ATTEMPTED SUICIDE DRUG ADDICTION, ALCHOLISM, MENTAL ILLNESS, FALSE LIMBS TEETH EYES

## PROPERTY

| RECEIVED | CURRENCY $68.00, CHANGE $3.76, LINC PHONE, 6 DRILL BITS, SET OF KEYS, LOCK BACK BOX CUTTER BLK WALLET, BLK CHECK BOOK, PAIR CAMO BOOTS, BLK/GRN WATCH, CAMO PANTS, BLUE SHIRT |
|---|---|
| RETURNED | . |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Covington County Sheriff | # MEDICAL SCREENING FORM | Booking Number **200008997** |
|---|---|---|
| Printed: Sun Oct 09,2005 | ## BOBBY JOE SUGGS (S424720177) | Booking Date **OCTOBER 9th, 2005** |

## ADMISSION OBSERVATIONS

| | | | |
|---|---|---|---|
| Is inmate conscious? (Y) N | Is inmate capable of responding? (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? Y (N) | Is inmate hostile/aggressive? Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? Y (N) | Any fever, swollen lymph nodes, or jaundice? Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? (Y) N | Is inmate under obvious influence of drugs? (Y) N | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? (Y) N | Do you consider inmate an escape risk? (Y) N | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | |
|---|---|---|
| Hepatitis (Y) N | Heart Disease Y (N) | Mental/Emotional Upset Y (N) |
| Tuberculosis Y (N) | Hypertension (Y) N | Attempted Suicide (Y) N |
| Sexually Transmitted Disease Y (N) | Epilepsy/Convulsions Y (N) | Asthma/Emphysema Y (N) |
| Ulcers Y (N) | Hemophiliac (bleeder) (Y) N | Cancer Y (N) |
| Kidney Trouble Y (N) | Aids/Exposed to Aids Y (N) | Diabetes Y (N) |
| DT's Y (N) | Skin Problems Y (N) | Use Insulin Y (N) |
| Drug Addiction (Y) N | Alcholism (Y) N | Mental Illness (Y) N |
| Recent Head Injury Y (N) | Coughed/Passed Blood Y (N) | Recent Hospital Patient Y (N) |
| Recent Treatment Y (N) | Use Needles Y (N) | False Limbs/Teeth (Y) N |
| Contagious Disease Y (N) | Pregnant/Recent Delivery Y (N) | |

Doctors Name and Address

**MORRIS   FLORALA**

Health Insurance .

**NO**

Special Diet

**NO**

Prescriptions/Medications

**LITHIUM,BLOOD PRESSURE,**

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _[signature]_       Date: _____   Time: _____

Officers's Signature _CJ006  Bill Blue_       Date: _10-9 05_   Time: _2300_
**CJ006  BLUE, BILL**

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number **200008997** |
|---|---|---|
| Printed: Sun Oct 09, 2005 | **BOBBY JOE SUGGS (S424720177)** | Booking Date **OCTOBER 9th, 2005** |

| Currency $68.00 | Change $3.76 | Checks | Food Stamps | Total Received $71.76 |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received | |
|---|---|---|---|---|
| 1 | LINC PHONE | | | |
| 6 | DRILL BITS | | | |
| 1 | SET OF KEYS | | | |
| 1 | LOCK BACK BOX CUTTER | | | |
| 1 | BLK WALLET | | | |
| 1 | BLK CHECK BOOK | | | |
| 1 | PAIR CAMO BOOTS | | | |
| 1 | BLK/GRN WATCH | | | |
| 1 | CAMO PANTS | | | |
| 1 | BLUE SHIRT | | | |

Notes   PROPERTY IN BAG WITH NAME

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _C300 BH Blu__ Date: _10-9-05_ Time: _230_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _10-11-05_ Time: _2:10_

Officers's Signature _____ Date: _10-11-05_ Time: _2:10_

PRISONER'S JAIL REPORT

S S N: 424 - 22 - 0177

BOOKING OFFICER:

NAME: Bubba, Joe Skaggs

DATE: 10 09 05 TIME 2024   AM PM MN

ALIAS:

ADDRESS: 33326 Poplar St. Florala AL 36442

AGE 52   RACE W   SEX M   EYES Bln   HAIR GRy

HGT 5'11   WGT 205   D O B 06 22 51

PLACE OF BIRTH: Fort Hood TX                          TX

SCARS - MARKS:

ARRESTING OFFICER S: David L Plunk

AGENCY: Florala

OFFENSE: Leaving the Scene of Accident - DUI

STATUS:                    NEXT OF KIN:

PHONE NUMBER:

SENTENCE BEGINS:

SENTENCE ENDS:

HOLDS:

BEHAVIOR:

HOW RELEASED:

DATE:            TIME            AM PM MN

RELEASING OFFICER:

