IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY JOE SUGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1154-T |
| | ) | |
| JAMIE MITCHELL, NURSE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ANNETTE CAIN, L.P.N.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Annette Cain, L.P.N.**, who, after first being duly sworn by me, deposes and states as follows:

1.     My name is Annette Cain, L.P.N.. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.     I am a licensed practical nurse. I obtained my L.P.N. degree in 1982 from McArthur State College in Opp, Alabama, and became licensed by the State of Alabama as an L.P.N. in 1982. From 1982 to 1985, I worked as an L.P.N. on the emergency room and surgery departments of Columbia General Hospital in Andalusia, Alabama. From 1985 to 1986, I worked as an L.P.N. for Dr. Joseph Herrod in Enterprise, Alabama, where my nursing care focused on behavioral malfunction. From 1986 to 1988, I was an L.P.N. at Opp nursing facility. From 1988 to 1990, I was an L.P.N. for Dr. Steven Price in Opp, Alabama, who had a private surgery practice. From 1990 to 1992, I was L.P.N. at Oxford Home Health Care in Oxford, Alabama. From 1992 to 2005, I was an L.P.N. at Andalusia Manor Nursing Home.

3.      From September 2005 to the present, I have been employed as an L.P.N. for Southern Health Partners, Inc. ("SHP") at the Covington County Jail in Andalusia, Alabama.  In late November 2005, I succeeded Jamie Mitchell as Medical Team Administrator for SHP

4.      SHP provides medical care to inmates in various jail facilities including the Covington County Jail.  During the entire time of plaintiff's incarceration in the Covington County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Covington County Commission.  Health care in the jail is provided under the direction of a medical team administrator as well as a medical director.  During the period complained of by the plaintiff in this action (November 7, 2005), the medical director in the jail was Dr. Millard McWhorter and Jamie Mitchell was the Medical Team Administrator.

5.      When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action.  Routine sick calls are conducted by the medical staff inside the housing unit.

6.      As I understand the plaintiff's complaint in this case, the plaintiff alleges that SHP, Dr. McWhorter and Jamie Mitchell denied the plaintiff proper medical care by failing to provide him with the correct blood pressure medication, which plaintiff alleges caused him to have a stroke, and administering the plaintiff's "bedtime" medication to the plaintiff at 4:00 p.m.

7.      I have reviewed SHP's medical chart concerning the plaintiff, a true and correct copy of which is attached hereto as Exhibit A.  I have also reviewed SHP's inmate services log, which demonstrates when inmates have left the jail for medical services.  Attached as Exhibit B are true and correct redacted[1] copies of SHP's inmate services log for November 11 and November 30, 2005.

---

[1]Information on inmates other than the plaintiff has been redacted.

8.    On November 1, 2005, the plaintiff was booked into the Covington County Jail and completed a medical screening form where he noted a history of "mental illness," "attempted suicide," "mental emotional upset," "hypertension," "contagious disease" and "hepatitis." At the time of booking, he was taking several medications, including Lithium, Trazadone, milk thistle, stool softener and Benicar HCT.

9.    On the next day, November 2, 2005, Dr. McWhorter treated the plaintiff, who presented with a history of hypertension and bipolar disorder. Dr. McWhorter noted that the plaintiff's blood pressure was 166/99, and he ordered that the plaintiff receive Zestoretic 20/12.5 every day for hypertension and continued the plaintiff on Lithium and Trazadone for bipolar disorder.

10.    Based on my nursing experience, Zestoretic is a common medication administered to patients suffering from hypertension. In accordance with Dr. McWhorter's order, I and the nursing staff administered Zestoretic to the plaintiff.

11.    On November 11, 2005, the plaintiff was sent to the emergency room of Andalusia Regional Hospital ("ARH") to be assessed for CVA (stroke) versus TIA (transient ischemic attack). Dr. John Maddox treated the plaintiff at ARH. Based on my review of Dr. Maddox's notes, Dr. Maddox did not change any of the plaintiff's blood pressure medications. Specifically, Dr. Maddox did not take the plaintiff off Zestoretic or prescribe any additional or different blood pressure medication.

12.    On November 12, 2005, I called ARH to check the plaintiff's status. I spoke to the plaintiff's nurse, who informed me that a CT had been done on the plaintiff which confirmed that the plaintiff had not suffered a stroke. On November 13, 2005, the plaintiff was discharged back to the jail.

13.    From November 14 through December 31, 2005, the nursing staff administered Zestoretic to the plaintiff at pill call every day. Based upon my personal knowledge and review of the plaintiff's chart, the plaintiff never completed any sick call requests related to his taking Zestoretic nor is there any indication that Zestoretic caused him any problems.