REMARKS: 2) In Dosage 12hrs

$ 1000.00 Bond DUI

$ 300.00 Leaving Scene

# PROPERTY RELEASE FORM

I _Bobby Suggs_ DO HEREBY GIVE MY PERMISSION FOR MY PROPERTY HERE AT THE COVINGTON COUNTY JAIL TO BE PICKED UP BY _Ronnie Smith_ . I UNDERSTAND THAT IF IT IS NOT PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE _Bobby Suggs_

WITNESS _Sgt. Don Jackson_

DATE _10-10-05_

PROPERTY PICKED UP BY: _Ron S_

DATE _10-10-05_

```
*************************
      COVINGTON CSO
    ALCOTEST 7110 MKIIIC
SERIAL NO.:      ARMM-0591
DATE     :    10/10/2005
START TIME:      21:44:10
END TIME  :      21:47:21
*************************
        OPERATOR
PERMIT NO:         008775
PERMIT EXPIR: 12/31/2006
LAST NAME:         WISE
FIRST NAME:       KEVIN
MIDDLE INIT:          D
ID. NUMBER:        2315
AGENCY:
             COVINGTON CSO
*************************
        SUBJECT
LAST NAME:        SUGGS
FIRST NAME:       BOBBY
MIDDLE INIT:          J
DL# OR SS#:   424720177
REASON FOR TEST:
                  ADMIN
*************************
TST1 BREATH-TEMP: --.-°C
BLANK     0.00  21:45:40
TEST1 IR  -.--  21:47:21
TEST1 EC  -.--  21:47:21
BLANK     -.--  --:--:--
*************************
*      RESULT:          *
*                       *
*  BR-TEMP MEAS NOT OK  *
*                       *
*************************
SIGNATURE OPER:

.........................
*************************
```

```
*************************
      COVINGTON CSO
    ALCOTEST 7110 MKIIIC
SERIAL NO.:      ARMM-059
DATE     :    10/11/2005
START TIME:      06:55:5
END TIME  :      07:00:2
*************************
        OPERATOR
PERMIT NO:        009137
PERMIT EXPIR: 12/31/2006
LAST NAME:    SNODGRASS
FIRST NAME:         JOH
MIDDLE INIT:
ID. NUMBER:         231
AGENCY:
             COVINGTON CS
*************************
        SUBJECT
LAST NAME:        SUGG
FIRST NAME:       BOBB
MIDDLE INIT:
DL# OR SS#:   424720177
REASON FOR TEST:
            RELEASE TES
*************************
TST1 BREATH-TEMP: 35.4°
BLANK     0.00  06:57:1
TEST1 IP  0.00  06:58:4
TEST1 EC  0.00  06:58:4
BLANK     0.00  06:58:5
TST2 BREATH-TEMP: 35.0
TEST2 IR  0.00  06:59:1
TEST2 EC  0.00  06:59:5
BLANK     0.00  07:00:0
*************************
*      RESULT:          *
*                       *
*    0.00   (A/210)     *
*                       *
*************************
SIGNATURE OPER:
```

*John W. S___*  23

```
************************
      COVINGTON CSO
   ALCOTEST 7110 MKIIIC
SERIAL NO.:     ARMM-0591
DATE      :     10/10/2005
START TIME:        17:09:09
END TIME  :        17:18:28
************************
          OPERATOR
PERMIT NO:          D09958
PERMIT EXPIR: 12/31/2006
LAST NAME:        JACKSON
FIRST NAME:       DONALD
MIDDLE INIT:            W
ID. NUMBER:         CJ010
AGENCY:
                COVINGTON CSO
************************
          SUBJECT
LAST NAME:          SUGGS
FIRST NAME:         BOBBY
MIDDLE INIT:            J
DL# OR SS#:            44
REASON FOR TEST:
                    RELEASE4
************************
TST1 BREATH-TEMP: 35.2°C
BLANK     0.00  17:11:33
TEST1 IR  0.09  17:13:07
TEST1 EC  0.09  17:13:07
BLANK     0.00  17:13:22
TST2 BREATH-TEMP: 34.9°C
TEST2 IR  0.09  17:17:03
TEST2 EC  0.09  17:17:03
BLANK     0.00  17:17:18
************************
*        RESULT:        *
*                       *
*      0.09   9/2101     *
*                       *
************************
SIGNATURE OPER:
```