14.    In fact, the only sick call slip completed by the plaintiff prior to filing the above-styled lawsuit was on November 23, 2005, where he complained of a bad cold. In response to his complaint, he was seen the next day (November 24, 2005) by nurse Dianne James, who assessed him as having cold symptoms. Dr. McWhorter ordered that he receive CTM 4 mgs, two tablets twice a day for seven days, ibuprofen 800 mgs twice a day for five days, Robitussin 10 cc twice a day for four days, and to drink at least one liter of fluids per day. The plaintiff was to notify medical staff if he did not improve in three to four days.

15.    On December 10, 2005, I performed a history and physical on the plaintiff. In the medical history, the plaintiff said that he had a past hospitalization for stroke, which the plaintiff told me was for his November 11-13 hospitalization at ARH. Although I knew that the plaintiff had not suffered a stroke at ARH, I did not argue with him and wrote down the information that the gave me. The medical history portion of the form is completed based on information provided by the inmate. The mental health evaluation notes the plaintiff's two prior suicide attempts and history of bipolar disorder, for which he was receiving Lithium and Trazadone.

16.    Based upon my review of the plaintiff's medical chart and my personal knowledge of treating the plaintiff, the administration of Zestoretic has improved the plaintiff's hypertension; the plaintiff came to the jail with a blood pressure of 166/99 and subsequent vital signs on November 23, 2005 (140/80-72) show improvement in this area.

17.    With regard to the plaintiff's complaint that he was administered "bedtime" medication at 4:00 p.m., the only medication which Dr. McWhorter ordered him to take "hs" (hour of sleep) is Trazadone. The nursing staff administers the last pill call to all inmates between 4:00 p.m. and 5:00 p.m, and the plaintiff was administered Trazadone during this time frame. Based upon my personal knowledge and review of the plaintiff's medical chart, the plaintiff never completed any sick call request regarding any problem related to the timing of when he was administered Trazadone.

18.    I understand that the plaintiff claims he missed his mental health appointment set for November 21, 2005. The plaintiff's mental health appointment on November 21, 2005 was cancelled and rescheduled for November 30, 2005. The plaintiff attended his mental health appointment at Southeast Alabama Mental Health Center ("SEAMH") on November 30, 2005, which is reflected in SHP's inmate services log for that day. The plaintiff has one mental health appointment a month at SEAMH, and he did not miss his November appointment.

19.    All of the information contained herein is based upon my personal knowledge, the plaintiff's medical chart and the inmate services log.

20.    All necessary care provided to the plaintiff was appropriate, timely and within the standard of care.

21.    On no occasion was the plaintiff ever at risk of serious harm, nor was the medical staff ever indifferent to any complaint that he made.

Annette Cain, L.P.N.

STATE OF ALABAMA                )
                                )
COUNTY OF _Madison_             )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Annette Cain, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the _20_ day of ~~January~~ February, 2006.

Notary Public
My Commission Expires: _12-3-2007_

# Exhibit A

| Covington County Sheriff<br><br>Printed: Fri Jun 03, 2005 | **MEDICAL SCREENING FORM**<br><br>**BOBBY JOE SUGGS (S424720177)** | Booking Number<br>**200007985**<br>Booking Date<br>**JUNE 2nd, 2005** |
|---|---|---|

### ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | **Y** N | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations    SUBJECT HAD A COUPLE OF BEERS BEFORE CHECKING INTO THE BLUE TOP IN

### INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagous Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

CJ023  PHILLIPS, CHAISE

| Covington County Sheriff | MEDICAL SCREENING FORM | Booking Number |
| --- | --- | --- |
| Printed: Tue Nov 01,2005 | BOBBY JOE SUGGS (S424720177) | 200009152 |
| | | Booking Date |
| | | NOVEMBER 1st, 2005 |

## ADMISSION OBSERVATIONS

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Hepatitis | (Y) N | Heart Disease | Y (N) | Mental/Emotional Upset | (Y) N |
| Tuberculosis | Y (N) | Hypertension | (Y) N | Attempted Suicide | (Y) N |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | (Y) N |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | (Y) N | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

DR. MARSHALL   FLORALA

Health Insurance

MEDICARE MEDICAID

Special Diet

NONE

Prescriptions/Medications

LITHIUM CA X2, TRAZODONE, MILK THISTLE, STOOL SOFTNER,BELOW

Drug Allergies

ASPRIN

Descriptions

BENICAR HCT

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: 11-1-05 Time: 0940

Officers's Signature _____ Date: 11-1-05 Time: 0940

CU017  MILLER, J.D.