*Donald Jackson*

```
************************
```

```
************************
      COVINGTON CSO
   ALCOTEST 7110 MKIIIC
SERIAL NO.:     ARMM-0591
DATE      :     10/10/2005
START TIME:        21:48:5
END TIME  :        21:54:4
************************
          OPERATOR
PERMIT NO:          D0877
PERMIT EXPIR: 12/31/200
LAST NAME:           WISE
FIRST NAME:         KEVI
MIDDLE INIT:
ID. NUMBER:          231
AGENCY:
                COVINGTON CS
************************
          SUBJECT
LAST NAME:          SUGG
FIRST NAME:         BOBB
MIDDLE INIT:
DL# OR SS#:     42472017
REASON FOR TEST:
                      ADMI
************************
TST1 BREATH-TEMP: 35.3°
BLANK     0.00  21:50:3
TEST1 IR  0.04  21:51:3
TEST1 EC  0.04  21:51:3
BLANK     0.00  21:51:4
TST2 BREATH-TEMP: 35.3°
TEST2 IR  0.04  21:53:
TEST2 EC  0.04  21:53:
BLANK     0.00  21:53:4
************************
*        RESULT:
*
*      0.04   9/2101
*
************************
SIGNATURE OPER:

************************
```

```
**************************
        COVINGTON CSO
     ALCOTEST 7110 MKIIIC
SERIAL NO.:     ARMM-0591
DATE    :     10/11/2005
START TIME:       01:21:30
END TIME :       01:26:49
**************************
         OPERATOR
PERMIT NO:         D09135
PERMIT EXPIR: 12/31/2006
LAST NAME:       SNODGRASS
FIRST NAME:         JOHN
MIDDLE INIT:            W
ID. NUMBER:         2314
AGENCY:
           COVINGTON CSO
**************************
         SUBJECT
LAST NAME:         BUGGS
FIRST NAME:        BOBBY
MIDDLE INIT:           J
DL# OR SS#:    424708177
REASON FOR TEST:
          RELEASE TEST
**************************
TST1 BREATH-TEMP: 35.6°C
BLANK    0.00  01:22:55
TEST1 IR 0.01  01:24:25
TEST1 EC 0.01  01:24:25
BLANK    0.00  01:24:39
TST2 BREATH-TEMP: 35.4°C
TEST2 IR 0.01  01:25:49
TEST2 EC 0.01  01:25:49
BLANK    0.00  01:26:04
**************************
         RESULT:        *
                        *
     0.01   9/2101      *
                        *
**************************
SIGNATURE SIGNED:
```

_2314_

_Chris S. Byrd_

# INMATE DATA

Covington County Sheriff

Printed: Tue Nov 01,2005

## BOBBY JOE SUGGS (S424720177)

Booking Number
**200009152**

Booking Date
**NOVEMBER 1st, 2005**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| **HOLDING** | | | | **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** | | |

Address
22524 WEST 7TH AVE
FLORALA AL 36442

Home Telephone

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1954-06-22** | **51** | **5' 11"** | **205** | **WHITE** | **BLUE** | **GRAY** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

Next of Kin   **MIKE SUGGS**

NOK Telelphone
**(334) 858-3316**

Charge(s)
**VOP X2**

Bond
**NONE**

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJO17  MILLER, J.D.** | **CJO17  MILLER, J.D.** | |

Admission Type
**ARREST**

Phone Call
**N**

NCIC Check
**N**

Arrest Case Number

DNA Sample By

Agency Arrested For
**COV. COUNTY**

Arresting Officer
**02327  WHEELER, DUSTIN**

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes
**SUBJECT REFUSED TO MAKE PHONE CALL AT TIME OF INTAKE**

# ...GTON COUNTY JAIL
## ...MATE REQUEST/GRIEVANCE

BOBBY ...  BLOCK __A__ DATE _____

...STODY CHANGE ( ) PERSONAL PROBLEMS
...MESHEET ( ) GRIEVANCE ( ) OTHER

... REQUEST GRIEVANCE THEN PRESENT TO A C O

... PLEASE CHECK TO WHOM IT IS DESIRED TO
... (CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

... STATE THE PARTIES INVOLVED AND NAMES OF WT...

I NEED TO GO TO THE LAW LIBRAY
MONDAY,

I THANKS AND GOD
BLESS

... ( ) PAY PHONE ( ) COLLECT ( ) OTHER

We Will bring... you up
Sometime on Monday (11-28-2005)
or as soon as possible.

Linda Benson
11-26-2005

Booking No:_____

**Yes/No      INMATE QUESTIONNAIRE (continued)**

_NO_  13. Have you recently been hospitalized or treated by a doctor?

_NO_  14. Do you currently take any medication prescribed by a doctor?

_NO_  15. Are you allergic to any medication?

_NO_  16. Do you have any handicaps or conditions that limit activity?

_NO_  17. Have you ever attempted suicide or are you thinking about it now?

_NO_  18. Do you regularly use alcohol or street drugs?

_NO_  19. Do you have any problems when you stop drinking/using drugs?

_NO_  20. Do you have a special diet prescribed by a physician?

_NO_  21. Do you have any problems or pain with your teeth?

_NO_  22. Do you have any other medical problems we should know about?


L O C K D O W N - Booking Sheet    Medical  Cont.