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners

| | | | | | |
|---|---|---|---|---|---|
| LAST NAME Suggs | FIRST NAME Bobby | MIDDLE Joe | INTAKE DATE | SCREENING DATE | TIME 11-7 |
| PRE TRIAL DETAINEE? YN | | | SEX M | SOCIAL SECURITY NO 421720177 | DOB 6-22-54 |
| CURRENT INSURANCE COVERAGE? | | | CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION? | | |

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes | Y | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection, cuts, bruises, or minor injuries, needle marks, body vermin? If yes | Y | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes | Y | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes | Y | N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc If yes | Y | N |

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes | Y | N |
| Are you allergic to any medications, foods, plants, etc.? If yes | Y | N |
| Have you fainted or had a head injury within the last 72 hours? If yes | Y | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes Hep. C in Luverne | Y | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes | Y | N |
| Have you ever considered or attempted suicide? If yes | Y | N |
| Do you have a painful dental condition? If yes | Y | N |
| Are you on a specific diet prescribed by a physician? If yes | Y | N |
| Do you use drugs? How often? What kind?                          Last time? | Y | N |
| Do you use alcohol? How often? What kind?                        Last time? How much? | Y | N |
| Females LMP Date  Are you pregnant, recently delivered or aborted, on birth control pills, having abdominal pain or discharge? If yes | Y | N/A |

## NOTE VITAL SIGNS:

| Respiration | Pulse | Temperature | Blood Pressure |
|---|---|---|---|
| | | | |

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? _____

ARE ALL STATED CHRONIC CONDITIONS NOTED: _____

PPD IMPLANTED? __ Y __ OR __ N __ ARM LOCATION: __R__ OR __L__   IS H&P SCHEDULED FOR 14 DAYS _____

REMARKS: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc

Inmate's Signature _____                                    Date _____

Interviewer's Signature and Title _____                    Date _____

Southern Health Partners, Inc

## ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date _12-10-05_     S.S.# _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_     ID# _____

Inmate Name _Suggs_ (Last)  _Bobby_ (First)  _Joe_ (Middle)     Date Booked _11/01/05_

Alias _N/A_ (Last) (First) (Middle)     County _Covington_

Address _22524 West 4th Ave_ (Street)  _Florala_ (City)  _AL_ (State)  _36442_ (Zip)

Telephone _334-858-2554_     Birthdate _6/22/54_     Religion _Apistotle_

Education Completed _9th_     Special Education _GED_     _N/A_

Mental Status: S (M) W D Separated     Read/Write English: (YES) NO Other _N/A_

Previous Incarcerations (Facility/Date) _1998 - Cov. Co. Jail_

## MEDICAL HISTORY

Notify in Emergency _Patricia Suggs_     _Wife_

Address _22226 Poplar St._ (Street)  _Floala Al_ (City) (State)  _36442_ (Zip)  (Relationship)  Phone _334-858-2554_

Health Insurance _MC/MED_ (Type of Insurance)  _Al_ (Policy Number)

Family Physician: _Dr. Marsh_ (Name)  (Street Address)  _Florala, Al._ (City) (State) (Zip)  (Phone Number)

Past Hospitalizations (Include surgeries) _Stroke;_

Head Injury with Loss of Consciousness: _NO_ (Location) (Street Address) (City) (State) (Zip)     Last Tetanus _5 yrs._     Immunization _YES_

Allergies _ASA_

Current Medication(s) _Lithium, trazodone;_

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: (YES) NO  If Yes, Why _Dr. Bipolar_

Where _Luverne-Crenshaw Co. Hosp. Luverne_ (Location) (Street Address) _Al._ (City) (State) (Zip)     When _2005_

Psychotropic Meds (Specify type and last dose): _Lithium & trazodone;_

Prior Counseling/Out-Patient Treatment for: _Yes - Bipolar_

Where _SEAMH_ (Location)  _Andalesia Al._ (Street Address) (City) (State) (Zip)     When _Cov. Co. 1995_

Have you ever attempted suicide? _Yes_ How _Cut wrist &_ (all that apply) _ace)_     When _1993 & 1994_ (Date)

Have you recently considered committing suicide? _NO_

Do people consider you a violent person? _Occasionally_

Have you ever been arrested for a violent crime/sexual offense? (Specify) _NO_

Street drugs _NO_ (Type Quantity) (How Often) (How Long)     Smoker _Yes_     Etoh _No_ (Type)