Booking No:_____

EXPLANATIONS (refer to item number)

1 - _____

2 - _____

3 - _____

4 - _____

5 - _____

Medical Insurance: _____    Personal Doctor: _____


Emergency Contact: _____    Relationship: _____

Address:_____

City:_____ State:____ Zip:_____

Booking No: _Suggs, Bobby_

Yes/No    VISUAL ASSESSMENT

___    1. Is inmate unconscious?
___    2. Does inmate have any visible signs of trauma, illness, obvious
          pain or bleeding, requiring immediate emergency or doctor's care?
___    3. Is there obvious fever, swollen lymph nodes, jaundice or other
          evidence of infection that might spread through the facility?
___    4. Any signs of poor skin condition, vermin, rashes or needle marks?
___    5. Does inmate appear to be under the influence of drugs or alcohol?
___    6. Any visible signs of alcohol or drug withdrawal?
___    7. Does inmate's behavior suggest the risk of suicide or assault?
___    8. Is inmate carrying medication?
___    9. Does the inmate have any physical deformities?
___   10. Does inmate appear to have psychiatric problems?


              L O C K D O W N -     Medical  Cont.

Booking No: _____

Yes/No     INMATE QUESTIONNAIRE

     11. Do you have or have you ever had any of the following:

NO a. allergies      NO  f. fainting spells      NO  k. seizures

NO b. arthritis      NO  g. heart condition      NO  l. tuberculosis

NO c. asthma         NO  h. hepatitis            NO  m. ulcers

NO d. diabetes       NO  i. high blood pressure  NO  n. venereal diseas

NO e. epilepsy       NO  j. psychiatric disorder NO  o. other (specify)


     12. For females only:

     ___  a. Are you pregnant?

     ___  b. Do you take birth control pills?

     ___  c. Have you recently delivered?

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number |
|---|---|---|
| Printed: Fri Jun 03,2005 | **BOBBY JOE SUGGS (S424720177)** | 200007985 |
| | | Booking Date |
| | | **JUNE 2nd, 2005** |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | Ⓨ N | Is inmate capable of responding? | Ⓨ N | Can inmate walk on own? | Ⓨ N |
| Any difficulty breathing? | • Y Ⓝ | Is inmate hostile/aggressive? | Y Ⓝ | Any visible signs of trauma, bleeding, wounds or illness? | Y Ⓝ |
| Did arrest result in injury? | Y Ⓝ | Any fever, swollen lymph nodes, or jaundice? | Y Ⓝ | Is skin in good condition and free of vermin? | Ⓨ N |
| Is inmate under obvious influence of alcohol? | Ⓨ N | Is inmate under obvious influence of drugs? | Y Ⓝ | Any visible signs of alcohol or drug withdrawal symptons? | Y Ⓝ |
| Does inmate suggest risk of suicide? | Y Ⓝ | Do you consider inmate an escape risk? | Y Ⓝ | | |

Observations

**SUBJECT HAD A COUPLE OF BEERS BEFORE CHECKING INTO THE BLUE TOP IN**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y Ⓝ | Heart Disease | Y Ⓝ | Mental/Emotional Upset | Y Ⓝ |
| Tuberculosis | Y Ⓝ | Hypertension | Y Ⓝ | Attempted Suicide | Y Ⓝ |
| Sexually Transmitted Disease | Y Ⓝ | Epilepsy/Convulsions | Y Ⓝ | Asthma/Emphysema | Y Ⓝ |
| Ulcers | Y Ⓝ | Hemophiliac (bleeder) | Y Ⓝ | Cancer | Y Ⓝ |
| Kidney Trouble | Y Ⓝ | Aids/Exposed to Aids | Y Ⓝ | Diabetes | Y Ⓝ |
| DT's | Y Ⓝ | Skin Problems | Y Ⓝ | Use Insulin | Y Ⓝ |
| Drug Addiction | Y Ⓝ | Alcholism | Y Ⓝ | Mental Illness | Y Ⓝ |
| Recent Head Injury | Y Ⓝ | Coughed/Passed Blood | Y Ⓝ | Recent Hospital Patient | Y Ⓝ |
| Recent Treatment | Y Ⓝ | Use Needles | Y Ⓝ | False Limbs/Teeth | Y Ⓝ |
| Contagious Disease | Y Ⓝ | Pregnant/Recent Delivery | Y Ⓝ | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

CJ023  PHILLIPS, CHAISE

Page 1

Southern Health Partners, Inc.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 12-10-05    S.S.#: 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    ID#: _____

Inmate Name: Suggs (Last), Bobby (First), Joe (Middle)    Date Booked: 11/01/05

Alias: N/A (Last)    County: Covington

Address: 22524 West 4th Ave (Street), Florala AL (City), (State) 36442    

Telephone: 334-858-2554    Birthdate: 6/22/54    Religion: Apistolle

Education Completed: 9th    Special Education: GED

Marital Status: S (M) W D Separated    Read/Write English: (YES) NO Other: N/A

Previous Incarcerations: (Facility/Date): 1998 - Cov. Co. Jail

## MEDICAL HISTORY

Notify in Emergency: Patricia Suggs    Relationship: Wife

Address: 22226 Poplar St. (Street), Florala Al (City), (State), 36442 (Zip)    Phone: 334-858-2554

Health Insurance: MC/MAD (Insurance Company) (Policy Number)

Family Physician: Dr. Marsh (Name), (Street Address), Florala, Al. (City) (State) (Zip) (Phone Number)

Past Hospitalizations (include surgeries): Stroke; (Location) (Street Address) (City) (State) (Zip)

Head Injury with Loss of Consciousness: NO    Last Tetanus: > 5yrs.    Immunization: YES

Allergies: ASA

Current Medication(s): Lithium, trazodone;

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: (YES) NO    If Yes, Why: Dr. Bipolar

Where: Luverne-Crenshaw Co. Hosp. Luverne (Location) (Street Address) (City)    When: 2005

Psychotropic Meds (Specify type and last dose): Lithium & trazodone.