Inmate's Signature _Bobby Suggs_     Date _____

Interviewer's Signature _C. Cain, LPN_     Date _12-10-05_

Witness: (If physical is refused) _____     Date _____

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | ✓ | | Syphilis | | ✓ |
| Balance/Dizziness | ✓ | | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | ✓ | | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | N/A | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | N/A | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

**EXAM:**    Age 51    Sex F    Race W    Ht 5 11    Wt.

Pulse _____ BP _____ Temp. _____ Resp. _____

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj | | dry scalp, asher | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | N |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | wears glasses | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | N |
| Ears: Appearance, Canals, Hearing | | waxy | Extremities: Pulses, Edema, Joints | | swelling of feet |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | top dentures | Abdomen: Shape, Palpation, Hernia, Bowel, Sounds | | N |
| Nose | | N | | | |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | N | Spine | | N |
| | | | Genital/Urinary System | | deferred |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 12/10/05 ac | Neg. |
| VDRL / RPR | Ø | |
| Other Lab Tests needed: | Ø | Ø |
| Pregnancy Test? | Ø | Ø |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | A & O X 3 |
| General appearance (motor behavior, mannerisms) Affect (mood) | | unkempt/pleasant normal |
| Content of thought, history of suicide, present thoughts of suicide | | normal |

Physical Examiner's Signature: _____    Date: 12-10-05

Physician's Signature: _____

# Tuberculosis Screening and Treatment

## What is tuberculosis

## Screening

## Treatment

## Consent for Testing/Treatment

12/ /05

SOUTHERN
HEALTH
PARTNERS

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file the completed form in the patient's medical record.

Inmate Name _Baldwin Paul Eugene_  DOB _8-22-54_  Cell # _____  Male or Female

SS# _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_



Date of TB Skin test _12/10/05_  Done by Nurse _D. Cauthen_

Previous Positive   YES  or  (NO)    Previous Therapy   YES  or  (NO)

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION.**

Date TB Skin test was read _12/13/05_  Done by Nurse _D. Williams, LPN_

Number mm _____   Referral for Chest X-ray   YES  or  NO   If yes Date of CXR _____

Comments _Neg._

PROGRESS NOTES

Supp Bobby Joe

Date

Notes Should Be Signed by Physician

6-22-54

11/2 VS BP 166/99    P- 95    R- 18

11/20/55 — HO Hypertension

O  B/P – 166/99

A  Hypertension

Bipolar Disorder

P – Ⓡ Zetovata 20/12.5 i tab qD

— MD

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top portion of this Call Slip and return to your health and/or medical staff for such action and review by the medical staff. The medical staff will arrange to be seen by the appropriate medical staff member. You will be charged in accordance with the medical policy in regard to.

424 720177

Today's Date: __11/29/05__    Pod/Location: __A__    Bk: _____  Dr: _____

Inmate's Full Name: __BOBBY JOE SUGGS__

Complaint/Problem: __BAD COLD__

_____

_____

_____

How long have you had this problem? __WEEK__

Inmate's Signature: _[signature]_    Date: __11/23/05__

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp _____  Resp _____ Pu _____  B/P _____

Narrative/Assessment: Document your findings, inmate's response to.

S – "Cold for a week"

O – runny nose, sinus headache, cough –Prod– whitish –yellow " 140/80 –72

18 – 100² – lungs = clear bilaterally

A – cold symptoms per HPI statements +

P – CTM ii po BID × 7D, Ibuprofen 800 g po BID × 5D, Robitussin 10cc po BID × 4D
Drink at least 1 liter of fluids / day – Notify medical is ↔ improvement in 3-d day
20 (Dr. McWhorter) (Statement) –

☐ Received Orders – thru Treatment Protocol: via telephone order  number _____
☐ Follow-up Required? If checked, date to be seen again _____
☐ Current Condition
☐ Inmate to be charged through medical co-pay for this visit

[signature]

Date Seen by Medical: 11/26/05 1040    Seen by: D[signature] Ra[...]

# CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE.** Please complete the top half of the Sick Call Slip and return it to the officer, and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system in place in your facility.