Prior Counseling/Out-Patient Treatment for: Yes - Bipolar

Where: SEAMH Andalusia, Al. (Location) (Street Address) (City)    When: for 6 Wks

Have you ever attempted suicide: Yes    How: Cut wrist x2    When: 1993 & 1994

Have you recently considered committing suicide: ate water poison (air)    NO

Do people consider you a violent person? Occasionally

Have you ever been arrested for a violent crime/sexual offense? (Specify): NO

Street Drugs: NO (Type Drugs) (How Often) (How Often)    Smoker: Yes    Both: Yes

Inmate's Signature: _____

Interviewer's Signature: A. Crim    Date: 12-10-05

(Witness if physical is refused): _____

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | ✓ | | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | ✓ | | Blood | | | Muscle Problem | | |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | | Arthritis | | |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | | Irregular Menstrual Period | | N/A |
| Teeth | | ✓ | Hepatitis C | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | N/A |
| Pneumonia | | ✓ | Bladder Infection | | | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

## EXAM:

Age 51  Sex M  Race W   Ht. 5'11  Wt. _____

Pulse _____  BP _____  Temp. _____  Resp. _____

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | | dry scales - asher | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | | N |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | | wears glasses | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | | N |
| Ears: Appearance / Canals / Hearing | | waxy | Extremities: Pulses / Edema / Joints | | swelling of feet |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | | top dentures | Abdomen: Shape / Palpation / Hernia / Bowel / Sounds | | N |
| Nose: | | N | Spine | | N |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph nodes | | N | Genital/Urinary System | | deferred |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 12/10/05 ac | Neg. |
| VDRL / RPR | 0 | |
| Other Lab Tests needed: | 0 | 0 |
| | 0 | |
| Pregnancy Test? | 0 | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | A & O X 3 |
| General appearance (motor behavior, mannerisms) | | unkempt/pleasant |
| Affect (mood) | | normal |
| Content of thought, history of suicide, present thoughts of suicide | | normal |

Physical Examiner's Signature: _____

Physician's Signature: _____

Date: 12-10-05

# Tuberculosis Screening and Treatment

## What is Tuberculosis

12/    /05



# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: _Bobby Joe Biggs_          Cell # _____

SC# _424 72 0177_          DOB _6-22-54_          Male  or  Female

Date of TB Skin test: _12/10/05_     Done by Nurse: _A. Cain_ LPN

RFA

Previous Positive:   YES   or  (NO)          Previous Therapy:   YES  or  (NO)

## TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:

Date TB Skin test was read: _12/12/05_     Done by Nurse. _J. Williams, LPN_

Number mm: _____     Referral for Chest X-ray:   YES   or   NO   If yes, Date of CXR _____

Comments _Neg._

# Physician's Orders

Southern Health Partner's, Inc

Inmate Name: _Suggs Botty Joe_
SS#: _427720 77_
DOB: _6-22-54_
Allergies: _NKA_

Facility:
**Covington County Jail**

| Date: 11/1/05 | Date: |
|---|---|
| Lithium 300 Ti ⊘Am ? | |
| Tii ⊘pm | |
| Trazadine 75mg po⊘HS | |
| M.D. Sig: | M.D. Sig: |
| Date: 11/2/05 | Date: |
| ⊘ Zentowtic 2⊘/12 | |
| TuR⊘ | |
| M.D. Sig: | M.D. Sig: |
| Date: 1/24/05 | Date: |
| CTM 4mg po BID x 7D | |
| Ibuprofe. 800mg po BID x5D | |
| Robitussin 10cc po BID x4D | |
| M.D. Rx meurpa D Tamen Rx | M.D. Sig: |
| Date: | Date: |
| | |
| | |
| | |
| M.D. Sig: | M.D. Sig: |

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number **200009152** |
|---|---|---|
| Printed: Tue Nov 01,2005 | **BOBBY JOE SUGGS (S424720177)** | Booking Date **NOVEMBER 1st, 2005** |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | **Y** N | Heart Disease | Y **N** | Mental/Emotional Upset | **Y** N |
| Tuberculosis | Y **N** | Hypertension | **Y** N | Attempted Suicide | **Y** N |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | **Y** N |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | **Y** N | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address

**DR. MARSHALL   FLORALA**

Health Insurance

**MEDICARE MEDICAID**

Special Diet

**NONE**

Prescriptions/Medications

**LITHIUM CA X2, TRAZODONE, MILK THISTLE, STOOL SOFTNER,BELOW**

Drug Allergies

**ASPRIN**

Descriptions

**BENICAR HCT**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____   Date: 11-1-05   Time: 0940

Officers's Signature _____   Date: 11-1-05   Time: 0940

CJ017  MILLER, J.D.