Today's Date: __1/26/06__ Pod/Location: __A__ Cell: _____ ID# _____

Inmate's Full Name: __BOBBY SUGGS__

Complaint/Problem: __RASH OR SOMETHING BUMP ON BACK__

How long have you had this problem? __2½ MONTHS__

Inmate's Signature: __Bobby Joe Suggs__ Date: __1/26/06__

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs: Temp __98°__ Resp __18__ Pulse __78__ B/P __142/80__

Intervention/Assessment: Document your findings, Inmate's responses/actions

__Petechia to Both ↓ Ext. Large raised area to (L) shoulder area. Referred to M.D.__

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-up Required? if checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen in Medical: __1/27/06__ Seen by: __D. Williams, CA__

__Place this form in patient's medical record.__

## PROGRESS NOTES

NKA

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|-----------|-----------|---------------------|----------|-----------|
| Buggs | Bobby | McWhorter | A | 4277201 |

Date

Notes Should Be Signed by Physician

S — Inmate went to hospital pre TIA
r̄ CoT. Orders noted. from
hospital

O — Neuro — intact no need
neurological exam present

Cr nerve II - XII grossly
intact. Muscle strength 4+
equal on both sides

A — Possible TIA probably 2°
to BP control. No deficit
present

P ① No need to start Plavix
or do further dx studies
② OK to pass faxes WPM
stroke

NKDA

## PROGRESS NOTES

| Last Name | First Name | Attending Physician | Room No | Hosp No |
|-----------|-----------|---------------------|---------|---------|
| Suggs, Bobby | | McWhorter | A | |

Notes Should Be Signed by Physician

2/1/06  S — *Wants to have spleen*
*& liver removed for prior*
*damage to spleen & liver*

A — *no surgery reason*
*for surgical*

A — ? spleen Damage

P — *Get recent Jim Surgery*
*MD to info to proceed*

B/P 124/72 — P 80   R-20 — T 97³

Dr.

Southern Health Partner    c.                                              Confidential

## Refusal of Treatment
## and
## Release of Responsibility

Inmate's Name: _Bobby Suggs_

Date of Birth: _6-22-54_    Social Security No.: _424720177_

Date: _2/2/06_    Time: _0700_ (a.m.)/p.m.

This is to certify that I, _Bobby Suggs_
                                    (Print Inmate's Name)
currently in custody at the _Covington Co. Jail_
                                    (Print Facility's Name)

I have been told about the risks of refusing treatment for my current medical condition and acknowledge that I understand all medical information, current diagnosis, and future procedures that have been explained to me.

I am refusing any and all medical procedures and/or treatments of my current medical condition. If I decide to obtain medical treatment regarding my current condition, I will notify the medical staff immediately. I understand the limitations of treatment that may have been based on my refusal of prior treatment.

Therefore, I release Southern Health Partners, Inc., its staff, the facility and its staff and administrator(s) from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

_____          _____
Signature of Inmate                    Signature of SHP Medical Representative

_Annette Cameron MTA_    _2/2/06_
Witness _DeWayne Ham_            Date

cc:    Confidential Medical File
       Jail Administrator

_Not cleared medically to go out on work detail._

3712 Ringgold Road, #364
Chattanooga, TN 37412
423-553-5635 Phone
423-553-5645 Fax

## Outpatient Surgery History and Physical

Patients Name: Bobby Suggs                    Date: 8-2-05

Chief Complaint/Diagnosis: Occasional RLQ pain    Procedure: _____

History of Present Illness/Indications for Procedure: Pt. states he has been having
pain & problems c̄ platelit count for a few weeks.
He was in the hospital- Crenshaw County for 10 days.
Denies fever, Malusea, headaches.

Past Medical History
Surgeries: Ø

Serious Illnesses: alcoholism, hepatitis C, ↑BP, Liver disease, by-polar disease

Allergies: Ø

Medications: Lithium 1500mg, Trazadone oneqd, Norvasc 10mg qd

Family History: positive for alcoholism, glaucoma, heart attack

Social History: Smokes 1 pk cig daily

Review of Systems: Bleeds easily

Jennifer Adams, CMA                                    8-2-05/ 1:45 p.m.
Signature of Person Completing this Section (if different from M.D. below)        Date/ Time

Physical Exam: ( Limited to appropriate organ system, include heart lung auscultation if other than local anesthesia needed)

Vital Signs: Mental Status: ____ B/P 148/78 P 68 R 20 T ____

HEENT: ____

ABD: ____

CHEST: ____

EXT: ____

CVS: ____

Current Labs / X-rays: ____

Other: ____

Physician Signature                            8/2/05
                                               Date / Time

NAME: _Bobby Suggs_____ SEX: _M_ BIRTHDAY: _6/22/54_____

| DATE | PROGRESS NOTES |
|------|----------------|
| 8-9-05 | Is to discuss medical records c̄ patient. |