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE |
|-----------|-----------|--------|-------------|----------------|
| Suggs Bobby | | | | |

SEX: M    SOCIAL SECURITY NO. 427720177    6-22-54

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N:

| | YES |
|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes | Y / N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection, cuts, bruises, or minor injuries, needle marks, body vermin? If yes | Y / N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes | Y / N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes | Y / N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes | Y / N |

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | | |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes | Y | N |
| Are you allergic to any medications, foods, plants, etc.? If yes | Y | N |
| Have you fainted or had a head injury within the last 72 hours? If yes | Y | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes Hep. C in Luverne | Y | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes | Y | N |
| Have you ever considered or attempted suicide? If yes 1999 | Y | N |
| Do you have a painful dental condition? If yes | Y | N |
| Are you on a specific diet prescribed by a physician? If yes | Y | N |
| Do you use drugs? How often? What kind? Last time? | | |
| Do you use alcohol? How often? What kind? Last time? How much? | | |
| Females, LMP Date How much? | | |
| Are you pregnant, recently delivered or aborted, on birth control pills; having abdominal pain or discharge? If yes | N/A |

## NOTE VITAL SIGNS:

| Respiration | Pulse | Temperature | Blood Pressure |
|---|---|---|---|
| | | | |

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? _____

ARE ALL STATED CHRONIC CONDITIONS NOTED: _____

PPD IMPLANTED? Y OR (N)    ARM LOCATION: R OR L    IS H&P SCHEDULED FOR 14 DAYS _____

REMARKS: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medical services. I further give my consent for personal services to be provided to me by and through Southern Health Partners, Inc.

**PROGRESS NOTES**

Suggs Bobby Joe

| Date | Notes Should Be Signed by Physician |

6-22-5?

11/2  VS BP 166/99    P- 95    R - 18

11/2/05 — Hb Hypertension

O  B/P - 166/99

A  Hypertension

Bipolar Disorder

P  ⊘ Zetorate 20/12.5 i tab ???

M

## INMATE SICK CALL SLIP – MEDICAL REQUEST

PARTNERS

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the officer and/or medical staff for your section and review by the medical staff. The medical staff will arrange to be seen by the appropriate medical staff member. You will be charged in accordance with the medical fee schedule.

Today's Date: **11/23/05**  Bed/Location: **A**  Bk: _____ Cell: _____        **424 720177**

Inmate's Full Name: **BOBBY JOE SUGGS**

Complaint/Problem: **BAD COLD**

_____

_____

_____

How long have you had this problem? **WEEK**

Inmate's Signature: *[signature]*                 Date: **11/23/05**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TO BE COMPLETED BY MEDICAL STAFF:

This Patient's Vital Signs:    Temp _____  Resp _____  Pulse _____  B/P _____

Subjective/Assessment: Document your findings, Inmate's responses, etc. etc.

S – "Cold for a week"

O – runny nose, sinus headache, cough – Prod. whitish – yellow  " 140/80 – 72

18 – 100² lungs = clean bilaterally

A – cold symptoms per t/m statement ↑

P – CTM ī po BID x 7D, Ibuprofen 800 ī po BID x 5D, Robitussin 10cc po BID x 4D
Drink at least 1 liter of fluids /day. Notify medical is ↑ no improvement in 3-4 days
so Dr. Marchand. (Dilamuse?)

☐ Verbal Orders – thru Treatment Protocols via telephone order _____

☐ Follow-up Required? If checked, date to be seen again _____

☐ Chronic Condition

☐ Inmate is to be charged through medical today for this visit

Date Given to Medical: **11/24/05 1040**  Signature: *[signature]* Dr. Marchand RN

S. S. N.: [1][2][4] - [7][2] - [6][1][7][7]

BOOKING OFFICER: ID MILER

NAME: Bobby Joe Sides

DATE: [1] / [1] / [1]    TIME: _____ AM  PM  Mil.

ALIAS: _____

ADDRESS: 22226 Poplar st Florala AL 36442

AGE: _____ RACE: W    SEX: M    EYES: Blue    HAIR: Gry

HGT: 511    WGT: 190    D. O. B.: [0][6] / [2][1] / [5][4]

PLACE OF BIRTH: _____ Florala _____ Cov's _____
                          (City)                        (County)                        (State)

SCARS / MARKS: Tattoos on Both Arms

ARRESTING OFFICER(S): _____

AGENCY: CCSO

OFFENSE: VOP x2

STATUS: _____

PHONE NUMBER: ( ) - _____    NEXT OF KIN: _____

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: [ ][ ] / [ ][ ] / [ ][ ]    TIME: _____ AM  PM  Mil.