BOBBY SUGGS
8-9-05/JA

MR. SUGGS PRESENTED LAST WEEK WITH A CHIEF COMPLAINT OF RIGHT SIDE ABDOMINAL PAIN. HE APPARENTLY HAD BEEN TOLD DURING A RECENT HOSPITALIZATION THAT HE MIGHT NEED TO HAVE HIS GALLBLADDER AND OR SPLEEN REMOVED. THE PATIENT HAS A LONG HISTORY OF ALCOHOL ABUSE. HIS RECORDS HAVE BEEN OBTAINED FROM CRENSHAW COUNTY. THESE DEMONSTRATE HYPOTHROMBOCYTOPENIA AND ELEVATED BILIRUBIN, SPLENOMEGALY AND POSSIBLE SLUDGE WITHIN THE GALLBLADDER. AFTER REVIEWING ALL THE LABS AND X-RAYS, IT APPEARS THAT THE PATIENT HAS CIRRHOSIS WITH RESULT OF HYPERSPLENISM WHICH USUALLY IS NOT RESPONSIVE TO A SPLENECTOMY. HE MAY HAVE SLUDE IN HIS GALLBLADDER BUT AT THIS POINT, HE DOES NOT APPEAR TO HAVE ANY EVIDENCE OF ACUTE CHOLECYSTISTIS AND REMOVING HIS GALLBLADDER WILL BE ATTENDED WITH SIGNIFICANT RISK DUE TO HIS COAGULOPATHY INCREASED PORTAL HYPERTENSION AND HIS HEPATITIS C. HE UNDERSTANDS THIS; IT HAS BEEN MY RECOMMENDATION TO THE PATIENT THAT HE POSTPONE HAVING HIS GALLBLADDER REMOVED IF AT ALL POSSIBLE. HE IS TO RETURN TO THE CLINIC PRN.

DALE G MITCHUM, M.D.

*Phone #334-684-3007*
*Fax # 334-684-3059*

SOUTHERN HEALTH PARTNERS

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To *Mr. Mitchum*
*Geneva, Al*

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners Inc who is the medical care provider of this Correctional Facility. Such information may include the following items

Summary of positive findings, most recent history, physical exam including any diagnostic tests, Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated, Hospital discharge summary for any/all hospitalization(s), Laboratory and/or Special Study Reports, Any other medical/dental/psychiatric services I may have previously had, currently seeking or future treatment plans, Other Records *last tx.*

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents to the following address

ATTN. MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
County Name *Tuscaloosa* COUNTY JAIL
Street Address *3500 Hillcrest Dr.*
City/State/Zip *Tuscaloosa, Al* Fax *334-428-2055*
*36420*

Patient Name *Bobby Sueson*
Social Security Number *424-072-0177* Dates of Service(s) *last treatments*
Inmate's Signature *[signature]*
Witness *C Clair Ton MTD*
Birth Date *6-22-54*
Date *2/1/06*
Date *2/1/06*

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about those individuals without authorization to the correctional facility having custody as necessary for the provision of health care to such individuals for the health and safety of such individuals and other inmates and the health and safety of the officers or employees of or other at the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

**PROGRESS NOTES**

NKA

Biggs    Bobby Joe    McWhorter    [Room No.] A    [Medical No.] 427-72-01_

Notes Should Be Signed by Physician

2/10/0_ S — Reviewed records + per surgeon recommends *not* having the spleen removed due to cirrhosis of liver + coagulopathy

B/P 148/88

P — S — sm [illegible] of [illegible]

A/O

R — A — 1) [illegible] advice

A — 1) No need to further address the spleen [illegible]
2) Read results of surgeon notes to [illegible]    /s/

1/6

# MEDICATION ADMINISTRATION RECORD

Own meds

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lithium 300mg ī̄ ○ AM

Lithium 300 ī̄ ○ PM

TRAZADONE 150mg 1/2 @ hs

Colace ī̄ po BID prn

HAS own meds

Zestoritic 20/12.5 ī̄ ○ D

Zestoritic 20/12.5 ī̄ po ○ D

CTM 4mg 2 po BID x

Ibuprofen 800 mg po BID x

CHARTING FOR 11-  THROUGH 11-30

Physician  McWhorter  
Alt. Physician  
Allergies  NKA

Telephone No.  
Alt. Telephone  
Medical Record No.  
Rehabilitative Potential

Diagnosis

Medicaid Number  Medicare Number  Approved By Doctor:  By  Title:  Date:

RESIDENT  Diggs Bobby Joe  D.O.B. 6-22-54  Sex M  Room #  Patient Code  Admission Date

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767  
FORM A-55  
STOCK #508429