RELEASING OFFICER: _____

REMARKS: Voilation of Cond x2

COVINGTON COUNTY JAIL MEDICAL SCREENING SHEET
-- TO BE COMPLETED AT INTAKE BY BOOKING OFFICER --

PERSONAL INFORMATION:
MARITAL RELATIONSHIP INFORMATION:
   STATUS: _____ (M,D,W,S,OTHER)
NEXT OF KIN: _____

| LAST NAME | FIRST NAME | MI |
|---|---|---|

ADDRESS: _____
ADDRESS: _____
CITY: _____
PHONE: _____     STATE: _____   ZIP: _____

ADDITIONAL INMATE INFORMATION

HAND: _____
VISION PROBLEMS: _____     HEARING PROBLEMS: _____
WRITES ENGLISH: _____     READS ENGLISH: _____     SUFFIX NAME: _____
                          SPEAKS ENGLISH: _____     RELIGION: _____
                                                    EDUCATION(YRS): _____

VISUAL ASSESSMENT

YES NO(Y/N) // ANY YES ANSWERS SHOULD BE EXPLAINED IN THE EXPLANATIONS SECTION.
_____ 1. IS INMATE UNCONCIOUS?
_____ 2. DOES INMATE HAVE ANY VISIBLE SIGNS OF TRAUMA, ILLNESS, OBVIOUS PAIN OR BLEEDING, REQUIRING IMMEDIATE OR DOCTORS CARE?
_____ 3. IS THERE OBVIOUS FEVER, SWOLLEN LYMPH NODES, JAUNDICE OR OTHER EVIDENCE OF INFECTION THAT MIGHT SPREAD THROUGH THE FACILITY?
_____ 4. ANY SIGNS OF POOR SKIN CONDITION, VERMIN, RASHES, OR NEEDLE MARKS?
_____ 5. DOES INMATE APPEAR TO BE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL?
_____ 6. ANY VISIBLE SIGNS OF ALCOHOL OR DRUG WITHDRAWAL?
_____ 7. DOES THE INMATE'S BEHAVIOR SUGGEST THE RISK OF SUICIDE OR ASSAULT?
_____ 8. IS INMATE CARRYING MEDICATION?
_____ 9. DOES THE INMATE HAVE ANY PHYSICAL DEFORMITIES?
_____ 10. DOES INMATE APPEAR TO HAVE ANY PSYCHIATRIC PROBLEMS?

11. DO YOU HAVE OR HAVE YOU EVER HAD ANY OF THE FOLLOWING?

_____ A. ALLERGIES
_____ B. ARTHRITIS          _____ F. FAINTING SPELLS
_____ C. ASTHMA             _____ G. HEART CONDITION      _____ K. SEIZURES
_____ D. DIABETES           _____ H. HEPATITIS            _____ L. TUBERCULOSIS
_____ E. EPILEPSY           _____ I. HIGH BLOOD PRESSURE  _____ M. ULCERS
                            _____ J. PSYCHIATRIC DISORDER _____ N. VENEREAL DISEASE
                                                          _____ O. OTHER (SPECIFY)

12. FOR FEMALES ONLY:

_____ A. ARE YOU PREGNANT?
_____ B. DO YOU TAKE BIRTH CONTROL PILLS?

# COVINGTON COUNTY JAIL
## ISSUE SHEET

NAME_____ CELL BLOCK_____

_____(2) BOXER SHORTS

_____(2) PAIR SOCKS

_____(2) SHIRTS

_____(2) PANTS

_____(2) SHEETS

_____(1) BLANKET

_____(1) PAIR SLIDES

_____(1) TOWEL

_____(1) PLASTIC GLASS

_____(1) LAUNDRY BAG

I UNDERSTAND THAT THE ABOVE PROPERTY BELONGS TO THE COVINGTON CO JAIL AND THAT UPON SIGNING THIS AGREEMENT I AM RESPONSIBLE FOR SUCH ITEMS. I ALSO UNDERSTAND THAT ANY DAMAGE, DEFACING OR FAILURE TO RETURN ABOVE PROPERTY COULD RESULT IN ADDITIONAL CHARGES AND/OR REPLACEMENT FEES. I ALSO UNDERSTAND THAT BEFORE I CAN BE RELEASED OR TRANSFERRED FROM THE COVINGTON CO JAIL ALL COVINGTON CO PROPERTY MUST BE RETURNED IN THE SAME CONDITION IN WHICH IT WAS ISSUED.

CAPT. ASHLEY ROBERTS

Ashley Roberts

Judge Stikes,

CASE # 1999 - - - -

I'm writing to find out if you count ordered Mr. Bubby Joe Biggs to return to Bullock County Correctional Facility on 1/24/2006 and if so why am I still in the Johnson County Jail. I really need to be back at the correction facility because of some helpful classes I am enrolled in. I also fear I may be kicked out for missing to many days, so if you can help me with this problem I would appreciate it.