# Physician's Orders

Southern Health Partner's, Inc

Inmate Name: Suggs Betty Joe
SS#: 427720177
DOB: 6-22-54
Allergies: NKA

Facility:
**Covington
County
Jail**

| Date: 11/1/05 | Date: |
|---|---|
| Lithium 300 Ti QAm? | |
| Tii Qpm | |
| Trazadone 75mg po QHS | |
| M.D. Sig: | M.D. Sig: |
| Date: 11/2/05 | Date: |
| © Zertonetic 20/12.5 | |
| ↑ TiQD | |
| M.D. Sig: | M.D. Sig: |
| Date: 1/24/05 | Date: |
| CTM 4mg po BID x 7D | |
| Ibuprofen 800mg po BID x 5D | |
| Robitussin 10cc po BID x 4D | |
| M.D. Sig: McWhorter, Dameron | M.D. Sig: |
| Date: | Date: |
| | |
| | |
| | |
| M.D. Sig: | M.D. Sig: |

# MEDICATION ADMINISTRATION RECORD

2 of 2

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robitussin 10cc po BID x 4 | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR _Nov 2005_    THROUGH

Physician _Waldudge_

Allergies _ASA_

Telephone No

Alt Telephone

Rehabilitative Potential

Medical Record No

Diagnosis

Medicaid Number _422/54_
_424 720 177_

Suggs, Bobby

Appr'd By Doctor

By _Mcwhorter_

# MEDICATION ADMINISTRATION RECORD

*has own meds*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Lithium 300mg Ti QAM*

*Lithium 300mg Tii QPM*

*Trazodone 150mg 1/2 @ hs*

*Zestoretic 20/25 PO QD*

**CHARTING FOR** 12-1-05 **THROUGH** 12-31-05

**Physician** McWhorter

**Alt. Physician**

**Allergies** NKA

**Telephone No.**

**Alt. Telephone**

**Rehabilitative Potential**

**Medical Record No.**

**Diagnosis**

**Medicaid Number**

**Medicare Number** 424720177

**RESIDENT** Suggs, Bobby

**D.O.B.** 6-22-54  **Sex** M  **Room** A  **Patient Code**

**Approved By Doctor:**
**By:**  **Title.**  **Date:**
**Admission Date**

COVINGTON COUNTY JAIL
SUGGS, BOBBY
REPORT DATE : 01/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR |
|---|---|
| HYDROCHLOROTHIAZIDE 12.5 TAKE 1 CAPSULE ONCE DAILY | 11/03/06 AM |
| LISINOPRIL 20 MG TABLET ZESTRIL 20 MG TABLET TAKE 1 TABLET ONCE DAILY | 11/03/06 AM |
| Lithium 300mg ī q Am | |
| Lithium 300mg ī q PM | |
| Trazadone 150 mg 1/2 tab @ HS | |

CHARTING FOR 01/01/06 THROUGH 01/31/06 PAGE 1 OF 1

Physician MCWHORTER
Alt. Physician MCWHORTER
Allergies NKA

RESIDENT SUGGS, BOBBY
D.O.B. 06/22/1954 Sex M Room J
Patient Code SUGGBOBB Admission Date 00/00/00

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|------|------|------|
| | | ☐ Outpatient Procedure: _____ *(procedure)* for _____ *(medical reason)* |
| | | ☐ Place in Outpatient Observation Services for _____ *(medical reason)* |
| | | ☐ Admit as Inpatient for _____ *(medical reason)* |

Physician Signature: _____

| Date | Time | Additional Orders: *(Dates/Times required)* |
|------|------|------|
| 11/13/05 | 0300 | 24° Chart "✓" J Kervin, LPN |

11/13/05 ① D/C to Covington County Jail

② Rec Pt follow-up c̄ Jail Doctor next week (2-3 d p̄ MRI) for follow-up on Pt 47.

③ Pt to get MRI as outpatient (MRI of ___ and carotid aa ultrasound.

④ Pt Plavix 75 mg 1 po q d — Rx written for 10 days — Jail Physician will decide whether to continue it or not.

⑤ Caution: watch for petechiae (small red dots that might develop on skin — D/C Plavix immediately if petechiae bruising or bleeding develop and have blood checked.

⑥ Pt KTR 20 mg 1 po bid X 10 d. May 1 to 2 SR 1 bid X 10 d.