Thanks
God Bless

Bobby Jo Biggs

## COVINGTON COUNTY JAIL
## ISSUE SHEET

NAME_____ CELL BLOCK_____

_____(2) BOXER SHORTS

_____(2) PAIR SOCKS

_____(2) SHIRTS

_____(2) PANTS

_____(2) SHEETS

_____(1) BLANKET

_____(1) PAIR SLIDES

_____(1) TOWEL

_____(1) PLASTIC GLASS

_____(1) LAUNDRY BAG

I UNDERSTAND THAT THE ABOVE PROPERTY BELONGS TO THE COVINGTON CO JAIL AND THAT UPON SIGNING THIS AGREEMENT I AM RESPONSIBLE FOR SUCH ITEMS. I ALSO UNDERSTAND THAT ANY DAMAGE, DEFACING OR FAILURE TO RETURN ABOVE PROPERTY COULD RESULT IN ADDITIONAL CHARGES AND/OR REPLACEMENT FEES. I ALSO UNDERSTAND THAT BEFORE I CAN BE RELEASED OR TRANSFERED FROM THE COVINGTON CO JAIL ALL COVINGTON CO PROPERTY MUST BE RETURNED IN THE SAME CONDITION IN WHICH IT WAS ISSUED.

CAPT. ASHLEY ROBERTS

*Ashley Roberts*

**THIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON IS BOOKED IN**

LAST NAME: _Suggs_____ FIRST: _Bobby_____ MI: _____
DID YOU PUT PROPERTY IN PROPERTY ROOM _yes_____
DID YOU BOOK SUBJECT IN ___yes____
DID YOU LIST ALL CHARGES __yes____
DID YOU LIST ALL PROPERTY_____
DID YOU LIST ALL HOLDS ON INMATE _yes___
DID YOU TAKE FINGERPRINTS_____
DID YOU TAKE PHOTO_____
DID YOU ENTER THEIR MONEY IN SWANSON _None__
DID SUBJECT GET A PHONE CALL __N/A___
DID YOU PUT SUBJECT ON DAILY JAIL LOOG _Yes___
DID YOU ADD SUBJECT ON 72 HOUR LIST _No-____

BOOKING OFFICER_____

PUT THIS FORM IN INMATES FILE               DATE:

**OFFICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE**

DATE RELEASED:_____
DID YOU CHECK ALL HOLDS ON SUBJECT_____
DID YOU RETURN ALL PROPERTY AND MONEY_____
DID YOU HAVE THE INMATE SIGN FOR PROPERTY_____
DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY_____
ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING_____
DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION____
ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO
    NOT HAVE ANY HOLDS ON THEM_____
RELEASING OFFICER:_____ DATE:_____

**PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED**

# INMATE REQUEST SLIP

Name _____    Quarters _____    Date _____

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit           ( ) Time Sheet              ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

_____

_____

_____

_____

_____

_____

_____

_____

Do Not Write Below This Line - For Reply Only

_____

_____

_____

_____

_____

| Approved | Denied | Pay Phone | Collect Call |

Covington County
Sheriff
Anthony Clark

# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 429-2540
Fax (334) 429-2654

EFFECTIVE AS OF OCTOBER 28, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.
THESE ITEMS WILL ONLY BE ACCEPTED

## MONDAY THROUGH FRIDAY FROM 8AM - 4PM

MALES

- WHITE T-SHIRTS
- PAIRS OF WHITE UNDERWEAR
- WHITE PAIRS OF SOCKS
- WHITE OR GREY SWEATSHIRT
- WHITE THERMAL SHIRT
  Reading glasses
  Envelopes

FEMALES

3 WHITE BRAS NO UNDER WIRE
3 WHITE PANTIES FULL CUT
3 WHITE PAIR OF SOCKS
1 WHITE OR GREY SWEATSHIRT
1 WHITE THERMAL SHIRT

IN ADDITION TO THESE ITEMS, INMATES WILL BE ALLOWED 2 PAPERBACK
CROSSWORD/WORD SEARCH BOOKS, 2 PAPERBACK NOVELS OR 2 MAGAZINES.
THESE NOVELS OR MAGAZINES MUST BE IN GOOD TASTE IN MORAL VALUES.
EACH ITEM(S) MUST BE LABELED WITH THE INMATES PROPER NAME. ITEMS
WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME
ITEMS WERE ACCEPTED.

Bobby  Suggs _____ AM LEAVING THE FOLLOWING ITEMS FOR
_____ I UNDERSTAND THAT ONCE THESE ITEMS ARE
GIVEN TO THE INMATE, THE COVINGTON CO. JAIL IS NO LONGER RESPONSIBLE
FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

DATE _____

CORRECTIONAL OFFICER RECEIVING MERCHANDISE
B. Blu.