⑦ Request Copy of Chart c̄ H&C Summary to be sent to Dr McArdle + Pa Marsh in Florala

Allergies & Sensitivities   ☐ NKA

PATIENT ID
SUGGS, BOBBY                          D. 329A
D00100936030 D000107226    11/11/05
M/51    06/22/54  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
Maddox, John F              11/11/05

| Weight | Height | Diagnosis |
|--------|--------|-----------|
| | | |

```
Age/Sex: 51 M             ┌─────────────────────────┐              Page: 1
 Unit #: D000107226       │ SUGGS,BOBBY (ADM IN)    │
Account#: D00100936030    │    D.3RD-D.329-A        │
Admitted: 11/11/05 at 2134│    Maddox,John F        │
                          └─────────────────────────┘
                    Andalusia Reg Hosp Patient Care    DISCHARGE INSTRUCTIONS
```

Discharge Instructions                    11/13/05 1043 TCM

<<DISCHARGE INSTRUCTIONS>>
               Discharge to: Home
               Discharge Date: 11/13/05  Discharge Time: 1044
Home Diet Instructions: N
                  Diet: REGULAR
     Fluid Restrictions: N ML Per Day:
      Weight Monitoring: N
              Frequency:
Wound Care: N
At Home Instructions for the care of you:

Activity: N
Recommendations:

<<Discharge Med Instructions>> Y
   Medication     Dose     Route      Time
 : PLAVIX 75MG TAKE ONE TABLET DAILY X 10 DAYS THEN JAIL MD TO
   DECIDE WHETHER TO CONTINUE IT OR NOT-REPORT ANY BRUISING,RED
   SPOTS, OR BLEEDING
   K LOR 20MEQ ONE TABLET TWICE DAILY FOR 10 DAYS
   MAG TAB SR ONE TAB TWICE DAILY FOR 10 DAYS
<<Special Instructions>> Y
 : WATCH FOR PETECHIAE(SMALL RED DOTS) THAT MIGHT
   DEVELOP ON SKIN-STOP PLAVIX IF PETECHIAE,BRUISING,
   OR BLEEDING DEVELOPS AND HAVE BLOOD CHECKED
   HAVE A COPY OF CHART AND DISCHARGE SUMMARY SENT TO
   DR MCWHORTER AND DR MARSH IN FLORALA

   <<Follow Up>> Y MD: Dr Millard Mcwhorter
Appointment made for:
Call For Appointment: NEXT WEEK IN 2-3 DAYS FOR FOLLOW UP ON RX & TXT
               MD:
Appointment made for:
Call For Appointment: HAVE MRI OF BRAIN DONE & CAROTID US DONE AS OUTPT

   <<Referrals>> N
Patient Choice Letter:
Agency Or Facility Name:
Special Instructions/Contact Name:

                    Home Health:   Start Date:
Home Health Notified of Discharge:
         Name of Person Notified:
 Home Health Agency to Follow For:
<<Pain Mangement>> N
Pain on Discharge:   Pain Score:
If Yes, Pain Management Techniques:
If you have any questions about your discharge instructions or needs call:

Patient Family Member

Monogram Initials    Name              Nurse Type

 TCM     DNURTCM     MARSHALL;TERESA        RN

# Exhibit B

SOUTHERN HEALTH PARTNERS

# INMATE SERVICES LOG

Corporate Office: 3712 Ringgold Rd. #364 Chattanooga, TN 37412 Phone 423-553-5645 Fax 423-553-5645

Site #/Name: _____

Week of _Nov. 5_ to _Nov. 13_

*Please PRINT clearly*

| Service Date | Inmate Name (Last, First) | Service to be Performed (i.e. Dental, X-ray, ER Visit, Inpatient Hospitalization, etc.) | Inside or Outside Service | Vendor of Service | Diagnosis | Inmate Status (County, State, Federal, City, etc.) and List Payer Responsibility |
|---|---|---|---|---|---|---|
| 11/05 | Sasser, Bobby | ER | Out | PLH | SH or CVA vs. TIA | CO |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*If are no consults for the week, please write "NONE" across the page. Fax this completed log each week to the corporate office at 423-553-5645. Thanks*

vTHERN
HEALTH
PARTNERS

## INMATE SERVICES LOG

Corporate Office: 3712 Ringgold Rd. #364, Chattanooga, TN 37412    Phone 423-553-5635    Fax 423-553-5645

Site #/Name: _Wilc. Jail #1045_    Week No. _1_    _11/28/05_ to _12/4/05_

Please PRINT clearly

| Service Date | Inmate Name (Last, First) | Service to be Performed (i.e. Dental, X-ray, ER Visit, Inpatient Hospitalization, etc.) | Inside or Outside Service | Vendor of Service | Diagnosis | Inmate Status (County, State, Federal, City, etc.) and List Payer responsibility |
|---|---|---|---|---|---|---|
| 11/30 | Suss, B. | Mental Health Out | SEAMH | F/u | | CO |

_here are no consults for the week, please write "NONE" across the page. Fax this completed log each week to the corporate office at 423-553-5645. Thanks._

_Jawa 12/5/05_